# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

INFINITY GLOBAL CONSULTING GROUP INC., a Florida corporation, JOSEPH VAZQUEZ III, an individual; and JOSEPH M. VAZQUEZ III, derivatively, as a shareholder, and on behalf of TRIMAX Corporation, a Nevada corporation,

     Plaintiffs,

v.

TILRAY INC., a Delaware corporation; PRIVATEER HOLDINGS INC., a Delaware corporation, LEFT COAST VENTURES, INC., a Delaware corporation, EKO HOLDINGS LLC, a California limited liability company; BRETT CUMMINGS, an individual, HUGO SAAVEDRA, an individual; DEBRA SAAVEDRA, an individual; and EQUITABLE TRANSITIONS INC., a California corporation,

     Defendants.

Case No.:

**DECLARATION OF HUGO SAAVEDRA**

---

I, Hugo Saavedra, declare as follows:

I am the President, Chief Executive Officer, and Director of Trimax Corporation ("Trimax"). I make this declaration based on personal knowledge and am competent to testify to the matters stated below.

1. I understand that Plaintiff Joseph M. Vazquez III purports to bring a derivative action on behalf of Trimax in this matter.

2. Trimax is a Nevada corporation, incorporated and registered to do business in Nevada. Trimax's business address, via its registered agent, is at 1309 Enterprize Way, Carson City, Nevada 89703.

3. Trimax is a holding company, which owns, as its sole asset, the equity interests in its wholly-owned subsidiary, Saavy Naturals, Inc. ('Saavy"), also a Nevada corporation. Saavy stopped doing business as of December 2018 and is no longer in business. Trimax's principal place of business for its remaining operations is Carson City, Nevada, where Trimax is incorporated, registered to do business, and maintains a registered agent to accept legal process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of December, 2019

*[signature]* 12/5/19

Hugo Saavedra