# EXHIBIT D

Corporations and Charities Filing System

## BUSINESS INFORMATION

Business Name:
PRIVATEER HOLDINGS, INC.

UBI Number:
603 150 109

Business Type:
FOREIGN PROFIT CORPORATION

Business Status:
ACTIVE

Principal Office Street Address:
2701 EASTLAKE AVE E., 3RD FLOOR, SEATTLE, WA, 98102, UNITED STATES

Principal Office Mailing Address:
2701 EASTLAKE AVE E., 3RD FLOOR, SEATTLE, WA, 98102, UNITED STATES

Expiration Date:
10/31/2020

Jurisdiction:
UNITED STATES, DELAWARE

Formation/ Registration Date:
10/20/2011

Period of Duration:
PERPETUAL

Inactive Date:

Nature of Business:
OTHER SERVICES, ADMINISTRATIVE; FINANCE; CONSULTING

## REGISTERED AGENT INFORMATION

Registered Agent Name:
C T CORPORATION SYSTEM

Street Address:
711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501, UNITED STATES

Mailing Address:
711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501, UNITED STATES

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRENDAN | KENNEDY |
| GOVERNOR | INDIVIDUAL | | MICHAEL | BLUE |
| GOVERNOR | INDIVIDUAL | | MICHAEL | AUERBACH |
| GOVERNOR | INDIVIDUAL | | CHRISTIAN | GROH |
| GOVERNOR | INDIVIDUAL | | MICHAEL | BLUE |
| GOVERNOR | INDIVIDUAL | | BRENDAN | KENNEDY |
| GOVERNOR | INDIVIDUAL | | CHRISTIAN | GROH |

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MICHAEL | BLUE |

Back

Filing History | Name History | Print | Return to Business Search