# EXHIBIT G

| ENTITY INFORMATION | | | |
|---|---|---|---|
| **ENTITY INFORMATION** | | | |
| Entity Name: | TRIMAX CORPORATION | Entity Number: | C20379-1999 |
| Entity Type: | Domestic Corporation (78) | Entity Status: | Default |
| Formation Date: | 08/18/1999 | NV Business ID: | NV19991344810 |
| Termination Date: | Perpetual | Annual Report Due Date: | 8/31/2018 |

| REGISTERED AGENT INFORMATION | | | |
|---|---|---|---|
| Name of Individual or Legal Entity: | MY NEVADA LLC | Status: | Active |
| CRA Agent Entity Type: | CRA - Limited-Liability Corporation | Registered Agent Type: | Commercial Registered Agent |
| NV Business ID: | NV20101738998 | Office or Position: | |
| Jurisdiction: | NEVADA | | |
| Street Address: | 1309 ENTERPRIZE WY, CARSON CITY, NV, 89703, USA | Email Address: | mynevadallc@gmail.com |
| Mailing Address: | | | |
| Individual with Authority to Act: | JOHN DUNBAR | Contact Phone Number: | |
| Fictitious Website or Domain Name: | | | |

| PRINCIPAL OFFICE ADDRESS | | | |
|---|---|---|---|
| Address: | | Mailing Address: | |

**OFFICER INFORMATION**   ☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | HUGO SAAVEDRA | PO BOX 471, CARSON CITY, NV, 89702, USA | 08/06/2018 | Active |
| Secretary | DEBRA SAAVEDRA | PO BOX 471, CARSON CITY, NV, 89702, USA | 08/06/2018 | Active |
| Treasurer | MICHAEL TRUNNELL | PO BOX 471, CARSON CITY, NV, 89702, USA | 08/06/2018 | Active |
| Director | HUGO SAAVEDRA | PO BOX 471, CARSON CITY, NV, 89702, USA | 08/06/2018 | Active |

Page 1 of 1, records 1 to 4 of 4

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 500,000,000 | 0.001000000000 |
| | Authorized | 10,000,000 | 0.001000000000 |

Page 1 of 1, records 1 to 2 of 2

Number of No Par Value Shares: 0

Total Authorized Capital:  **510,000**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results