UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25019-CIV-ALTONAGA/Goodman

**INFINITY GLOBAL CONSULTING
GROUP INC.**, *et al.*,

    Plaintiffs,

v.

**TILRAY, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers to the Complaint within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 6th day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record