UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-25019-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.,

        Defendants.
_____/

## NOTICE OF APPEARANCE

Freddy Funes of the law firm Gelber Schachter & Greenberg, P.A. appears as additional counsel in this action for Defendants Tilray, Inc. and Privateer Holdings, Inc.

Dated: December 6, 2019        Respectfully Submitted,

        s/Freddy Funes
        Brian W. Toth
        Florida Bar No. 57708
        btoth@gsgpa.com
        Freddy Funes
        Florida Bar No. 87932
        ffunes@gsgpa.com
        GELBER SCHACHTER & GREENBERG, P.A.
        1221 Brickell Avenue, Suite 2010
        Miami, Florida 33131
        Telephone: (305) 728-0950
        E-service: efilings@gsgpa.com

        *Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

4822-1064-4654, v. 2