**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-25019-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.,

        Defendants.
_____/

**CERTIFICATE OF FILING NOTICE OF REMOVAL IN CIRCUIT COURT**

    On December 5, 2019, Defendants Tilray, Inc. and Privateer Holdings, Inc. filed with the Eleventh Judicial Circuit a Notice of Filing Notice of Removal and the Notice of Removal filed with this Court on that same day. Notice of the filing was provided to all counsel of record. A copy of the Notice of Filing is attached as Exhibit A.

|  |  |
|---|---|
| Dated: December 6, 2019 | Respectfully Submitted, |

                                                  s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@gsgpa.com
Freddy Funes
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

John Goldmark (*pro hac vice* forthcoming)
Lauren Rainwater (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150

*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

4821-8121-8222, v. 1