**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-25019-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

       Plaintiffs,

v.

TILRAY, INC., et al.,

       Defendants.

_____/

**DEFENDANT TILRAY, INC.'S CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tilray, Inc. states that it has

no parent company and no publicly held corporation owns 10% or more of its stock.

As required by the Court's order of December 6, 2019, ECF No. 4, Defendant Tilray, Inc.

states that the following persons and entities may have a financial interest in the outcome of this

case:

    1.  Infinity Global Consulting Group, Inc.;

    2.  Joseph M. Vazquez III;

    3.  Tilray, Inc.;

    4.  Privateer Holdings, Inc.;

    5.  Left Coast Ventures, Inc.;

    6.  Eko Holdings, LLC;

    7.  Brett Cummings;

    8.  Hugo Saavedra;

9.  Debra Saavedra;

10. Equitable Transitions, Inc.;

11. Trimax Corporation; and

12. Saavy Naturals, Inc.

Respectfully submitted,

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@gsgpa.com
Freddy Funes
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

John Goldmark (*pro hac vice* forthcoming)
Lauren Rainwater (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150

*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

4820-0611-8062, v. 2