UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

       Plaintiffs,

v.

TILRAY, INC., et al.,

       Defendants.
_____/

**DEFENDANT PRIVATEER HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Privateer Holdings, Inc. states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

     As required by the Court's order of December 6, 2019, ECF No. 4, Defendant Privateer Holdings, Inc. states that the following persons and entities may have a financial interest in the outcome of this case:

1. Infinity Global Consulting Group, Inc.;
2. Joseph M. Vazquez III;
3. Tilray, Inc.;
4. Privateer Holdings, Inc.;
5. Left Coast Ventures, Inc.;
6. Eko Holdings, LLC;
7. Brett Cummings;
8. Hugo Saavedra;

9. Debra Saavedra;

10. Equitable Transitions, Inc.;

11. Trimax Corporation; and

12. Saavy Naturals, Inc.

        Respectfully submitted,

        s/Brian W. Toth
        Brian W. Toth
        Florida Bar No. 57708
        btoth@gsgpa.com
        Freddy Funes
        Florida Bar No. 87932
        ffunes@gsgpa.com
        GELBER SCHACHTER & GREENBERG, P.A.
        1221 Brickell Avenue, Suite 2010
        Miami, Florida 33131
        Telephone: (305) 728-0950
        E-service: efilings@gsgpa.com

        John Goldmark (*pro hac vice* forthcoming)
        Lauren Rainwater (*pro hac vice* forthcoming)
        DAVIS WRIGHT TREMAINE LLP
        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        Tel: (206) 622-3150

        *Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

4824-4252-2286, v. 2