UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

       Plaintiffs,

v.

TILRAY, INC., et al.,

       Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Before the Court is the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion). The Court being fully advised, it is:

ORDERED AND ADJUDGED as follows:

1.    The Motion is GRANTED;

2.    John Goldmark may appear and participate in this action on behalf of Defendants Tilray, Inc. and Privateer Holdings, Inc.

3.    The Clerk is directed to provide electronic notification of all electronic filings to Mr. Goldmark at JohnGoldmark@dwt.com.

DONE AND ORDERED in Chambers in Miami, Florida, this December ___, 2019.

                                                  _____
                                                  CECILIA M. ALTONAGA
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record