**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-25019-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.,

        Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the U.S. District Court for the Southern District of Florida, the undersigned moves for the admission *pro hac vice* of Lauren Rainwater of the law firm of Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, Washington 98104-1610, (206) 622-3150, for purposes of appearance as co-counsel on behalf of Defendants Tilray, Inc. and Privateer Holdings, Inc., and, in accordance with Rule 2B of the CM/ECF Administrative Procedures, to permit Ms. Rainwater to receive electronic filings in this case.

1. Ms. Rainwater is not admitted to practice in the Southern District of Florida. Ms. Rainwater is a member in good standing of the Washington Bar and the New York Bar.

2. Movant, Brian W. Toth, of the law firm Gelber Schachter & Greenberg, P.A., 1221 Brickell Avenue, Suite 2010, Miami, Florida 33131, (305) 728-0965, is a member in good standing of the Florida Bar and the U.S. District Court for the Southern District of Florida and is authorized to file through the Court's electronic-filing system. Mr. Toth consents to be

designated as a member of the bar of the Court with whom it and opposing counsel may readily communicate regarding the conduct of the case, on whom filings will be served, who will be required to electronically file and serve all documents and things that may be filed and served electronically, and who will be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of the Court, Ms. Rainwater has paid the Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Ms. Rainwater, by and through designated counsel and in accordance with Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to her at this e-mail address: LaurenRainwater@dwt.com.

WHEREFORE, Brian W. Toth moves the Court for the entry of an order granting permission for Lauren B. Rainwater to appear before the Court on behalf of Defendants Tilray, Inc. and Privateer Holdings, Inc., and directing the Clerk to provide notices of electronic filings to her.

Dated: December 9, 2019                    Respectfully Submitted,

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

      Plaintiffs,

v.

TILRAY, INC., et al.,

      Defendants.

_____/

**CERTIFICATION OF LAUREN B. RAINWATER**

In accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, Lauren B. Rainwater certifies that (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the Washington Bar and the New York Bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                Lauren B. Rainwater