UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25019-CIV-ALTONAGA/Goodman

**INFINITY GLOBAL CONSULTING GROUP INC.**, *et al.*,

    Plaintiffs,

v.

**TILRAY, INC.**; *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 11]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Lauren Rainwater may appear and participate in this action on behalf of Defendants Tilray, Inc. and Privateer Holdings, Inc. The Clerk is directed to provide electronic notification of all electronic filings to Ms. Rainwater at LaurenRainwater@dwt.com.

**DONE AND ORDERED** in Miami, Florida, this 10th day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record