**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-25019-CIV-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

       Plaintiffs,

v.

TILRAY, INC., et al.

       Defendants.

_____/

**NOTICE OF APPEARANCE OF W. BARRY BLUM**

PLEASE TAKE NOTICE of the appearance of W. Barry Blum, Esq. and the law firm of Genovese Joblove & Battista, P.A., as counsel in this action for Defendants: **Left Coast Ventures, Inc.**; **Eko Holdings, Inc.**; and **Brett Cummings**. The undersigned requests that copies of all papers, pleadings, motions, notices, and documents of any kind in this action be sent to him and Genovese Joblove & Battista, P.A., at the address listed below.

Dated this 18th day of December 2019.

                                    GENOVESE JOBLOVE & BATTISTA, P.A.
                                    *Counsel for Defendants Left Coast Ventures, Inc.,
                                    Eko Holdings, LLC and Brett Cummings*
                                    100 SE 2nd Street, 44th Floor
                                    Miami, FL 33131
                                    Tel.: (305) 349-2300
                                    Fax.: (305) 349-2310

                                    By: /s/ W. Barry Blum
                                        W. Barry Blum (FBN 379301)
                                        bblum@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all parties in interest registered to receive electronic notice via the Court's Case Management/Electronic Case Filing System or and by U.S. Mail or e-mail as reflected on the attached service list on this 18th day of December, 2019.

By: /s/ W. Barry Blum
W. Barry Blum

## SERVICE LIST

**Notice will be electronically mailed via CM/ECF to:**

John A. Goldmark (admitted *pro hac vice*)
johngoldmark@dwt.com
Lauren Rainwater (admitted *pro hac vice*)
laurenrainwater@dwt.co
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150

Brian W. Toth
btoth@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**The following persons will be served by e-mail or U.S. mail as noted:**

Peter A. Gonzalez (by e-mail)
pgonzalez@smgqlaw.com
SANCHEZ-MEDINA, GONZÁLEZ, QUESADA,
LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: (305) 377-1000
*Attorneys for Plaintiffs*
Hugo Saavedra (by U.S. Mail to address on Plaintiff's state court summons)
20338 Corisco Street
Chatsworth, CA 91311

Debra Saavedra (by U.S. Mail to address on Plaintiff's state court summons)
20338 Corisco Street
Chatsworth, CA 91311

Equitable Transitions, Inc. (by U.S. Mail to address on Plaintiff's state court summons and by e-mail to address on entity's website)
nigel@etinsolvency.com
444 E. Ocean Blvd.
Suite 1400
Long Beach, CA 90802