UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC. ("Infinity"), JOSEPH M. VAZQUEZ, III ("Vazquez"), an individual, and JOSEPH M. VAZQUEZ III derivatively, as a shareholder, and on behalf of TRIMAX Corporation ("Trimax" or collectively with Infinity and Vazquez, the "Plaintiffs"), by and through their undersigned counsel, pursuant to the Court's December 6, 2019 Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 4], and pursuant to Fed. R. Civ. P. 7.1, state the following:

    1.    Infinity has no parent company and no publicly held corporation owns 10% or more of its stock.

    2.    Trimax has no parent company and no publicly held corporation owns 10% or more of its stock.

    3.    The following persons and entities may have a financial interest in the outcome of this case:

a. Infinity Global Consulting Group, Inc.;

b. Joseph M. Vazquez III;

c. Trimax Corporation and all of its shareholders;

d. Tilray, Inc.;

e. Privateer Holdings, Inc.;

f. Left Coast Ventures, Inc.;

g. Eko Holdings, Inc.;

h. Brett Cummings;

i. Hugo Saavedra;

j. Debra Saavedra;

k. Equitable Transitions, Inc.; and

l. Saavy Naturals, Inc.

Respectfully Submitted,

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
Primary:     PGonzalez@smgqlaw.com
Secondary:   JKellner@smgqlaw.com
             DMartinez@smgqlaw.com
             JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ, ESQ.
Florida Bar No. 036919
JAMES C. KELLNER, ESQ.
Florida Bar No. 021038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2019, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
*Counsel for Defendants, Tilray, Inc. and Privateer Holdings, Inc.*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants, Tilray, Inc. and Privateer Holdings, Inc.*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 se 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants, Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

                                          **SANCHEZ-MEDINA, GONZALEZ, QUESADA,**
                                          **LAGE, GOMEZ & MACHADO LLP**

                       By:       /s/ Peter A. Gonzalez
                               PETER A. GONZALEZ, ESQ.