UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M.  VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*

_____/

**UNOPPPOSED JOINT MOTION TO EXTEND TIME
TO FILE JOINT SCHEDULING REPORT**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC. ("Infinity"), JOSEPH M. VAZQUEZ, III ("Vazquez"), an individual, and JOSEPH M. VAZQUEZ III derivatively, as a shareholder on behalf of TRIMAX Corporation ("Trimax" or collectively with Infinity and Vazquez, the "Plaintiffs"), joined by Defendants, TILRAY, INC. ("Tilray") and PRIVATEER HOLDINGS INC. ("Privateer," and collectively with Tilray, the "Notice of Removal Defendants") by and through their counsel, pursuant to Local Rule 7.1, respectfully request an extension of time of thirty (30) days, up to and including Friday, January 17, 2020, to file the parties' joint scheduling report, and in support thereof state as follows:

1. Pursuant to the Court's December 6, 2019 Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 4] (the "Order"), the parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by December 18, 2019[1].

2. Plaintiffs and Notice of Removal Defendants request an extension of time of thirty (30) days, up to and including Friday, January 17, 2020 for the parties' counsel to meet and prepare the joint scheduling report and proposed scheduling order.  Plaintiffs need additional time to determine whether each of the eight (8) total defendants have been served with process or have agreed to accept service of process through their counsel, and if necessary, serve with process any defendants that may be contesting service.

3. On December 5, 2019, defendants Tilray and Privateer filed their Notice of Removal [D.E. 1], which removed this action based on diversity jurisdiction from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where it was originally filed on December 2, 2019 by Plaintiffs.

4. The parties currently dispute whether Defendants Tilray, LEFT COAST VENTURES, INC. ("Left Coast"), EKO HOLDINGS LLC ("Eko"), and BRETT CUMMINGS ("Cummings") were properly served with the state court complaint and/or agreed to waive formal service of process and accept email service of that complaint.  The parties do not dispute and agree that Defendants Privateer, HUGO SAAVEDRA, DEBRA SAAVEDRA and EQUITABLE TRANSITIONS INC., have not been served with process and have not agreed to accept service of process.

---

[1] The Order also required the parties to file certificate of interested parties and corporate disclosure statements by December 18, 2019, which the Plaintiffs timely filed on December 18, 2019 and which Defendants Tilray and Privateer timely filed on December 9, 2019. By this Motion, Defendants seek an extension of time up to and including Friday, January 17, 2020 for any additional defendants to file their certificate of interested parties and corporate disclosure statements.

5. On December 18, 2019, Paul J. Battista and W. Barry Blum of Genovese Joblove and Battista P.A. filed their Notices of Appearance [D.E. 15, 16] on behalf of Defendants Left Coast, Eko and Cummings. Thus, additional time to prepare and complete the joint scheduling report is needed in order to provide counsel for Defendants Left Coast, EKO and Cummings the opportunity to participate in the preparation of the joint scheduling report.

6. Additional defendants, HUGO SAAVEDRA, DEBRA SAAVEDRA and EQUITABLE TRANSITIONS INC., have not appeared in this action. Thus, based on the foregoing, Plaintiffs require additional time to file and obtain an executed Summons for defendants, HUGO SAAVEDRA, DEBRA SAAVEDRA and EQUITABLE TRANSITIONS INC., prior to all the parties filing and completing a joint scheduling report.

7. Plaintiffs also require additional time to prepare and file the joint scheduling report as a result of undersigned counsel for Plaintiffs prearranged travel out of the country in December 2019 and early January 2020.

8. By this Motion and based on the foregoing, the parties respectfully request an enlargement of time up to and including Friday, January 17, 2020 for the parties to prepare and file a joint scheduling report and proposed scheduling order.

9. Plaintiffs' counsel communicated with counsel for Defendants Tilray and Privateer, who has confirmed that Tilray and Privateer agree to the extension of time sought by this Motion for the parties to prepare and file a joint scheduling report and proposed scheduling order, and for any additional defendants to file their certificate of interested parties and corporate disclosure statements. Plaintiffs' counsel has also communicated with counsel for Defendants Left Coast, Eko and Cummings, who has confirmed that Defendants Left Coast Eko and Cummings also agree to the extension of time sought by this Motion.

10. This motion is being filed in good faith and solely for the purpose set forth herein.

11. Defendants Tilray, Privateer, Left Coast, Eko, and Cummings all specifically and expressly preserve all defenses, including without limitation defenses for lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process, and do not waive these or similar defenses by joining in this Motion at Plaintiffs' request. Similarly, Plaintiffs expressly preserve all rights, including without limitation to challenge any defenses, claims, positions or arguments raised by any and all Defendants in this action.

WHEREFORE, Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC. and JOSEPH M. VAZQUEZ, III, individually and derivatively, as a shareholder on behalf of TRIMAX Corporation, joined by Defendants, TILRAY, INC. and PRIVATEER HOLDINGS INC., respectfully request that this Court grant this Motion and enter an Order providing the parties with an extension of time, up to and including Friday, January 17, 2020, within which to prepare and file a joint scheduling report and proposed scheduling order.

**CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Plaintiffs' counsel hereby certifies that he conferred with John Goldmark, Esq., counsel for Defendants Tilray and Privateer, and Paul J. Battista, Esq. and W. Barry Blum, Esq., counsel for Defendants Left Coast, Eko and Cummings, in compliance with S.D. Fla. L.R. 7.1(a)(3), who advised that Defendants Tilray, Privateer, Left Coast, Eko and Cummings agree to the relief sought by this motion.

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com

JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ, ESQ.
Florida Bar No. 036919
JAMES C. KELLNER, ESQ.
Florida Bar No. 021038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
*Counsel for Defendants, Tilray, Inc. and Privateer Holdings, Inc.*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants, Tilray, Inc. and Privateer Holdings, Inc.*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 se 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants, Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ, ESQ.