**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:19-CV-25019-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING GROUP,
INC.; JOSEPH M. VAZQUEZ III; and
JOSEPH M.  VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

   *Plaintiffs,*

vs.

TILRAY INC.; PRIVATEER HOLDINGS INC.;
LEFT COAST VENTURES, INC.;
EKO HOLDINGS LLC; BRETT CUMMINGS;
HUGO SAAVEDRA; DEBRA SAAVEDRA; and
EQUITABLE TRANSITIONS INC.,

   *Defendants.*
_____/

**ORDER GRANTING UNOPPOSED JOINT MOTION TO EXTEND TIME TO FILE**
**JOINT SCHEDULING REPORT**

  THIS CAUSE having come before the Court upon Plaintiffs', INFINITY GLOBAL

CONSULTING GROUP, INC. and JOSEPH M. VAZQUEZ, III, individually and derivatively,

as a shareholder on behalf of TRIMAX Corporation (collectively, the "Plaintiffs"), Unopposed

Joint Motion to Extend Time to File Joint Scheduling Report (the "Motion"), dated December

18, 2019. The Court having reviewed the Motion, the Court's file and being otherwise advised in

the premises, hereby ORDERS AND ADJUDGES that:

  1.  Plaintiffs' Motion is GRANTED.

  2.  Plaintiffs and all Defendants in the action shall prepare and file a joint scheduling

report and proposed joint scheduling order, as required by Local Rule 16.1, on or before Friday,

January 17, 2020.

3.      Defendants shall file their certificates of interested parties and corporate disclosure statements on or before Friday, January 17, 2020.

DONE AND ORDERED in chambers in Miami-Dade County, Florida, on this _____ day of December, 2019.

BY THE COURT:

_____
Judge Cecilia M. Altonaga

Copies to:
All Counsel of Record