UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-25019-CIV-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP INC., *et al.*,

     Plaintiffs,

v.

TILRAY, INC.; *et al.*,

     Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the Unopposed Joint Motion to Extend Time to File Joint Scheduling Report [ECF No. 18].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**.  Plaintiffs and any served Defendants shall prepare and file a joint scheduling report, as required by Local Rule 16.1, on or before **January 6, 2020**.  Defendants shall file their certificates of interested parties and corporate disclosure statements on or before **January 6, 2020**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record