UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP, INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.,

        Defendants.
_____/

**DEFENDANTS TILRAY, INC. AND PRIVATEER HOLDINGS, INC.'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY INJUNCTION**

In accordance with Local Rule 7.2, Defendants Tilray, Inc. ("Tilray") and Privateer Holdings, Inc. ("Privateer") submit this Opposition[1] to Plaintiffs' Verified Emergency Motion for Temporary Injunction ("Motion"). *See* ECF No. 1-2 at 36.

Before this action was removed to this Court, Plaintiffs filed in state court their Motion seeking to prevent the closing of the merger between Tilray and Privateer. But that merger closed on December 12, 2019. *See* TILRAY, INC. COMPLETES MERGER WITH PRIVATEER HOLDINGS, INC. (available at, https://www.tilray.com/tilraynews-master/2019/12/13/tilray-inc-completes-merger-with-privateer-holdings-inc); *see also* Ex. A (Form 8-K filed by Tilray with the U.S. Securities and Exchange Commission, informing the SEC of the December 12, 2019 closing of the merger between Tilray and Privateer). And because the merger of Tilray and Privateer closed, Plaintiffs' Motion is moot.

---

[1] Tilray and Privateer dispute that either defendant is subject to personal jurisdiction in Florida or that venue is proper, and expressly preserve and do not waive their defenses as to personal jurisdiction, venue, and service by submitting this Opposition.

On December 13, counsel for Tilray and Privateer asked Plaintiffs' counsel to withdraw their now-moot Motion, and reiterated that request again on December 17.  Plaintiffs have not yet agreed to withdraw their Motion.

Dated: December 19, 2019                    Respectfully Submitted,

                                            s/Brian W. Toth
                                            Brian W. Toth
Florida Bar No. 57708
btoth@gsgpa.com
Freddy Funes
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

John A. Goldmark (admitted *pro hac vice*)
Lauren Rainwater (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel:  (206) 622-3150

*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*