UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-25019-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*

_____/

**NOTICE OF UNAVAILABILITY
AND/OR ABSENCE FROM JURISDICTION**

**NOTICE IS HEREBY GIVEN** that the undersigned counsel will not be available for any proceedings in this matter during the following time periods because Defendant's counsel will be traveling out of the country, out of the State of Florida, or otherwise engaged in other proceedings which result in irreconcilable scheduling conflicts and the inability to attend any proceedings in Miami-Dade County, Florida or elsewhere in the above-styled case during the following dates:

**December 23, 2019 to January 7, 2020**

Consequently, the undersigned counsel requests that no motions, hearings, depositions, trials or any other proceedings be set or take place during the time periods listed above, and hereby moves for a continuance if any are set. If any proceedings are set during the stated time periods without coordination and written agreement by the undersigned counsel, or if any deadlines fall on any of the stated time periods set forth above, we hereby move for a protective order and/or motion for continuance or extension of time to address the matter(s) after the stated time periods or otherwise when not in conflict with the stated time periods. As such, this notice shall

constitute a protective order and/or continuance motion, or motion for extension of time, to the extent any proceedings or deadlines conflict with or fall within or on any of the dates or time periods stated above.

          Respectfully Submitted,

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
Primary:      PGonzalez@smgqlaw.com
Secondary:   JKellner@smgqlaw.com
                    DMartinez@smgqlaw.com
                    JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ, ESQ.
Florida Bar No. 036919
JAMES C. KELLNER, ESQ.
Florida Bar No. 021038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2019, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

| | |
|---|---|
| **Brian W. Toth, Esq.** | **John Goldmark, Esq.** |
| **Freddy Funes, Esq.** | **Lauren Rainwater, Esq.** |
| **Gelber Schachter & Greenberg, P.A.** | **Davis White Tremaine LLP** |
| 1221 Brickell Avenue, Suite 2010 | 920 Fifth Avenue, Suite 3300 |
| Miami, Florida 33131 | Seattle, Washington 98104-1610 |
| T: (305) 728-0950 | T: (206) 622-3150 |
| efilings@gspa.com | JohnGoldmark@DWT.com |
| btoth@gspa.com | LaurenRainwater@DWT.com |
| ffunes@gspa.com | *Counsel for Defendants, Tilray, Inc.* |
| *Counsel for Defendants, Tilray, Inc. and Privateer Holdings, Inc.* | *and Privateer Holdings, Inc.* |

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 se 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants, Left Coast Ventures, Inc.,*
*Eko Holdings LLC and Brett Cummings*

                                  **SANCHEZ-MEDINA, GONZALEZ, QUESADA,**
                                  **LAGE, GOMEZ & MACHADO LLP**

                        By:        /s/ Peter A. Gonzalez
                                    PETER A. GONZALEZ, ESQ.