UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25019-CIV-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP INC., *et al.*,

    Plaintiffs,

v.

**TILRAY, INC.**; *et al.*,

    Defendants.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

**THIS CAUSE** came before the Court on Plaintiffs' Notice of Unavailability and/or Absence from Jurisdiction [ECF No. 21]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a Notice of Unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, it is

    **ORDERED** that the Notice of Unavailability **[ECF No. 21]** is **STRICKEN**.

    **DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2019.

                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record