**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:19-CV-25019-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M.  VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*
_____/

**PLAINTIFFS' NOTICE TO STRIKE**

    Plaintiffs, Infinity Global Consulting Group, Inc., Joseph M. Vazquez III, and Joseph M. Vazquez III, derivatively, as a shareholder, and on behalf of, Trimax Corp., by and through undersigned counsel, hereby move the court to strike DE 23 – Notice of Filing Proposed Summons(es) which was erroneously filed on December 27, 2019.

    Respectfully Submitted,

    **SANCHEZ-MEDINA, GONZÁLEZ, QUESADA,**
    **LAGE, GOMEZ & MACHADO LLP**
    Attorneys for Plaintiffs
    201 Alhambra Circle, Suite 1205
    Coral Gables, Florida 33134
    Tel: 305.377.1000
    Primary:    PGonzalez@smgqlaw.com
    Secondary:  JKellner@smgqlaw.com
                    DMartinez@smgqlaw.com
                    JGomez@smgqlaw.com

    By:    /s/ Peter A. Gonzalez
        PETER A. GONZALEZ, ESQ.
        Florida Bar No. 036919
        JAMES C. KELLNER, ESQ.
        Florida Bar No. 021038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2019, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

| | |
|---|---|
| **Brian W. Toth, Esq.** | **John Goldmark, Esq.** |
| **Freddy Funes, Esq.** | **Lauren Rainwater, Esq.** |
| **Gelber Schachter & Greenberg, P.A.** | **Davis White Tremaine LLP** |
| 1221 Brickell Avenue, Suite 2010 | 920 Fifth Avenue, Suite 3300 |
| Miami, Florida 33131 | Seattle, Washington 98104-1610 |
| T: (305) 728-0950 | T: (206) 622-3150 |
| efilings@gsgpa.com | JohnGoldmark@DWT.com |
| btoth@gsgpa.com | LaurenRainwater@DWT.com |
| ffunes@gsgpa.com | *Counsel for Defendants, Tilray, Inc.* |
| *Counsel for Defendants, Tilray, Inc. and Privateer Holdings, Inc.* | *and Privateer Holdings, Inc.* |

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 se 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants, Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

                                          **SANCHEZ-MEDINA, GONZALEZ, QUESADA,**
                                          **LAGE, GOMEZ & MACHADO LLP**

        By:        /s/ Peter A. Gonzalez
                        PETER A. GONZALEZ, ESQ.