**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-25019-CIV-ALTONAGA/Goodman**

**INFINITY GLOBAL CONSULTING**
**GROUP INC.**, *et al.*,

      Plaintiffs,

v.

**TILRAY, INC.**; *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Defendants, Tilray, Inc. and Privateer Holdings, Inc. filed the Notice of Removal of Civil Action on December 5, 2019, and to date, there is no indication in the court file that Defendants, Hugo Saavedra, Debra Saavedra, and Equitable Transitions, have been served with the summons and Complaint.  The state court action was filed, it appears, on December 2, 2019.  (*See* Removal Status Report [ECF No. 14]).  It is therefore

**ORDERED AND ADJUDGED** that on or before **March 1, 2020**, Plaintiff shall perfect service upon the Defendants or show cause why these Defendants should not be dismissed for failure to perfect service of process.  Failure to file proof of service or show good cause by March 1 will result in a dismissal of these Defendants without prejudice and without further notice.

CASE NO. 19-25019-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2019.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record