AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Infinity Global Consulting Group, Inc., et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  19-25019-CIV-ALTONGA/Goodma |
| Tilray, Inc., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tilray, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/30/2019_____

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Infinity Global Consulting Group, Inc., et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  19-25019-CIV-ALTONGA/Goodma |
| Tilray, Inc., et al. | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Privateer Holdings, Inc.
c/o The Corporate Trust Company
1209 Orange Street
Corporaiton Trust Center
Wilminton, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Dec 30, 2019 _____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

Infinity Global Consulting Group, Inc., et al.

)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Tilray, Inc., et al.

*Defendant(s)*

Civil Action No.   19-25019-CIV-ALTONGA/Goodma

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Left Coast Ventures, Inc.
c/o The Corporate Trust Company
1209 Orange Street
Corporation Trust Center
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Dec 30, 2019 _____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Infinity Global Consulting Group, Inc., et al. | ) ) ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  19-25019-CIV-ALTONGA/Goodma |
| v. | ) | |
| Tilray, Inc., et al. | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Equitable Transitions, Inc.
c/o David Richard Haberbush
444 E. Ocean Blvd., Ste. 400
Long Beach, CA 90802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___ Dec 30, 2019 _____



SUMMONS

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Infinity Global Consulting Group, Inc., et al. | ) <br> ) <br> ) <br> ) <br> ) |
| _____ <br> *Plaintiff(s)* | ) <br> ) |
| v. | ) |
| Tilray, Inc., et al. | ) <br> ) <br> ) |
| _____ <br> *Defendant(s)* | ) <br> ) <br> ) |

Civil Action No.   19-25019-CIV-ALTONGA/Goodma

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eko Holdings, LLC
c/o Cogency Global Inc.
1325 J. Street, Ste. 1550
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Dec 30, 2019 _____



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Infinity Global Consulting Group, Inc., et al. <br><br><br><br> *Plaintiff(s)* <br> v. <br> Tilray, Inc., et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  19-25019-CIV-ALTONGA/Goodma |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hugo Saavedra
10543 Andasol Avenue
Granada Hills, CA 91344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Dec 30, 2019 _____



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Infinity Global Consulting Group, Inc., et al. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 19-25019-CIV-ALTONGA/Goodma |
| v. | ) ) | |
| Tilray, Inc., et al. | ) ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Debra Saavedra
10543 Andasol Avenue
Granada Hills, CA 91344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Dec 30, 2019 _____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Infinity Global Consulting Group, Inc., et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  19-25019-CIV-ALTONGA/Goodma |
| Tilray, Inc., et al. | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brett Cummings
975 Corporate Center Parkway, Ste. 120
Santa Rosa, CA 95407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
c/o Peter A. Gonzalez, Esq.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Dec 30, 2019 _____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court