**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-25019-CIV-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.

        Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE* OF THOMAS M. GEHER, ESQ.,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Thomas M. Geher of the law firm of Jeffer Mangels Butler & Mitchell LLP, 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067, Telephone: (310) 203-8080, for purposes of appearance as co-counsel on behalf of Defendants Left Coast Ventures, Inc., Eko Holdings, Inc., and Brett Cummings in the above-styled case only, and under Rule 2B of the CM/ECF Administrative Procedures, to permit Thomas M. Geher, TGeher@JMBM.com, to receive electronic filings in this case, and in support thereof states as follows:

    1.  Thomas M. Geher is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California.

1

2. Movant, W. Barry Blum, Esq., of the law firm of Genovese Joblove & Battista, PA, Telephone: (305)349-2300, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through this Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Thomas M. Geher has made payment of this Court's $75.00 admission fee, and a certification in accordance with Rule 4(b) is attached hereto.

4. Thomas M. Geher, by and through designated counsel and under Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Thomas M. Geher at email address: TGeher@JMBM.com.

WHEREFORE, Movant W. Barry Blum, Esq., respectfully requests that this Court to enter an Order admitting *pro hac vice* Thomas M. Geher to appear before this Court on behalf of Defendants Left Coast Ventures, Inc., Eko Holdings, Inc., and Brett Cummings, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Thomas M. Geher at email address: TGeher@JMBM.com.

Dated: December 30, 2019.

Respectfully submitted,

By: /s/ W. Barry Blum
W. Barry Blum (FBN 379301)
bblum@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 SE 2nd Street, 44th Floor
Miami, FL 33131
Tel.: (305) 349-2300
*Counsel for Defendants Left Coast Ventures, Inc.,
Eko Holdings, LLC, and Brett Cummings*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has filed with the Clerk of Court and will be served been served upon all counsel of record registered to receive electronic notice via the Court's Case Management/ Electronic Case Filing (CM/ECF) System or by U.S. Mail this 30th day of December 2019; and will be served by mail on the parties listed below that have not yet appeared and will not receive copies via CM/ECF.

By: /s/ W. Barry Blum
W. Barry Blum

## SERVICE LIST (by Mail)

Hugo Saavedra
10543 Andasol Avenue
Granada Hills, CA  91344

Debra Saavedra
10543 Andasol Avenue
Granada Hills, CA  91344

Equitable Transitions, Inc.
c/o David Richard haberbush
444 E. Ocean Blvd., Ste. 400
Long Beach, CA 90802

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-25019-CIV-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

    Plaintiffs,

v.

TILRAY, INC., et al.

    Defendants.

_____/

### CERTIFICATION OF THOMAS M. GEHER

I, Thomas M. Geher, Esq., under Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of this Court, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California and the United States District Court for the Northern, Southern, Eastern and Central Districts of California; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

By: _/s/ Thomas M. Geher_

Thomas M. Geher
TGeher@JMBM.com

4