**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-25019-CIV-ALTONAGA/Goodman**

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

     Plaintiffs,

v.

TILRAY, INC., et al.

     Defendants.

_____ /

**ORDER GRANTING MOTION OF THOMAS M. GEHER, ESQ. TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE is before the Court on the Motion of Thomas M. Geher, Esq. to Appear *Pro*

*Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic

Filing (the "Motion"), filed under the Rules Governing the Admission, Practice, Peer Review, and

Discipline of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures. The Court having considered the Motion

and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Thomas M. Geher, Esq., may appear and participate in this action

on behalf of Defendants Left Coast Ventures, Inc., Eko Holdings, Inc., and Brett Cummings. The

Clerk will provide electronic notification of all electronic filings to Thomas M. Geher, Esq., at

TGeher@JMBM.com.

Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings, Inc., and Brett Cummings

shall promptly take steps to serve a copy of this Order on all persons served with the Motion who

do not receive a copy of this Order via the Court's Case Management/Electronic Case Filing

System.

    DONE and ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of _____

20\_\_.

 

_____

United States District Judge