UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25019-CIV-ALTONAGA/Goodman

**INFINITY GLOBAL CONSULTING GROUP, INC.**; *et al.*,

    Plaintiffs,

v.

**TILRAY, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. This action was removed on December 5, 2019. (*See* Notice of Removal [ECF No. 1]). Prior to removal, Plaintiffs filed a Verified Emergency Motion for Temporary Injunction. (*See* Mot. [ECF No. 1-2] 36–53). On December 19, 2019, Defendants, Tilray, Inc. and Privateer Holdings, Inc., filed an Opposition to Plaintiffs' Emergency Motion for Temporary Injunction [ECF No. 20], explaining Plaintiffs' Motion is now moot. (*See generally id.*). Plaintiffs have not filed a reply memorandum in support of their Motion, disagreeing with Defendants' characterization. Accordingly, it is

**ORDERED** that the Verified Emergency Motion for Temporary Injunction ([ECF No. 1-2] 36–53) is **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of January, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record