**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-25019-CIV-ALTONAGA/GOODMAN**

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

      Plaintiffs,

v.

TILRAY, INC., et al.

      Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**
**DISCLOSURES OF DEFENDANTS LEFT COAST VENTURES, INC,**
**EKO HOLDINGS, LLC, AND BRETT CUMMINGS**

Under FED. R. CIV. P. 7.1 and this Court's Pretrial Order, Defendants Left Coast Ventures, Inc ("Left Coast"), Eko Holdings, LLC ("Eko"), and Brett Cummings ("Cummings") submit the following Certificate of Interested Persons and Corporate Disclosure Statement:

**Interested Persons/Parties**

Plaintiffs

1. Infinity Global Consulting Group Inc.;
2. Joseph M. Vazquez III;
3. Trimax Corporation;
4. Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP
5. Peter A. Gonzalez, Esq.

Defendants

6. Left Coast Ventures, Inc;
7. Eko Holdings, LLC;
8. Brett Cummings;
9. Genovese Joblove & Battista, P.A., counsel for Defendants Left Coast, Eko, and Cummings;
10. Paul J. Battista, Esq., of Genovese Joblove & Battista, P.A.;
11. W. Barry Blum, Esq., of Genovese Joblove & Battista, P.A.;
12. Jeffer Mangels Butler & Mitchell LLP, counsel for Defendants Left Coast, Eko, and Cummings;

13. Thomas Geher, Esq., of Jeffer Mangels Butler & Mitchell LLP, counsel for Defendants Left Coast, Eko, and Cummings;
14. Rever Holdings, LLC, sole member of Defendant Eko;
15. Tilray, Inc.;
16. Privateer Holdings, Inc.;
17. Equitable Transitions, Inc.;
18. Hugo Saavedra; and
19. Debra Saavedra

## Corporate Disclosures of Defendants Left Coast Ventures, Inc., Eko Holdings, Inc., and Brett Cummings

Neither Left Coast nor Eko is a publicly-held company. Defendant Eko is a single-member California LLC; its sole member is Rever Holdings, LLC, a single-member California LLC; and the sole member of Rever Holdings, LLC is Defendant Left Coast. Defendant Left Coast is a Delaware corporation with multiple stockholders that are either individuals or privately-owned entities. No public company has any interest in Eko or Left Coast, and thus no public company is a 10% owner of any Defendant.

Respectfully submitted: January 6, 2020.

       **GENOVESE JOBLOVE & BATTISTA, P.A.**
       *Attorneys for Defendants Left Coast Ventures, Inc,*
       *Eko Holdings, LLC, and Brett Cummings*
       Miami Tower, 44th Floor
       100 Southeast Second Street
       Miami, Florida 33131
       Phone: (305) 349-2300
       Fax:   (305) 349-2310

       By:   /s/ W. Barry Blum
                W. Barry Blum (FBN 379301)
                bblum@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed this 6th day of January 2020 and served upon all counsel of record registered to receive electronic notice via the Court's Case Management/ Electronic Case Filing (CM/ECF) System, or otherwise has been served by U.S. Mail and e-mail as reflected on the attached service list.

By: /s/ W. Barry Blum
W. Barry Blum

## SERVICE LIST

Hugo Saavedra (by U.S. Mail)
20338 Corisco Street
Chatsworth, CA 91311

Debra Saavedra (by U.S. Mail)
20338 Corisco Street
Chatsworth, CA 91311

Equitable Transitions, Inc. (by U.S. Mail and by e-mail to nigel@etinsolvency.com)
444 E. Ocean Blvd.
Suite 1400
Long Beach, CA 90802