# COMPOSITE EXHIBIT A

# Gelber Schachter & Greenberg

HOME   ABOUT US   PRACTICE AREAS   ATTORNEYS   NEWS & ANALYSIS

CONTACT

## Attorneys



# BRIAN W. TOTH

Brian W. Toth is a partner at Gelber Schachter & Greenberg, P.A.

Brian is an experienced litigator who represents plaintiffs and defendants in federal and state courts and in arbitration. He practices commercial litigation, with an emphasis on business disputes and intellectual-property infringement. He regularly litigates class actions. And he defends journalists and media companies against claims for defamation.

Before joining GSG, Brian was a partner at Holland & Knight LLP, where he gained extensive experience in all aspects of litigation at the trial and appellate levels. At the start of his career, Brian clerked for Judge Cecilia M. Altonaga of the U.S. District Court for the Southern District of Florida.

Brian is active in the legal community. He serves on the Ad Hoc Committee on Rules and Procedures for the U.S. District Court for the Southern District of Florida, the

## PARTNER

### CONTACT INFORMATION

**Email:**
btoth@gsgpa.com

**Phone:** (305) 728-0965

**Fax:** (305) 728-0951

**Address:**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131

Download V-card

### EDUCATION

University of Miami

School of Law, J.D., magna cum laude

Tulane University, B.A.

**CLERKSHIPS**

Judge Cecilia M. Altonaga, United States District Court for the Southern District of Florida

**STATE BAR ADMISSIONS**

Florida

Eleventh Judicial Circuit Grievance Committee "L," and the University of Miami School of Law Alumni Association Board of Directors. He is also a member of various local bar associations.

In law school, Brian served as the executive editor on the University of Miami Law Review. He was also a member of the Society of Bar and Gavel and was elected to the Order of the Coif.

In addition to English, Brian speaks Portuguese and Spanish.

Before law school, Brian was a Teach For America corps member in New Orleans, Louisiana.

← BACK TO ATTORNEYS

# RECENT NEWS

**GSG Profiled by Daily Business Review**

Miami Law Firm Promises Personal Attention, Flexible Billing While Hiring Ex-Clerks Gelber Schachter & Greenberg focuses on complex commercial litigation […]

**Chambers Honors GSG, Founding Partners**

Gelber Schachter & Greenberg is proud to announce that it has been honored by Chambers and Partners, one of the […]

# SITEMAP

Home

About Us

Practice Areas

Attorneys

News & Analysis

Contact

Sitemap

Legal Disclaimer



https://www.gsgpa.com/attorneys/brian-toth/[1/3/2020 4:12:07 PM]

MORE NEWS →

**1221 Brickell Avenue**

**Suite 2010**

**Miami, Florida 33131-3239**

**Phone: 305-728-0950**

**Fax: 305-728-0951**

**E-mail: info@gsgpa.com**

©2020 Gelber Schachter & Greenberg, P.A. All rights reserved.

Created by South Florida Web Design Studio

**LinkedIn**

Brian Toth



# Brian Toth

Partner at Gelber Schachter & Greenberg, P.A.

Miami, Florida · 500+ connections

Join to Connect



**GELBER SCHACHTER & GREENBERG, P.A**

University of Miami School of Law

Company Website

## Activity



**If You Invested $1,000 in Twilio's IPO, This Is How Much Money You'd Have Now | The Motley Fool**

Liked by Brian Toth



**Better Buy: Veeva Systems vs. Zendesk | The Motley Fool**

Liked by Brian Toth

**Skyworks Solutions vs. Qorvo: Which Is the Better 5G Stock?**

**LinkedIn**

Brian Toth

Join now to see all activity

## Experience


**Partner**
GELBER SCHACHTER & GREENBERG, P.A
Mar 2019 – Present · 11 months
Miami, Florida

**Holland & Knight LLP**
8 years 7 months



- **Partner**
  Jan 2017 – Feb 2019 · 2 years 2 months
  Miami, Florida

- **Associate**
  Aug 2010 – Dec 2016 · 6 years 5 months
  Miami, Florida


**Judicial Law Clerk, Hon. Cecilia M. Altonaga, Southern District of Florida**
United States Courts
Jun 2009 – Jun 2010 · 1 year 1 month
Miami, Florida


**Associate**
Holland & Knight LLP



Brian Toth

## Education



**University of Miami School of Law**
Doctor of Law (JD)

2005 – 2008



**Tulane University**
Bachelor of Arts (BA)

1998 – 2002



**Universidade de São Paulo**

2001 – 2001

## Groups



University of Miami School of Law Young Alumni



Society of Bar & Gavel, University of Miami

University of Miami School of Law Community

Portuguese Speaking Jobs

Latin Bankers Association

# LinkedIn

Brian Toth

Get introduced

Contact Brian Toth directly

Join to view full profile

## People also viewed


**Corali Lopez-Castro**
Shareholder at Kozyak Tropin & Throckmorton Law Firm


**David Lichter**
Principal at Lichter Law Firm


**Glen Stankee**
Partner, Tax Attorney at Akerman LLP


**Peter L. Wechsler, Esq.**
Mediation/Arbitration/Product Liability/eDiscovery


**Jeff Frette**
LexisNexis Account Executive (Miami and Fort Lauderdale) Helping Law Firms Win!


**John H. (Jack) Hickey**
Nationally Recognized Trial Lawyer


**Dennis G. Kainen**
Attorney at Weisberg Kainen Mark, PL


**Christian Montelione**
Associate at GELBER SCHACHTER & GREENBERG, P.A



Brian Toth

## Others named Brian Toth



**Brian Toth**
Software Engineer
San Francisco Bay Area



**Brian Toth**
Structures - LA Stadium at Hollywood Park
Greater Los Angeles Area



**Brian Toth**
National Market Director, Power & Utilities at TRC Companies, Inc.
Birmingham, Alabama Area



**Brian Toth**
Assistant General Counsel at ThyssenKrupp NA
Greater Chicago Area

64 others named Brian Toth are on LinkedIn

See others named **Brian Toth**

## Learn the skills Brian has



**Contracting for Creatives**



**Understanding Patents: A Deeper Dive**

**Business Law for Managers**



Brian Toth

## Brian's public profile badge
Include this LinkedIn profile on other websites



**Brian Toth**
Partner at Gelber Schachter & Greenberg, P.A.

 Partner at GELBER SCHACHTER & GREENBERG, P.A

 University of Miami School of Law

View profile                                    Linked in

**View profile badges**

## View similar profiles



**Faisal Zubairi**
Partner at Dorsey & Whitney LLP

**Harry Olivar**
Partner at Quinn Emanuel

**Kenneth Figueroa**
Partner at Foley Hoag LLP

**Jessica Ortiz**
Partner at MoloLamken LLP

**Steven Zager**

**LinkedIn**

Brian Toth

### Jonice Gray Tucker
Partner, Financial Services Enforcement, Litigation & Compliance

### Gareth Evans
Partner at Redgrave LLP

### Timothy P. Harkness
Partner at Freshfields Bruckhaus Deringer

### Brian Bloom
Partner at Moritt Hock & Hamroff LLP

© 2019

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

About

Privacy Policy

Copyright Policy

Guest Controls

Language