# COMPOSITE EXHIBIT B

[ emails below in chronological order ]

**From:** Brian W. Toth [mailto:btoth@gsgpa.com]
**Sent:** Friday, December 13, 2019 8:19 PM
**To:** Peter A. Gonzalez
**Cc:** Freddy Funes; Rainwater, Lauren; Damarys Martinez; James Kellner; Joseph R. Gomez; Goldmark, John
**Subject:** RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman

Good evening, Peter,

Because there is no objectively reasonable basis to suggest that my having clerked for Judge Altonaga in May 2009-June 2010 makes this a proceeding in which her impartiality might reasonably be questioned, we oppose your clients' request to disqualify her from this case.

Regards,

Brian W. Toth
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0965
Main: (305) 728-0950
Fax: (305) 728-0951
btoth@gsgpa.com
www.gsgpa.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Peter A. Gonzalez <pgonzalez@smgqlaw.com>
**Sent:** Tuesday, December 17, 2019 5:58 PM
**To:** Brian W. Toth <btoth@gsgpa.com>
**Cc:** Freddy Funes <ffunes@gsgpa.com>; Rainwater, Lauren <LaurenRainwater@dwt.com>; Damarys Martinez <DMartinez@smgqlaw.com>; James Kellner <jkellner@smgqlaw.com>; Joseph R. Gomez <JGomez@smgqlaw.com>; Goldmark, John <JohnGoldmark@dwt.com>
**Subject:** RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman
**Importance:** High

Brian,

Your opinion that there is no objectively reasonable basis to suggest that you having clerked for Judge Altonaga for over a year cannot bring Judge Altonaga's impartiality into question is

noted.  However, I don't believe you have fully and accurately stated the legal standard for disqualification or recusal of a judge.

Judge Altonaga is an excellent U.S. District Court Judge.  Personally, I'm not questioning her impartiality in this case (or in any other matter).  That's not the issue.  My feelings are not relevant.  It is also not a question of how you or the judge feel; it is a question of what feeling resides in my client's mind and the basis for such feeling. *Livingston v. State*, 441 So.2d 1083, 1086 (Fla. 1983) *quoting State ex rel. Brown v. Dewell*, 131 Fla. 566, 179 So. 695, 697-98 (1938).

A quick Google search of your name and Judge Altonaga's name popped up several links that make reference to both of you and your former professional relationship.  Naturally, this concerns my client, Joseph Vazquez.  It would reasonably concern any litigant in any case to learn that the lawyer for the opposing parties spent over a year clerking for the very judge who will preside over the litigant's case and make critically important decisions that will impact the litigants rights, claims, and financial condition.

In light of your connection with Judge Altonaga in having clerked for her for over a year, my client, Mr. Vazquez, personally and as the corporate representative of Infinity Global Consulting Group, Inc., has serious concerns that Judge Altonaga may not be able to be impartial and may perhaps even prejudge aspects of this case.  *In Re McMillan*, 797 So.2d 560 (Fla. 2001) (The impartiality of the trial judge must be beyond question).  If my client has a reasonable fear that neutrality in this cause is in doubt and is convinced that he will not receive a fair trial from Judge Altonaga, then that may be sufficient.  *State v. Steele*, 348 So.2d 398 (Fla. 3rd DCA 1977) (No judge under any circumstances is warranted in sitting in trial of cause whose neutrality is shadowed or even questioned).

My understanding of the law is that all doubts whether a judge's impartiality might be reasonably questioned by others must be resolved in favor of disqualification.  *U.S. v. Craig*, 875 F.Supp. 816 (U.S. Dist. Ct., S.D. Fla. 1994).

Of course, your stated opposition to having a different judge preside over this case only raises additional concerns for my client.  My primary concern is my client, and I want my client to feel secure that there is no connection between the court and counsel that in my client's mind may compromise the integrity of the judicial process or give the appearance that impartiality may be or become an issue.

For example, my client was curious to learn (1) how you obtained your clerkship with Judge Altonaga; (2) whether you had a previous connection to or relationship with Judge Altonaga before you began clerking for her; (3) how often would you interact with Judge Altonaga during the over one year period when you clerked for her (and after clerking for her); (4) would you have lunch or dinner or otherwise socialize with Judge Altonaga during and since the end of your clerkship; (5) would you socialize with Judge Altonaga outside of the work environment during or since your clerkship; (6) did spouses or significant others or other family members of you and Judge Altonaga ever spend time together socially during or since your clerkship; (7) are both of you members of any organizations where you have interacted during or since the time of your

clerkship; (8) do you have Judge Altonaga's cell phone number or personal email address; (9) does Judge Altonaga have your cell phone number or personal email address; (10) have you ever been to Judge Altonaga's home or has she visited your home; (11) have you interacted with Judge Altonaga or she with you on any social media; (12) has Judge Altonaga or anyone from her chambers or staff ever referred you a case or recommended you as a lawyer to a potential client; as concerns Judge Altonaga's current staff, what's the response to the questions or concerns in 1 through 12 above.

These 13 items are among the various questions, issues and concerns that my client has raised after learning of your connection to Judge Altonaga, and it's not surprising.  Indeed, it would only be surprising if my client had zero questions and concerns after learning of your history with and ties to Judge Altonaga.  Perhaps if you respond to each of the 13 questions/concerns outlined above, I can then have a conversation with my client regarding your responses.  That may be helpful in resolving this pending issue.

Please reconsider your opposition to switching to a different judge.  It may avoid the time, trouble and expense related to litigating the disqualification question.

Thank you for your anticipated cooperation in at least thinking about reconsidering your current position.  At your earliest opportunity, please let me know if you have a change of heart.

Sincerely,

**PETER A. GONZÁLEZ**



SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP

201 Alhambra Circle  |  Suite 1205  |  Coral Gables, Florida 33134-5107
Office: 305.377.1000  Ext. 105  |  Direct Fax: 855.898.2748  |  Toll Free: 855.213.4806
**PGonzalez@SMGQLAW.com**  |  **SMGQLAW.com**  |  **Attorney Bio**

---

**From:** Brian W. Toth [mailto:btoth@gsgpa.com]
**Sent:** Wednesday, December 18, 2019 11:49 AM
**To:** Peter A. Gonzalez
**Cc:** Freddy Funes; Rainwater, Lauren; Damarys Martinez; James Kellner; Joseph R. Gomez; Goldmark, John
**Subject:** RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman

Peter,

Our position remains unchanged. In the event that your clients move to disqualify Judge Altonaga from this action, please note that we oppose the motion and that we'll be filing a response.

Regards,

Brian W. Toth
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0965
Main: (305) 728-0950
Fax: (305) 728-0951
btoth@gsgpa.com
www.gsgpa.com

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.

**From:** Peter A. Gonzalez <pgonzalez@smgqlaw.com>
**Sent:** Thursday, December 19, 2019 8:19 AM
**To:** Brian W. Toth <btoth@gsgpa.com>
**Cc:** Freddy Funes <ffunes@gsgpa.com>; Rainwater, Lauren <LaurenRainwater@dwt.com>; Damarys Martinez <DMartinez@smgqlaw.com>; James Kellner <jkellner@smgqlaw.com>; Joseph R. Gomez <JGomez@smgqlaw.com>; Goldmark, John <JohnGoldmark@dwt.com>
**Subject:** RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman

Brian:

Thanks for getting back to me on the disqualification issue.  Any chance you can respond to the 13 questions/concerns contained in my email to you of December 18?

I'm in Tallahassee for an all-day deposition today.  I get back to Miami late tomorrow and I have an evidentiary hearing on Monday before Judge Thornton that I need to prepare for over the weekend.

I will try to get the motion to disqualify prepared and filed by sometime early next week so that we can let the court decide this issue.  My client most definitely does not feel comfortable having Judge Altonaga preside over this case given the prior relationship between you and her.  My client has instructed me to move for recusal, and is very concerned that your most recent email ignored **all** of the numerous questions and concerns he has raised.  I was hoping to get answers from you that I could then discuss with my client.

Again, please get back to me on the 13 questions/concerns communicated to you yesterday by no later than the morning of Monday, December 23. Thank you for your anticipated cooperation.

**PETER A. GONZÁLEZ**



SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP

201 Alhambra Circle  |  Suite 1205  |  Coral Gables, Florida 33134-5107
Office: 305.377.1000  Ext. 105  |  Direct Fax: 855.898.2748  |  Toll Free: 855.213.4806
PGonzalez@SMGQLAW.com  |  SMGQLAW.com  |  Attorney Bio

**CONFIDENTIALITY NOTICE**: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**NO ATTORNEY-CLIENT RELATIONSHIP**: Transmission or receipt of this email, of and by itself, does not constitute legal advice and is not intended to create and does not constitute an attorney-client relationship. Any attorney-client relationship, as well as any legal advice given thereunder, shall only be entered into and/or given, as applicable, pursuant to an express written agreement signed by an authorized member of Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP.

---

**From:** Brian W. Toth [mailto:btoth@gsgpa.com]
**Sent:** Thursday, December 19, 2019 8:28 AM
**To:** Peter A. Gonzalez
**Cc:** Freddy Funes; Rainwater, Lauren; Damarys Martinez; James Kellner; Joseph R. Gomez; Goldmark, John; Blum, Barry; PBattista@gjb-law.com
**Subject:** RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman

Peter,

We are not going to answer the questions posed in your prior e-mail. Our position remains unchanged.

I am copying counsel for the other defendants so that they can provide their clients' position on your anticipated motion to disqualify Judge Altonaga.

Regards,

Brian W. Toth
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0965

Main: (305) 728-0950
Fax: (305) 728-0951
btoth@gsgpa.com
www.gsgpa.com

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.

**From:** Peter A. Gonzalez <pgonzalez@smgqlaw.com>
**Sent:** Thursday, December 19, 2019 8:50 AM
**To:** Brian W. Toth <btoth@gsgpa.com>
**Cc:** Joseph R. Gomez <JGomez@smgqlaw.com>; James Kellner <jkellner@smgqlaw.com>
**Subject:** RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman

Brian,

My client raised the following additional questions for which he requests a response:

Have you ever given or received or exchanged a gift for a birthday, holiday or congratulatory event with Judge Altonaga?

Have you ever given or received or exchanged holiday, birthday or congratulatory greeting cards with Judge Altonaga?

Again, I am merely communicating my client's concerns in response to his specific request, which is part of my job.

Please do not misunderstand or confuse my client's concerns with my opinion of Judge Altonaga, who I hold in high regard.  I have nothing but respect for the court.

Sincerely,


**PETER A. GONZÁLEZ**

SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP

201 Alhambra Circle   |   Suite 1205   |   Coral Gables, Florida 33134-5107
Office: 305.377.1000  Ext. 105  |   Direct Fax: 855.898.2748  |   Toll Free: 855.213.4806
PGonzalez@SMGQLAW.com   |   SMGQLAW.com   |   Attorney Bio

CONFIDENTIALITY NOTICE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual(s) or entity(ies) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it.  Thank you.

NO ATTORNEY-CLIENT RELATIONSHIP: Transmission or receipt of this email, of and by itself, does not constitute legal advice and is not intended to create and does not constitute an attorney-client relationship.  Any attorney-client relationship, as well as any legal advice given thereunder, shall only be entered into and/or given, as applicable, pursuant to an express written agreement signed by an authorized member of Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP.

**From:** "Brian W. Toth" <btoth@gsgpa.com>
**Date:** December 19, 2019 at 9:07:09 AM CST
**To:** "Peter A. Gonzalez" <pgonzalez@smgqlaw.com>
**Cc:** "Joseph R. Gomez" <JGomez@smgqlaw.com>, James Kellner <jkellner@smgqlaw.com>, Freddy Funes <FFunes@gsgpa.com>, "Goldmark, John" <JohnGoldmark@dwt.com>, "Rainwater, Lauren" <LaurenRainwater@dwt.com>, "bblum@gjb-law.com" <bblum@gjb-law.com>, "PBattista@gjb-law.com" <PBattista@gjb-law.com>
**Subject: RE: Infinity Global Consulting Group, Inc., et al., vs. Tilray, Inc., et al., - Case No. 19-cv-25019-ALTONAGA/Goodman**

Peter,

We have stated all that we are going to state on this issue. Please raise any concerns that you or your client may have with the court.

Brian

Brian W. Toth
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue
Suite 2010
Miami, Florida 33131-3224
Direct: (305) 728-0965
Main: (305) 728-0950
Fax: (305) 728-0951
btoth@gsgpa.com
www.gsgpa.com

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.