# EXHIBIT C





**Daily Business Review, Spellman-Hoeveler Inns of Court, and FIU College of Law**

**proudly present**

**Celebrate the Season!**
**Judicial Holiday Reception**

An Evening of Drinks, Cheer, Friends and Laughs

**Bonus CLE**
Offered on a first to receive basis only.  Limited Space!

**Winning with the Federal Rules and Local Rules**

Panelists:

**Hon. Cecilia M. Altonaga**
United States District Court
Southern District of Florida

**Hon. Jonathan Goodman**
United States Magistrate
Southern District of Florida

**Hon. Robin S. Rosenbaum**
United States Court of Appeals
Eleventh Circuit

**Hon. Robert N. Scola, Jr.**
United States District Court
Southern District of Florida

**Hon. Andrea M. Simonton**
United States Magistrate
Southern District of Florida

Moderators:
**Jordan Dresnick**
**Brian Toth**

Executive Producer**:**
**Dean R Alexander Acosta**

### Register Now

[New Registration]

[Modify Registration]

[Add to Calendar]

### Event Details

2015 Judicial Holiday Reception & Bonus CLE
December 10th, 2015
5:00 pm - 8:30 pm
Coral Gables Country Club
997 North Greenway Dr.,
Coral Gables, FL, 33134

  

### Events Calendar



FIU College of Law

**Now Approved for 2.0 FL Bar CLER Ethics Credits**

CLE SEMINAR IS FROM 5 TO 6:30 PM
(Offered on a first to receive basis only. Limited Space!)

JUDICIAL HOLIDAY RECEPTION IS FROM 6:30 TO 8:30 PM

Privacy Policy | Terms & Conditions

