UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-25019-CIV-ALTONAGA/Goodman

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

      Plaintiffs,

v.

TILRAY, INC., et al.,

      Defendants.
_____/

## JOINT SCHEDULING REPORT

In accordance with Local Rule 16.1(b)(2) and the Court's order of December 6, 2019 [ECF No. 4], Plaintiffs Infinity Global Consulting Group Inc., Joseph Vazquez III, and Joseph M. Vazquez III derivatively on behalf of Trimax Corporation (collectively, "Plaintiffs"), and Defendants Tilray, Inc. ("Tilray"), Privateer Holdings, Inc. ("Privateer"), Left Coast Ventures, Inc ("Left Coast"), Eko Holdings LLC ("Eko"), and Brett Cummings (collectively, the "Removing Defendants") file this joint scheduling report.

    **A.**    **Likelihood of Settlement**

It is too early to determine the likelihood of settlement.

    **B.**    **Likelihood of Appearance in this Action of Additional Parties**

Defendants Hugo Saavedra, Debra Saavedra, and Equitable Transitions Inc. have not yet been served with the complaint, and have not filed a notice of appearance.  The parties anticipate that these three defendants will appear in this action after completion of service.

    **C.**    **Proposed Limits on the Time:**

    **i. to join other parties and to amend the pleadings:**

The parties propose April 27, 2020, as the deadline to join other parties and amend the pleadings.

    **ii. to file and hear motions; and**

None.

    **iii. to complete discovery.**

The parties propose October 30, 2020, as the deadline to complete discovery.

    **D.**    **Proposals for the Formulation and Simplification of Issues**

The parties will simplify or eliminate unnecessary issues where possible and appropriate.

    **E.**    **Necessity and Desirability of Amendments to the Pleadings**

None of the defendants have filed an answer or response to the complaint so the pleadings remain open. The parties will amend pleadings as appropriate.

    **F.**    **Possibility of Obtaining Admissions of Facts and of Documents**

The parties will admit facts and stipulate to the validity and authenticity of documents as appropriate.

    **G.**    **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**

The parties will work to avoid unnecessary proof and cumulative evidence, where appropriate.

    **H.**    **Suggestions on the Advisability of Referring Matters**

The parties consent to the United States Magistrate Judge's jurisdiction only for discovery and other non-dispositive motions. The parties do not consent to the United States Magistrate Judge's jurisdiction for any dispositive motions or for trial.

### I.    Preliminary Estimate of the Time Required for Trial

The preliminary estimate of the time required for trial is 15 days.

### J.    Requested Dates for Conferences, Final Pretrial Conference, and Trial

The parties propose March 15, 2021, as the date for the start of trial, with a pretrial conference occurring on March 8, 2021.

### K.    Other Information about Discovery and other Issues

Plaintiffs advise the Court of the following additional issues:

- Plaintiffs reserve the right to amend their complaint including adding additional facts and bases for asserting claims against Tilray to have the court maintain jurisdiction over Tilray and assets to satisfy Plaintiffs' claims and judgments that may be entered by this court.

- In addition to any prior waiver or acceptance of service by email by the Removing Defendants, Plaintiffs contend that Tilray, Privateer, Left Coast and Eko have also been recently formally served with process in this case. Plaintiffs are awaiting receipt of a copy of affidavits of service from Plaintiffs' process server.

- Plaintiffs have requested that their counsel prepare and file a motion to recuse or disqualify Judge Cecilia M. Altonaga based upon the facts, reasons and legal authority cited in such motion. Pursuant to Plaintiffs' request to their counsel, Plaintiffs' recusal motion shall be filed on January 6, 2020. Plaintiffs do not

waive any basis for their recusal motion by timely submitting this scheduling report in accordance with the court's order [ECF No. 19].

The Removing Defendants advise the Court of the following additional issues:

- Plaintiffs' sole alleged basis for naming Tilray as a defendant in its complaint was to seek to enjoin a merger between Tilray and Privateer. (*See* Compl. [ECF No. 1-1] ¶¶ 34–35). As set forth in Defendants' Opposition to Plaintiffs' Emergency Motion for Temporary Injunction [ECF No. 20], that merger closed on December 12, 2019. Plaintiff's claims against Tilray are thus moot. Tilray has asked Plaintiffs to dismiss their claims against Tilray; Plaintiffs have thus far declined and have communicated to the Removing Defendants that Plaintiffs intend to amend their pleadings including the allegations and claims against Tilray.

- The Removing Defendants dispute that any of them are subject to personal jurisdiction in Florida or that venue is proper, and do not waive their defenses as to personal jurisdiction or venue by submitting this scheduling report. Once proper service is confirmed, and in accordance with the Court's order directing a combined response by all Defendants [ECF No. 5], the Removing Defendants intend to move to dismiss for lack of personal jurisdiction and improper venue.

- The Removing Defendants dispute that any of them were properly served with the state court complaint and/or agreed to waive formal service of process and accept email service of that complaint. The Removing Defendants do not waive any defenses any of them may have as to insufficient process or insufficient service of process by submitting this scheduling report.

- The Removing Defendants disagree that there is any legitimate basis to seek to disqualify the Honorable Cecilia M. Altonaga and will be opposing Plaintiffs' motion to disqualify.

**EXHIBIT A**

Dates — Standard Case Management Track

April 27, 2020 — A mediator must be selected.

April 27, 2020 — All motions to amend the pleadings or join parties must be filed.

September 18, 2020 — Parties must exchange expert witness summaries or reports.

October 16, 2020 — Parties must exchange rebuttal expert witness summaries or reports.

October 30, 2020 — All discovery, including expert discovery, must be completed.

November 11, 2020 — Mediation must be completed.

November 25, 2020 — All pretrial motions, *Daubert*, and other dispositive motions must be filed.

January 25, 2021 — Joint pretrial stipulation, proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, and motions in limine must be filed.

March 15, 2021 — Beginning trial period.

Dated: January 6, 2020                                  Respectfully Submitted,

s/ Peter A. Gonzalez                                    s/Brian W. Toth
Peter A. Gonzalez                                       Brian W. Toth
Florida Bar No. 036919                                  Florida Bar No. 57708
PGonzalez@SMGQLAW.com                                   btoth@gsgpa.com
James C. Kellner                                        Freddy Funes
Florida Bar No. 021038                                  Florida Bar No. 87932
JKellner@SMGQLAW.com                                    ffunes@gsgpa.com
SANCHEZ-MEDINA, GONZALEZ, QUESADA,                      GELBER SCHACHTER & GREENBERG, P.A.
LAGE, GOMEX & MACHADO LLP                               1221 Brickell Avenue, Suite 2010
201 Alhambra Circle, Suite 1205                         Miami, Florida 33131
Coral Gables, Florida 33134                             Telephone: (305) 728-0950
Telephone: (305) 377-1000                               E-service: efilings@gsgpa.com

*Counsel for Plaintiffs*                                John A. Goldmark (admitted *pro hac vice*)
                                                        Lauren Rainwater (admitted *pro hac vice*)
                                                        DAVIS WRIGHT TREMAINE LLP
                                                        920 Fifth Avenue, Suite 3300
                                                        Seattle, WA  98104-1610
                                                        Tel:  (206) 622-3150

                                                        *Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

s/W. Barry Blum
W. Barry Blum, Esq.
Florida Bar No 379301
BBlum@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300

Thomas M. Geher (admitted *pro hac vice*)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor,
Los Angeles, California 90067
Tel: (310) 203-8080

*Counsel for Defendants, Left Coast Ventures, Inc, Eko Holdings LLC and Brett Cummings*