# EXHIBIT A

Dates — Standard Case Management Track

April 27, 2020 — A mediator must be selected.

April 27, 2020 — All motions to amend the pleadings or join parties must be filed.

September 18, 2020 — Parties must exchange expert witness summaries or reports.

October 16, 2020 — Parties must exchange rebuttal expert witness summaries or reports.

October 30, 2020 — All discovery, including expert discovery, must be completed.

November 11, 2020 — Mediation must be completed.

November 25, 2020 — All pretrial motions, *Daubert*, and other dispositive motions must be filed.

January 25, 2021 — Joint pretrial stipulation, proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, and motions in limine must be filed.

March 15, 2021 — Beginning trial period.