UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Raag Singhal**
_____/

| | |
|---|---|
| Infinity Glob. Consulting Grp., Inc., et al. v. Tilray, Inc., et al. | Case No. 19-cv-25019 |
| Siff v. Audiology Distribution, LLC | Case No. 19-cv-61606 |
| Schachter, et al. v. Scottsdale Insurance Company | Case No. 19-cv-61702 |
| Horowitz v. Advance Stores Company, Inc. | Case No. 19-cv-62267 |
| B2 Ventures, LLC v. Practice Catapult, LLC | Case No. 19-cv-62533 |
| Nader v. Ivanovski, et al. | Case No. 19-cv-62634 |
| Haydu v. United States of America | Case No. 19-cv-62655 |
| Schader v. Saul | Case No. 19-cv-62805 |
| Health Management Associates, Inc. v. Verifyd LLC | Case No. 19-cv-62818 |
| Sims v. Rock'N Massage, Inc. | Case No. 19-cv-62884 |
| Markel American Insurance Company v. A1C Holdings, LLC | Case No. 19-cv-62924 |
| Powers v. Nielsen, et al. | Case No. 19-cv-62967 |
| Gonzalez v. Saul | Case No. 19-cv-63094 |
| Williams v. The Las Olas Company, Inc. | Case No. 19-cv-63130 |
| Albra v. Kaplan, et al. | Case No. 19-cv-63154 |

## ORDER OF REASSIGNMENT

The Clerk of Court has utilized a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Raag Singhal**. Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida.  (*See* Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

**ORDERED** that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Raag Singhal** as of January 7, 2020 for all further proceedings. It is further

In the matter of: Civil Case Transfers to<br>District Judge Raag Singhal

**ORDERED** that all pleadings hereafter filed shall bear the assigned case number followed by the initials **AHS** in lieu of the present initials.

**DONE AND ORDERED** in Miami, Florida, this 7th day of January, 2020.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record