UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:19-CV-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

  *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

  *Defendants.*
_____/

**AGREED MOTION FOR EXTENSION OF SEVEN BUSINESS DAYS TO SELECT MEDIATOR AND SCHEDULE MEDIATION**

  Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC. ("Infinity"), JOSEPH M. VAZQUEZ, III ("Vazquez"), an individual, and JOSEPH M. VAZQUEZ III derivatively, as a shareholder on behalf of TRIMAX Corporation ("Trimax" or collectively with Infinity and Vazquez, the "Plaintiffs"), joined by Defendants, TILRAY, INC. ("Tilray"), PRIVATEER HOLDINGS INC. ("Privateer"), LEFT COAST VENTURES, INC. ("Left Coast"), and EKO HOLDINGS LLC ("Eko" and collectively with Tilray, Privateer and Left Coast, the "Defendants"), by and through their counsel, pursuant to Local Rule 7.1, respectfully request an extension of time of seven (7) business days, up to and including Thursday, February 27, 2020, to select mediator and schedule mediation, and in support thereof state as follows:

  1. Pursuant to the Court's January 31, 2020 Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 36], the parties are directed to, among other things, select a mediator and schedule mediation by February 18, 2020.

2. Plaintiffs and Defendants request an extension of time of seven (7) business days, up to and including Thursday, February 27, 2020 for the parties, through their counsel, to select a mediator and schedule mediation. Some counsel have been traveling out of state, one is currently out of state on vacation, and there are lawyers involved in this matter from three different states, Washington, California and Florida, which are in the process of discussing the selection of a mediator agreeable to all counsel, and a location to conduct the mediation that works for all interested parties and their counsel.

3. Plaintiffs' counsel communicated with counsel for Defendants which have confirmed that Defendants agree to the limited extension of time sought by this Motion for the parties to select a mediator and schedule mediation.

4. This agreed motion is being filed in good faith and solely for the purpose set forth herein.

5. Defendants expressly preserve all defenses, and do not waive any defenses by agreeing to this Motion. Similarly, Plaintiffs expressly preserve all rights, including without limitation to challenge any defenses or claims raised by any and all of the Defendants.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court grant this Motion and enter an Order providing the parties with an extension of time, up to and including Thursday, February 27, 2020, within which to select a mediator and schedule mediation.

**CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Plaintiffs' counsel hereby certifies that he conferred with Defendants' attorneys in compliance with S.D. Fla. L.R. 7.1(a)(3), which confirmed that Defendants to the relief sought by this agreed motion.

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com
JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez

>PETER A. GONZALEZ
>Florida Bar No. 036919
>JAMES C. KELLNER
>Florida Bar No. 021038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gspa.com
btoth@gspa.com
ffunes@gspa.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**Thomas M. Geher, Esq.**
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
T: (310) 712-6820
TGeher@JMBM.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

>**SANCHEZ-MEDINA, GONZALEZ, QUESADA,
>LAGE, GOMEZ & MACHADO LLP**
>
>By:   /s/ Peter A. Gonzalez
>       PETER A. GONZALEZ