UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:19-CV-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*
_____/

**PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME
TO FILE INITIAL DISCLOSURES**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC. ("Infinity"), JOSEPH M. VAZQUEZ, III ("Vazquez"), an individual, and JOSEPH M. VAZQUEZ III derivatively, as a shareholder on behalf of TRIMAX Corporation ("Trimax" or collectively with Infinity and Vazquez, the "Plaintiffs"), by and through their counsel, pursuant to Local Rule 7.1, respectfully request an extension of time of only ten (10) days, up to and including Friday, February 28, 2020, to file the Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), and in support thereof state as follows:

1.    Pursuant to the Court's January 31, 2020 Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 36], the parties were directed to file Initial Disclosures by February 18, 2020.

2. Plaintiffs' undersigned counsel, Peter A. Gonzalez, was traveling out of the State of Florida, returned to Miami on the afternoon of Monday, February 17, 2020, and has been preoccupied from the moment he returned to Miami with a family medical emergency that has caused Mr. Gonzalez to be at the hospital day and night, and away from the office or otherwise unable to work on this case. Plaintiffs' counsel, James C. Kellner, has been traveling out of Florida since February 12, 2020, will not return to Miami until February 20, 2020, and will be unable to work on this matter until after his return to Miami.

3. Therefore, Plaintiffs need an extension of time of ten (10) days, up to and including Friday, February 28, 2020, to file their Initial Disclosures.

4. This first motion for extension of time to file Plaintiff's Initial Disclosures is being filed in good faith and solely for the purpose set forth herein. The grating of this first motion shall not unduly prejudice any party to this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion and enter an order providing the Plaintiffs with an extension of time, up to and including Friday, February 28, 2020, within which to file their Initial Disclosures.

**CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Plaintiffs' counsel hereby certifies that he conferred with Defendants' attorneys in compliance with S.D. Fla. L.R. 7.1(a)(3), and the Defendants did not agree to the limited relief sought by this first motion for extension of time of 10 days for Plaintiffs' to file their Initial Disclosures.

SANCHEZ-MEDINA, GONZÁLEZ, QUESADA,
LAGE, GOMEZ & MACHADO LLP
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000

PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com
JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ
Florida Bar No. 036919
JAMES C. KELLNER
Florida Bar No. 021038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

| | |
|---|---|
| **Brian W. Toth, Esq.** <br> **Freddy Funes, Esq.** <br> **Gelber Schachter & Greenberg, P.A.** <br> 1221 Brickell Avenue, Suite 2010 <br> Miami, Florida 33131 <br> T: (305) 728-0950 <br> efilings@gsgpa.com <br> btoth@gsgpa.com <br> ffunes@gsgpa.com <br> *Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.* | **John Goldmark, Esq.** <br> **Lauren Rainwater, Esq.** <br> **Davis White Tremaine LLP** <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, Washington 98104-1610 <br> T: (206) 622-3150 <br> JohnGoldmark@DWT.com <br> LaurenRainwater@DWT.com <br> *Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.* |
| **Paul J. Battista, Esq.** <br> **W. Barry Blum, Esq.** <br> **Genovese Joblove & Battista, P.A.** <br> 100 S.E. 2nd Street, 44th Floor <br> Miami, Florida 33131 <br> T: (305) 349-2300 <br> PBattista@gjb-law.com <br> BBlum@gjb-law.com <br> *Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings* | **Thomas M. Geher, Esq.** <br> **Jeffer Mangels Butler & Mitchell** <br> 1900 Avenue of the Stars, 7th Floor <br> Los Angeles, California 90067 <br> T: (310) 712-6820 <br> TGeher@JMBM.com <br> *Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings* |

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ