**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:19-CV-25019-SINGHAL/McAliley**

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M.  VAZQUEZ III, derivatively, as a shareholder,
and on behalf of, TRIMAX Corporation,

      *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC, BRETT CUMMINGS,
HUGO SAAVEDRA, DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

      *Defendants.*

_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

COME NOW, the plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC. ("Infinity"), JOSEPH M. VAZQUEZ, III ("Vazquez"), an individual, and JOSEPH M. VAZQUEZ III derivatively, as a shareholder on behalf of TRIMAX Corporation ("Trimax" or collectively with Infinity and Vazquez, the "Plaintiffs"), and Defendants, TILRAY, INC. ("Tilray"), PRIVATEER HOLDINGS INC. ("Privateer"), LEFT COAST VENTURES, INC. ("Left Coast"), and EKO HOLDINGS LLC ("Eko" and collectively with Tilray, Privateer and Left Coast, the "Defendants" or collectively with the Plaintiffs, the "Parties"), pursuant to Local Rule 16.2, hereby give notice that the Parties have agreed to use the Hon. William Downes as mediator, which mediation is tentatively scheduled to take place on Monday, April 27, 2020 in a location to be determined in either Denver, Colorado or Los Angeles, California.

                    **SANCHEZ-MEDINA, GONZÁLEZ, QUESADA,**
                    **LAGE, GOMEZ & MACHADO LLP**
                    Attorneys for Plaintiffs
                    201 Alhambra Circle, Suite 1205

Coral Gables, Florida 33134
Tel: 305.377.1000
PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com
JGomez@smgqlaw.com

By:＿＿＿/s/ Peter A. Gonzalez＿＿＿＿
PETER A. GONZALEZ
Florida Bar No. 036919
JAMES C. KELLNER
Florida Bar No. 021038

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of February, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

| | |
|---|---|
| **Brian W. Toth, Esq.** | **John Goldmark, Esq.** |
| **Freddy Funes, Esq.** | **Lauren Rainwater, Esq.** |
| **Gelber Schachter & Greenberg, P.A.** | **Davis White Tremaine LLP** |
| 1221 Brickell Avenue, Suite 2010 | 920 Fifth Avenue, Suite 3300 |
| Miami, Florida 33131 | Seattle, Washington 98104-1610 |
| T: (305) 728-0950 | T: (206) 622-3150 |
| efilings@gsgpa.com | JohnGoldmark@DWT.com |
| btoth@gsgpa.com | LaurenRainwater@DWT.com |
| ffunes@gsgpa.com | ***Counsel for Defendants Tilray, Inc.*** |
| ***Counsel for Defendants Tilray, Inc. and Privateer*** | ***and Privateer Holdings, Inc.*** |
| ***Holdings, Inc.*** | |
| | |
| **Paul J. Battista, Esq.** | **Thomas M. Geher, Esq.** |
| **W. Barry Blum, Esq.** | **Jeffer Mangels Butler & Mitchell** |
| **Genovese Joblove & Battista, P.A.** | 1900 Avenue of the Stars, 7th Floor |
| 100 S.E. 2nd Street, 44th Floor | Los Angeles, California 90067 |
| Miami, Florida 33131 | T: (310) 712-6820 |
| T: (305) 349-2300 | TGeher@JMBM.com |
| PBattista@gjb-law.com | ***Counsel for Defendants Left Coast*** |
| BBlum@gjb-law.com | ***Ventures, Inc., Eko Holdings LLC*** |
| ***Counsel for Defendants Left Coast Ventures, Inc.,*** | ***and Brett Cummings*** |
| ***Eko Holdings LLC and Brett Cummings*** | |

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By:_____/s/ Peter A. Gonzalez_____
　　　　　PETER A. GONZALEZ