# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 19-25019

Plaintiff:
INFINITY GLOBAL CONSULTING GROUP, INC., ET AL.

vs.

Defendant:
TILRAY, INC., ET AL.

For:
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by GORMAN PROCESS SERVICE, LLC on the **31st day of December, 2019 at 9:00 am** to be served on TILRAY, INC. C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808.

I, SHARLENE RYAN, do hereby affirm that on the **3rd day of January, 2020 at 2:59 pm**, I:

SERVED the within name corporation by delivering a true copy of the **SUMMONS; CIVIL COVER SHEET; AND NOTICE OF REMOVAL WITH EXHIBITS** at the address of **251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808** with date and hour endorsed thereon by me to, **LYNANNE GARES, IT MANAGEMENT SERVICE LEADER** as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

SHARLENE RYAN
Process Server

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2020000013

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g