UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as
a shareholder, and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*
_____/

**NOTICE OF FILING RETURN OF SERVICE OF
<u>DEFENDANT EKO HOLDINGS LLC</u>**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC., JOSEPH M. VAZQUEZ, III, individually, and JOSEPH M. VAZQUEZ III, derivatively, as a shareholder on behalf of TRIMAX Corporation (collectively, the "Plaintiffs"), hereby give notice of filing the return of service of process for Defendant EKO HOLDINGS LLC, attached hereto.

Dated: March 2, 2020

    Respectfully submitted,

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA,
LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com
JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ
Florida Bar No. 036919
JAMES C. KELLNER
Florida Bar No. 021038
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**Thomas M. Geher, Esq.**
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
T: **(**310) 712-6820
TGeher@JMBM.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ

2