## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 19-25019

Plaintiff:
INFINITY GLOBAL CONSULTING GROUP, INC., ET AL.

vs.

Defendant:
TILRAY, INC., ET AL.

For:
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by GORMAN PROCESS SERVICE, LLC on the 31st day of December, 2019 at 9:00 am to be served on EKO HOLDINGS, LLC C/O COGENCY GLOBAL INC., 1325 J. STREET, STE. 1550, SACRAMENTO, CA 95814.

I, GORMAN PROCESS SERVICE, do hereby affirm that on the 2nd day of January, 2020 at 12:32 pm, I:

SERVED the within name corporation by delivering a true copy of the SUMMONS/COMPLAINT at the address of 1325 J. STREET, STE. 1550, SACRAMENTO, CA 95814 with date and hour endorsed thereon by me to, MAI HOUA YANG, AGENT as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

GORMAN PROCESS SERVICE
Process Server

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2020000012