UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as
a shareholder, and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*

_____/

## NOTICE OF FILING RETURN OF SERVICE OF DEFENDANT HUGO SAAVEDRA

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC., JOSEPH M. VAZQUEZ, III, individually, and JOSEPH M. VAZQUEZ III, derivatively, as a shareholder on behalf of TRIMAX Corporation (collectively, the "Plaintiffs"), hereby give notice of filing the return of service of process for Defendant HUGO SAAVEDRA, attached hereto.

Dated: March 2, 2020

        Respectfully submitted,

        **SANCHEZ-MEDINA, GONZÁLEZ, QUESADA,
        LAGE, GOMEZ & MACHADO LLP**
        Attorneys for Plaintiffs
        201 Alhambra Circle, Suite 1205
        Coral Gables, Florida 33134
        Tel: 305.377.1000
        PGonzalez@smgqlaw.com
        JKellner@smgqlaw.com
        DMartinez@smgqlaw.com
        JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ
Florida Bar No. 036919
JAMES C. KELLNER
Florida Bar No. 021038
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

| | |
|---|---|
| **Brian W. Toth, Esq.**<br>**Freddy Funes, Esq.**<br>**Gelber Schachter & Greenberg, P.A.**<br>1221 Brickell Avenue, Suite 2010<br>Miami, Florida 33131<br>T: (305) 728-0950<br>efilings@gsgpa.com<br>btoth@gsgpa.com<br>ffunes@gsgpa.com<br>*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.* | **John Goldmark, Esq.**<br>**Lauren Rainwater, Esq.**<br>**Davis White Tremaine LLP**<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104-1610<br>T: (206) 622-3150<br>JohnGoldmark@DWT.com<br>LaurenRainwater@DWT.com<br>*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.* |
| **Paul J. Battista, Esq.**<br>**W. Barry Blum, Esq.**<br>**Genovese Joblove & Battista, P.A.**<br>100 S.E. 2nd Street, 44th Floor<br>Miami, Florida 33131<br>T: (305) 349-2300<br>PBattista@gjb-law.com<br>BBlum@gjb-law.com<br>*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings* | **Thomas M. Geher, Esq.**<br>**Jeffer Mangels Butler & Mitchell**<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067<br>T: **(**310) 712-6820<br>TGeher@JMBM.com<br>*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings* |

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ