## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 19-25019

Plaintiff:
INFINITY GLOBAL CONSULTING GROUP, INC., ET AL.

vs.

Defendant:
TILRAY, INC., ET AL.

For:
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by GORMAN PROCESS SERVICE, LLC on the 31st day of December, 2019 at 9:00 am to be served on HUGO SAVVEDRA, 10543 ANDASOL AVENUE, GRANADA HILLS, CA 91344.

I, DANIEL KAHN, do hereby affirm that on the **1st day of February, 2020 at 11:20 am**, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the SUMMONS/COMPLAINT with the date and hour of service endorsed thereon by me, to: HUGO SAVVEDRA at the address of: 10543 ANDASOL AVENUE, GRANADA HILLS, CA 91344, and informed said person of the contents therein, in compliance with state statutes.

Military Status: BASED UPON INQUIRY DEFENDANT IS NOT IN THE MILITARY.

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

DANIEL KAHN
Process Server

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2020000030

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g