## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 19-25019

Plaintiff:
INFINITY GLOBAL CONSULTING GROUP, INC., ET AL.

vs.

Defendant:
TILRAY, INC., ET AL.

For:
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by GORMAN PROCESS SERVICE, LLC on the 31st day of December, 2019 at 9:00 am to be served on EQUITABLE TRANSITIONS, INC. C/O DAVID RICHARD HABERBUSH, 444 EAST OCEAN BLVD., STE. 400, LONG BEACH, CA 90802.

I, GORMAN PROCESS SERVICE, do hereby affirm that on the 17th day of January, 2020 at 3:10 pm, I:

served a CORPORATION by delivering a true copy of the SUMMONS/COMPLAINT with the date and hour of service endorsed thereon by me, to: DAVID RICHARD HABERBUSH as Registered Agent at the address of: 444 EAST OCEAN BLVD., STE. 400, LONG BEACH, CA 90802 on behalf of EQUITABLE TRANSITIONS, INC., and informed said person of the contents therein, in compliance with state statutes.

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

SOLANGE RUTLEDGE #6721 LAC
GORMAN PROCESS SERVICE
Process Server

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2020000011

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g