## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 19-25019

Plaintiff:
INFINITY GLOBAL CONSULTING GROUP, INC., ET AL.

vs.

Defendant:
TILRAY, INC., ET AL.

For:
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by GORMAN PROCESS SERVICE, LLC on the **31st day of December, 2019** at **9:00 am** to be served on LEFT COAST VENTURES, INC. C/O THE CORPORATE TRUST COMPANY, 1209 ORANGE STREET, WILMINTON, DE 19801.

I, SHARLENE RYAN, do hereby affirm that on the **3rd day of January, 2020** at **2:38 pm**, I:

SERVED the within name corporation by delivering a true copy of the SUMMONS; CIVIL COVER SHEET; AND NOTICE OF REMOVAL WITH EXHIBITS at the address of **1209 ORANGE STREET, WILMINTON, DE 19801** with date and hour endorsed thereon by me to, **AMY MCLAREN, MANAGING AGENT** as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

_Signature_
SHARLENE RYAN
Process Server

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2020000015

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g