## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 19-25019

Plaintiff:
INFINITY GLOBAL CONSULTING GROUP, INC., ET AL.

vs.

Defendant:
TILRAY, INC., ET AL.

For:
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by GORMAN PROCESS SERVICE, LLC on the 31st day of December, 2019 at 9:00 am to be served on BRETT CUMMINGS, 975 CORPORATE CENTER PARKWAY, STE. 120, SANTA ROSA, CA 95407.

I, NORMA YULIANA ULLOA (Sonoma County P-000599), do hereby affirm that on the 25th day of February, 2020 at 4:55 pm, I:

SUBSTITUTE served by delivering a true copy of the SUMMONS/COMPLAINT to NICK ANDERSON, EMPLOYEE AT VIRTUAL OFFICE, person in charge at recipient's Private Mailbox, a virtual office, or an executive office, or mini suite, whose address is 975 CORPORATE CENTER PARKWAY, STE. 120, SANTA ROSA, CA 95407, the only address known after reasonable investigations and after determining that the Individual, Registered Agent for this Corporation or the Corporation to be served maintains a mailbox, a virtual office, or an executive office or mini suite at this location, in accordance to F.S. 48.081(3)(b) and F.S. 48.031(6).

Description of Person Served: Age: 25, Sex: M, Race/Skin Color: WHITE, Height: 5'4", Weight: 125, Hair: HAT, Glasses: -

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

NORMA YULIANA ULLOA (Sonoma County P-000599)
Process Server

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2020000043

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g