**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:19-CV-25019-SINGHAL/McAliley**

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as
a shareholder, and on behalf of, TRIMAX Corporation,

      *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,
      *Defendants.*

_____/

**FIRST MOTION FOR ENLARGEMENT OF TIME TO AMEND PLEADINGS OR JOIN
PARTIES PURSUANT TO COURT'S ORDER SETTING TRIAL [DE 36]**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC., JOSEPH M. VAZQUEZ,

III, individually, and JOSEPH M. VAZQUEZ III, derivatively, as a shareholder on behalf of

TRIMAX Corporation (collectively, the "Plaintiffs"), by and through undersigned counsel,

pursuant to Local Rule 7.1, respectfully request an extension of time of ten (10) business days,

up to and including Monday, March 23, 2020, to amend its pleadings or join parties, pursuant to

the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring

Certain Matters to Magistrate Judge [DE 36] (the "Trial Order") dated January 31, 2020, and in

support thereof state:

1.      The Court's January 31, 2020 Trial Order was issued well before service on all of

the Defendants was effectuated. Pursuant to the Trial Order [DE 36], the deadline for the filing

of all motions to amend pleadings or join parties is March 9, 2020.

2.      Additional time is needed by the Plaintiffs to file any motion(s) to amend or join parties because since the Plaintiffs Complaint was filed in the Miami-Dade County Circuit Court on December 2, 2019, and then transferred to this Court on December 5, 2019 pursuant to the Notice of Removal filed by defendants TILRAY INC. and PRIVATEER HOLDINGS INC. [DE 1], certain facts and circumstances alleged in or relating to the claims asserted in the Complaint have taken place which require the Plaintiffs to amend their pleadings. Furthermore, additional time is needed because Plaintiffs may add claims, and initial the investigation or due diligence in connection with such possible additional claims is ongoing, and a brief extension of time is needed to make final determinations on which claims may be added by way of an Amended Complaint. Lastly, undersigned counsel has been preoccupied for over three weeks with a personal family matter which has required him to spend much of his time in the hospital attending to a family member who is very ill with stage three colon cancer, which has spread to the lungs and outlining of his stomach.

3.      Of relevance, Plaintiffs recently obtained service on defendant BRETT CUMMINGS on February 25, 2020, who was the last or final defendant to be served with Plaintiffs' Complaint and Notice of Removal [DE 1]. None of the defendants have filed a responsive pleading or any motion to extend the time to respond to the Complaint.  Pursuant to Federal Rule 15(a)(1)(A), a party may amend its pleading once as a matter of course within 21 days after serving it.

4.      Thus, based on the foregoing, Plaintiffs require a brief enlargement of time of at least ten (10) business days, up to and including Monday, March 23, 2020, to file their motion(s) to amend pleadings or join parties.

5.     This first motion for extension of time to file their motion(s) to amend pleadings or join parties is being filed in good faith and solely for the purpose set forth herein. The granting of this first motion shall not unduly prejudice any party to this case.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this motion and enter an order providing the Plaintiffs with an enlargement of time, up to and including Monday, March 23, 2020, within which to file their motion(s) to amend pleadings or join parties, and grant the Plaintiffs any further relief this Court deems just and proper.

## CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

Plaintiffs' counsel hereby certifies that he conferred with Defendants' attorneys in writing in compliance with S.D. Fla. L.R. 7.1(a)(3), by sending an email to Defendants' counsel on March 6, 2020, and the Defendants responded on March 9, 2020, notifying that the Defendants take no positon on the limited relief sought herein because they do not know the exact substance or nature of the proposed amendment, except to the extent disclosed in section III of Plaintiffs' Rule 26(A)(1) Initial Disclosures, dated February 27, 2020, which states that "the Complaint may be amended to add claims seeking an equitable accounting and imposition of a constructive trust over assets."  So the Defendants do not oppose, but also do not agree to the limited relief sought by this first motion for extension of time to amend pleadings or join parties.

Respectfully submitted,

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com

JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ
Florida Bar No. 036919
JAMES C. KELLNER
Florida Bar No. 021038
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
***Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.***

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
***Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.***

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
***Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings***

**Thomas M. Geher, Esq.**
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
T: (310) 712-6820
TGeher@JMBM.com
***Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings***

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ