**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-CV-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as
a shareholder, and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*
_____/

**UNOPPOSED AMENDED MOTION FOR ENLARGEMENT OF TIME TO
AMEND PLEADINGS OR JOIN PARTIES PURSUANT
TO COURT'S ORDER SETTING TRIAL [DE 36]**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC., JOSEPH M. VAZQUEZ, III, individually, and JOSEPH M. VAZQUEZ III, derivatively, as a shareholder on behalf of TRIMAX Corporation (collectively, the "Plaintiffs"), by and through undersigned counsel, pursuant to Local Rule 7.1, *and without opposition from any Defendant*, respectfully request an extension of time of five (5) business days, up to and including Monday, March 30, 2020, to amend its pleadings or join parties, pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 36] (the "Trial Order") dated January 31, 2020, and in support thereof state:

1. The Court's January 31, 2020 Trial Order was issued well before service on all of the Defendants was effectuated. Pursuant to the Trial Order [DE 36], the deadline for the filing of all motions to amend pleadings or join parties was March 9, 2020.

2. Pursuant to this Court's paperless Order [DE 51] dated March 10, 2020, which granted Plaintiffs' first motion for enlargement of time to amend pleadings or add parties [DE 50], Plaintiffs' deadline to file their motion to amend pleadings or add parties is March 23, 2020.

3. By this unopposed motion, the Plaintiffs seek an extension of time of only 5 business days, up to and including Monday, March 30, 2020, to file their motion to amend or join parties.

4. Plaintiffs intend to file a motion to amend or join parties, *and have already provided the Defendants with a copy of a draft proposed Amended Complaint* that (a) adds Down River Merger Sub, LLC ("Down River"), as a defendant[1], (b) eliminates the emergency injunctive relief claim under Count I of the original Complaint, and (c) adds an alter ego claim against Down River and Tilray Inc. under Count I of the proposed Amended Complaint. Additional changes or amendments to the original Complaint may be made, but a brief extension of time of only 5 business days is needed to determine which final changes may be made.

5. The parties have already agreed to the selection of a mediator (former Judge William Downes of JAMS), have also agreed to compromise on the location of the mediation (Denver, Colorado), and have agreed to the date of mediation (Monday, April 27, 2020).

6. Furthermore, Defendants' counsel has communicated an interest in avoiding unnecessary motion practice, and considering stipulating to the filing of Plaintiffs' Amended Complaint, if Plaintiffs provide the Defendants with the proposed amendment with sufficient

---

[1] In late December 2019, Privateer Holdings Inc. merged with and into Down River Merger Sub, LLC, a Delaware limited liability company, which is a wholly owned subsidiary of Tilray Inc.

2

time to review and consider it before filing it with the court. As such, the draft proposed Amended Complaint has been provided to the Defendants, and it is anticipated that the Defendants will communicate their position--whether to stipulate to the proposed amendment or not—on or before Friday, March 27, 2020.

7. This unopposed motion for extension of time for Plaintiffs to file their motion to amend pleadings or join parties is being filed in good faith and solely for the purpose set forth herein. The granting of this unopposed motion shall not unduly prejudice any party to this case.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this unopposed motion and enter an order providing the Plaintiffs with an enlargement of time, up to and including March 30, 2020, within which to file their motion to amend pleadings or join parties, and grant the Plaintiffs any further relief this Court deems just and proper.

### CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

Plaintiffs' counsel hereby certifies that he conferred with Defendants' attorneys in writing in compliance with S.D. Fla. L.R. 7.1(a)(3), by sending emails to Defendants' counsel on March 20, 2020, and March 23, 2020, and the Defendants have confirmed in writing that they do not oppose this motion and the relief sought herein.

                                         Respectfully submitted,

                                         **SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
PGonzalez@smgqlaw.com
JKellner@smgqlaw.com
DMartinez@smgqlaw.com
JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
     PETER A. GONZALEZ

Florida Bar No. 036919
JAMES C. KELLNER
Florida Bar No. 021038
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**Thomas M. Geher, Esq.**
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
T: (310) 712-6820
TGeher@JMBM.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By:        /s/ Peter A. Gonzalez
      PETER A. GONZALEZ