**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:19-CV-25019-SINGHAL/McAliley**

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, individually, and
JOSEPH M. VAZQUEZ III, derivatively, as a
shareholder, and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,
    *Defendants.*

_____/

**AMENDED CERTIFICATE OF CONFERENCE**
**PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Plaintiffs' counsel hereby certifies that he has conferred with Defendants' attorneys in writing in compliance with S.D. Fla. L.R. 7.1(a)(3) regarding their position on the Motion to Amend Plaintiffs' Complaint and Join Privateer Evolution, LLC as Additional Defendant [D.E. 54] (the "Motion"), and the Defendants have stipulated to Plaintiffs' amendment to the Complaint, a copy of which is attached as <u>Exhibit A</u> to the Motion, with the understanding that the Defendants that have made an appearance through counsel in this case shall have forty-five (45) days to respond to the Amended Complaint filed with this Court on March 30, 2020, as <u>Exhibit A</u> to the Motion.

                                            Respectfully submitted,

                                            **SANCHEZ-MEDINA, GONZALEZ, QUESADA,**
                                            **LAGE, GOMEZ & MACHADO LLP**
                                            Attorneys for Plaintiffs
                                            201 Alhambra Circle, Suite 1205

                Coral Gables, Florida 33134
                Tel: 305.377.1000
                PGonzalez@SMGQLAW.com
                JKellner@SMGQLAW.com
                DMartinez@SMGQLAW.com
                JGomez@SMGQLAW.com

By: /s/ Peter A. Gonzalez
       PETER A. GONZALEZ
       Florida Bar No. 036919
       JAMES C. KELLNER
       Florida Bar No. 021038
       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants Tilray, Inc. and Privateer Holdings, Inc.*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**Thomas M. Geher, Esq.**
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
T: (310) 712-6820
TGeher@JMBM.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

By: /s/ Peter A. Gonzalez
PETER A. GONZALEZ