UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.,

        Defendants.
_____/

## JOINT MOTION TO FILE AMENDED COMPLAINT AND CONTINUE DEADLINE TO RESPOND TO COMPLAINT

Plaintiffs Infinity Global Consulting Group, Inc., Joseph M. Vazquez III as an individual, and Joseph M. Vazquez III derivatively as a shareholder on behalf of Trimax Corporation (collectively, "Plaintiffs"), and Defendants Tilray, Inc., Privateer Holdings, Inc., Privateer Evolution, LLC, Left Coast Ventures, Inc, Eko Holdings LLC, and Brett Cummings (collectively, "Defendants"),[1] by and through their attorneys of record, jointly request that the Court enter an order allowing Plaintiffs to file the Amended Complaint in the form set forth at Docket No. 54-1 and to continue the deadline for each of the Defendants (as defined above) to answer or otherwise respond to the Amended Complaint until and including 45 days from the filing of the Amended Complaint. In support, the parties state the following:

1.      On March 30, 2020, Plaintiffs filed a Motion to Amend Plaintiffs' Complaint, attaching a Proposed Amended Complaint. *See* Dkt. Nos. 54 and 54-1.

---

[1] Defendants Hugo Saavedra, Debra Saavedra, and Equitable Transitions Inc. do not join in this request as they have not yet entered an appearance in this matter.

2. The parties conferred regarding Plaintiffs' Proposed Amended Complaint and Defendants' request for additional time to respond to the amended complaint.

3. To avoid unnecessary motions practice and the associated burden on the parties and the Court, Defendants have agreed to permit Plaintiffs to file an Amended Complaint in the form set forth at Docket No. 54-1. Plaintiffs and Defendants further agreed to continue the deadline for Defendants defined above to answer or otherwise respond to the Amended Complaint until and including 45 days from the filing of the Amended Complaint. The parties stipulate that good cause exists for such an extension to allow Defendants time to coordinate filing their anticipated joint motion in response to the amended complaint as directed by the Court (Docket No. 37), and given the scheduling, working, and variety of other challenges created by the COVID-19 pandemic.

4. Plaintiffs and Defendants agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

Wherefore, the parties respectfully request that the Court enter the attached order allowing Plaintiffs to file the Amended Complaint in the form set forth at Docket No. 54-1 and continuing the deadline for Defendants (as defined in this Joint Motion) to answer or otherwise respond to the Amended Complaint until and including 45 days after the filing of the Amended Complaint.

Stipulated to and respectfully submitted this 2nd day of April, 2020, by:

| | |
|---|---|
| s/ Peter A. Gonzalez | s/Brian W. Toth |
| Peter A. Gonzalez | Brian W. Toth |
| Florida Bar No. 036919 | Florida Bar No. 57708 |
| PGonzalez@SMGQLAW.com | btoth@gsgpa.com |
| SANCHEZ-MEDINA, GONZALEZ, QUESADA, | Freddy Funes |
| LAGE, GOMEX & MACHADO LLP | Florida Bar No. 87932 |

4833-0062-4057, v. 1

201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Telephone: (305) 377-1000

*Counsel for Plaintiffs*

ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

John A. Goldmark (admitted *pro hac vice*)
Lauren Rainwater (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150

*Counsel for Defendants Tilray, Inc., Privateer Holdings, Inc., and Privateer Evolution, LLC*

s/W. Barry Blum
Paul J. Battista, Esq.
Florida Bar No. 379301
PBattista@gjb-law.com
W. Barry Blum, Esq.
Florida Bar No. 379301
BBlum@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300

Thomas M. Geher (admitted *pro hac vice*)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080

*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC, and Brett Cummings*

4833-0062-4057, v. 1