UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

        Plaintiffs,

v.

TILRAY, INC., et al.,

        Defendants.
_____/

**ORDER**

Before the Court is the Parties' Joint Motion to File Amended Complaint and Continue Deadline to Respond to the Amended Complaint (the "Motion"). The Court being fully advised, it is

ORDERED and ADJUDGED as follows:

1.    The Motion, ECF No. ____, is GRANTED;

2.    Plaintiffs shall file their Amended Complaint within five days of this Order; and

3.    Defendants shall answer or otherwise respond to the Amended Complaint within 45 days of the filing of the Amended Complaint.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida on April ___, 2020.

                                      RAAG SINGHAL
                                      UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record