# EXHIBIT A



# Trimax Corporation and Saavy Naturals Inc. Begins Roll Out of Their Custom Full Pallet Displays for Their Handmade Soaps to Walmart Corp.



September 12, 2018 10:30 ET | **Source:** Trimax Corporation

Saavy Naturals Expects To Roll Out Over One Million Hand Crafted Soaps Into Walmart ® Retail Locations By December 2018

Chatsworth, CA, Sept. 12, 2018 (GLOBE NEWSWIRE) -- via NEWMEDIAWIRE -- Trimax Corporation, Inc. (OTC PINK: TMXN) (the "Company") and its wholly owned subsidiary Saavy Naturals Inc., is pleased to announce they have received confirmation and have begun to roll-out their custom-made free standing pallet displays for their hand-crafted scented soaps to Walmart ® Corporation. This will constitute the second product in the Savvy Naturals Everyday product line to be placed in Walmart ® retail locations.

The roll-out of Saavy's hand-crafted soaps started on September 10, 2018 and will initially be placed in 50 Walmart ® retail locations in Texas, with a continual roll-out to 1,000 locations nationwide by December 2018. These beautiful free-standing custom-made pallet displays are 48"W x 48"L x 56"H and will hold 1,152 individual soaps in 12 captivating scents.

This roll-out comes on the heels of a front page article in the Los Angeles Business Journal captioned "Titans Tapped" which highlighted Hugo Saavedra and Saavy Naturals as being selected out of thousands of applications to take part of Walmart's ® "Made in the USA" project. This recent selection, along with brisk

sales of Saavy Everyday Bath Bombs already in Walmart, should open the door for more Saavy Natural Everyday products on Walmart ® shelves over the next several months.

http://labusinessjournal.com/photos/2018/jun/22/35001/

Hugo Saavedra, CEO of Trimax Corporation and Saavy Naturals Inc., stated, "Our roll-out of our custom-made free standing pallet displays should be considered a testament to our commitment to get our entire Saavy Naturals Everyday product line on Walmart ® shelves. We have worked tirelessly over the last several months to see this project to fruition. We look forward to keeping our shareholders abreast of all newsworthy events coming up as we enter into a busy holiday season."

Hugo and Debra Saavedra, Saavy Naturals Inc.'s, CEO and President, gained instant popularity for their all-natural body care product line after being spotlighted and appearing on ABC's hit show Shark Tank. The Sharks took an instant liking to Hugo and Debra, their love story, their previous success in the body care industry, and the superior quality of their all-natural product. Hugo and Debra have since increased the company's product line exposure with several highlighted television features on The Home Shopping Network and are currently working on additional television marketing opportunities.

Saavy Naturals Inc. on Shark Tank:

https://vimeo.com/231634993

**About Trimax Corporation:**

Trimax Corporation, through its wholly owned subsidiary, Saavy Naturals Inc., offers a complete line of Natural Skin Care products, which includes body creams, body scrubs, body wash, shampoos, conditioners, handcrafted soaps, bath bombs, bath salts and candles. Saavy Naturals products are 100% natural, vegan, gluten-free, soy free, cruelty-free, non-GMO, and food-grade. Currently, Saavy Naturals can be found in some of the largest natural retail stores and exclusive boutiques and spas across the nation. Some of the retailers include Walmart ®, Whole Foods Market in the Northeast and Southern California regions, Gelson's Market, Vitamin Cottage, Bristol Farms, Erewhon, Lazy Acres and Earth Fare. Additionally, Saavy Naturals products can be purchased through numerous online retailers, including **http://www.Amazon.com, and http://www.Saavynaturals.com**.

For more information please visit our website:

http://www.saavynaturals.com

Saavy Naturals Inc. on Shark Tank:

https://vimeo.com/231634993

Saavy Naturals Inc. on HSN:

https://www.youtube.com/watch?v=jm9-NHZA6Vs

Social Media Links:

http://www.facebook.com/saavynaturals

http://www.instagram.com/Saavynaturals

http://www.twitter.com/saavynaturals

**Safe Harbor**

This release contains statements that constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements appear in a number of places in this release and include all statements that are not statements of historical fact regarding the intent, belief or current expectations of Trimax Corporation Inc., its directors or its officers with respect to, among other things: (i) financing plans; (ii) trends affecting its financial condition or results of operations; (iii) growth strategy and operating strategy. The words "may," "would," "should," "will," "expect," "estimate," "can," "believe," "potential" and similar expressions and variations thereof are intended to identify forward-looking statements. Investors are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, many of which are beyond Trimax Corporation Inc.'s ability to control, and that actual results may differ materially from those projected in the forward-looking statements as a result of various factors. More information about the potential factors that could affect the business and financial results is and will be included in Trimax Corporation Inc.'s filings with the Securities and Exchange Commission.

**Public Relations and Shareholder Information:**

Joseph M. Vazquez III

Phone: (800) 985-5711

Email: infinityglobalconsulting@gmail.com

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.



# Trimax Corporation and Saavy Naturals Inc. Receive Vendor Approval to Sell Its Full Line of Luxurious Beauty Care Products on Bed Bath & Beyonds E-Commerce Website



September 17, 2018 10:00 ET | Source: Trimax Corporation

**Saavy Naturals In Final Discussions To Sell Their Complete Product Line In Over 1,000 Bed Bath & Beyond Retail Locations**

CHATSWORTH, CA , Sept. 17, 2018 (GLOBE NEWSWIRE) -- via NEWMEDIAWIRE -- Trimax Corporation, Inc. (OTC PINK: TMXN) (the "Company") and its wholly owned subsidiary Saavy Naturals Inc., is pleased to announce they have received final vendor approval to sell its complete line of Saavy Naturals health and beauty care products on Bed Bath and Beyond's e-commerce retail website bedbathandbeyond.com.

Saavy Naturals at Bed Bath & Beyond:

https://www.bedbathandbeyond.com/store/s/saavy-naturals?ta=typeahead&ml=v2

In addition to Saavy Naturals luxurious beauty line, the Company has created opulent gift sets of its popular Bay Rum & Hemp line exclusively for sale at bedbathandbeyond.com for the holiday season. Saavy's hemp line continues to be their number one selling product line on their website. Saavy's Bay Rum & Hemp

products include their finest lotions, scrubs, body wash, soap, shampoos and conditioners.

Saavy Naturals Gift Sets at Bed bath & Beyond:

https://www.bedbathandbeyond.com/store/s/hemp-body-wash

Founded in 1971, Bed Bath & Beyond Inc. (NASDAQ) and subsidiaries is an omnichannel retailer with 1,530 retail locations offering a wide selection of domestic merchandise and home furnishings. The Company's mission is to be trusted by its customers as the expert for the home and "heart-related" life events. These include certain life events that evoke strong emotional connections such as getting married, moving to a new home, having a baby, going to college and decorating a room, which the Company supports through its wedding and baby registries, new mover and student life programs, and its design consultation services. The Company's ability to achieve its mission is driven by three broad objectives: first, to present a meaningfully differentiated and complete product assortment for the home, of the right quality product, at the right value; second, to provide services and solutions that enhance the usage and enjoyment of its offerings; and third, to deliver a convenient, engaging, and inspiring shopping experience that is intelligently personalized over time.

Bed Bath & Beyond Inc. also operates a robust e-commerce platform consisting of various websites and applications, and an established retail store base under the names of Bed Bath & Beyond, Christmas Tree Shops, Christmas Tree Shops andThat! or andThat!, Harmon, Harmon Face Values or Face Values, buybuy BABY, World Market, Cost Plus World Market or Cost Plus. In addition, Bed Bath & Beyond Inc. operates Of a Kind, Inc., an e-commerce website that features specially commissioned, limited edition items from emerging fashion and home designers.

Hugo Saavedra, CEO of Trimax Corporation and Saavy Naturals, stated, "As we enter the 2018 holiday season, we are extremely pleased to announce our new relationship with Bed Bath & Beyond. Our vendor approval to sell our luxurious beauty care products on their very successful e-commerce website is the first step towards our goal of retaining shelf space in their retail locations. Currently, we are in the advance stages of discussions to make this happen and hope to have our complete line in over 1,000 Bed Bath & Beyond locations by the end of the year."

Trimax Corporation and Saavy Naturals recently announced its roll-out their custom-made free standing pallet displays for their hand-crafted scented soaps to Walmart ® Corporation. The first 50 have already been shipped to various Walmart

stores in Texas and the Company is in the process of building another 200 pallet displays in order to reach its goal of having 1,000 displays in Walmart retail locations nationwide by December 2018.

Recent Press Release:

http://www.newmediawire.com/news/trimax-corporation-and-saavy-naturals-inc-begins-roll-out-of-their-custom-full-pallet-displays-for-their-handmade-soaps-to-walmart-corp-4823563

Hugo and Debra Saavedra, Saavy Naturals Inc.'s, CEO and President, gained instant popularity for their all-natural body care product line after being spotlighted and appearing on ABC's hit show Shark Tank. The Sharks took an instant liking to Hugo and Debra, their love story, their previous success in the body care industry, and the superior quality of their all-natural product. Hugo and Debra have since increased the company's product line exposure with several highlighted television features on The Home Shopping Network and are currently working on additional television marketing opportunities.

**About Trimax Corporation:**

Trimax Corporation, through its wholly owned subsidiary, Saavy Naturals Inc., offers a complete line of Natural Skin Care products, which includes body creams, body scrubs, body wash, shampoos, conditioners, handcrafted soaps, bath bombs, bath salts and candles. Saavy Naturals products are 100% natural, vegan, gluten-free, soy free, cruelty-free, non-GMO, and food-grade. Currently, Saavy Naturals can be found in some of the largest natural retail stores and exclusive boutiques and spas across the nation. Some of the retailers include Walmart ®, Whole Foods Market in the Northeast and Southern California regions, Gelson's Market, Vitamin Cottage, Bristol Farms, Erewhon, Lazy Acres and Earth Fare. Additionally, Saavy Naturals products can be purchased through numerous online retailers, including http://www.Amazon.com, and http://www.Saavynaturals.com.

For more information please visit our website:

http://www.saavynaturals.com

Saavy Naturals Inc. on Shark Tank:

https://vimeo.com/231634993

Saavy Naturals Inc. on HSN:

https://www.youtube.com/watch?v=jm9-NHZA6Vs

Social Media Links:

http://www.facebook.com/saavynaturals

http://www.instagram.com/Saavynaturals

http://www.twitter.com/saavynaturals

**Safe Harbor**

This release contains statements that constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements appear in a number of places in this release and include all statements that are not statements of historical fact regarding the intent, belief or current expectations of Trimax Corporation Inc., its directors or its officers with respect to, among other things: (i) financing plans; (ii) trends affecting its financial condition or results of operations; (iii) growth strategy and operating strategy. The words "may," "would," "should," "will," "expect," "estimate," "can," "believe," "potential" and similar expressions and variations thereof are intended to identify forward-looking statements. Investors are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, many of which are beyond Trimax Corporation Inc.'s ability to control, and that actual results may differ materially from those projected in the forward-looking statements as a result of various factors. More information about the potential factors that could affect the business and financial results is and will be included in Trimax Corporation Inc.'s filings with the Securities and Exchange Commission.

```
Public Relations and Shareholder Information:
Joseph M. Vazquez III
Phone: (800) 985-5711
Email: infinityglobalconsulting@gmail.com
```

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

# Trimax Corporation and Saavy Naturals Inc. Surpasses 200 Locations for Their Custom Pallet Displays Selling Their Handcrafted Soaps to Walmart Corp.


Email    Print Friendly    Share

December 13, 2018 08:40 ET | **Source:** Trimax Corporation, Inc.

CHATSWORTH, Calif., Dec. 13, 2018 (GLOBE NEWSWIRE) -- via OTC PR WIRE -- Trimax Corporation, Inc. (OTC PINK: TMXN) (the "Company") and its wholly owned subsidiary Saavy Naturals Inc., is pleased to announce they have surpassed 200 Walmart locations for their luxurious handcrafted soaps which is a part of their Saavy Naturals Everyday brand.

As previously reported, Walmart originally approved the roll-out of Saavy Naturals Everyday's beautiful free-standing custom-made pallet displays, which hold 1,152 individual soaps in 12 captivating scents, to 50 Walmart locations in Texas. Since October, the Company has received purchase orders for over 200 Walmart locations and now distributes their handcrafted soaps to the states of Indiana, Texas, Tennessee, New Hampshire, Arizona, Florida, Michigan, Virginia, Oregon, Colorado, New York, Wisconsin, Missouri, Pennsylvania, California, Illinois, Montana, Louisiana, Delaware, Alabama, North Carolina, Kentucky and Mississippi.

The Company eagerly anticipates continued consistent weekly orders from Walmart as they continue to expand their locations in order for the company to reach their goal of distributing to over 1,000 Walmart locations nationwide.

Hugo Saavedra, CEO of Trimax Corporation and Saavy Naturals Inc., stated, "We are extremely pleased to announce that our handcrafted soaps have now expanded from 50 stores in one state to over 200 locations in 23 states over the last two months. We are confident that we will hit our goal of distributing to 1,000 locations throughout all 50 states." He also stated, "We continue to experience consistent sales of our Savvy Naturals Everyday bath bombs to Walmart throughout the U.S. as well."

Hugo and Debra Saavedra, Saavy Naturals Inc.'s, CEO and President, gained instant popularity for their all-natural body care product line after being spotlighted and appearing on ABC's hit show Shark Tank. The Sharks took an instant liking to Hugo and Debra, their love story, their previous success in the body care industry, and the superior quality of their all-natural product. Hugo and Debra have since increased the company's product line exposure with several highlighted television features on The Home Shopping Network and are currently working on additional television marketing opportunities.

Saavy Naturals Inc. on Shark Tank:

https://vimeo.com/231634993

**About Trimax Corporation:**

Trimax Corporation, through its wholly owned subsidiary, Saavy Naturals Inc., offers a complete line of Natural Skin Care products, which includes body creams, body scrubs, body wash, shampoos, conditioners, handcrafted soaps, bath bombs, bath salts and candles. Saavy Naturals products are 100% natural, vegan, gluten-free, soy free, cruelty-free, non-GMO, and food-grade. Currently, Saavy Naturals can be found in some of the largest natural retail stores and exclusive boutiques and spas across the nation. Some of the retailers include Walmart , Whole Foods Market in the Northeast and Southern California regions, Gelson's Market, Vitamin Cottage, Bristol Farms, Erewhon, Lazy Acres and Earth Fare. Additionally, Saavy Naturals products can be purchased through numerous online retailers, including http://www.Amazon.com, and http://www.Saavynaturals.com.

For more information please visit our website:

http://www.saavynaturals.com

Naturals Inc. on Shark Tank:Saavy

https://vimeo.com/231634993

Saavy Naturals Inc. on HSN:

https://www.youtube.com/watch?v=jm9-NHZA6Vs

Social Media Links:

http://www.facebook.com/saavynaturals

http://www.instagram.com/Saavynaturals

http://www.twitter.com/saavynaturals

**Safe Harbor**

This release contains statements that constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These statements appear in a number of places in this release and include all statements that are not statements of historical fact regarding the intent, belief or current expectations of Trimax Corporation Inc., its directors or its officers with respect to, among other things: (i) financing plans; (ii) trends affecting its financial condition or results of operations; (iii) growth strategy and operating strategy. The words "may," "would," "should," "will," "expect," "estimate," "can," "believe," "potential" and similar expressions and variations thereof are intended to identify forward-looking statements. Investors are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, many of which are beyond Trimax Corporation Inc.'s ability to control, and that actual results may differ materially from those projected in the forward-looking statements as a result of various factors. More information about the potential factors that could affect the business and financial results is and will be included in Trimax Corporation Inc.'s filings with the Securities and Exchange Commission.

**Public Relations and Shareholder Information:**

Joseph M. Vazquez III

Phone: (800) 985-5711

Email: infinityglobalconsulting@gmail.com

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures

and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.