# EXHIBIT B

---------- Forwarded message ----------
From: **Debra Saavedra** <debra@saavynaturals.com>
Date: Tue, Sep 25, 2018 at 6:10 PM
Subject: Re: Conference Call
To: Joseph Vazquez <infinityglobalconsulting@gmail.com>, Hugo Saavedra <hugo@saavynaturals.com>, Christopher Garitee <gugliottalaw@optonline.net>

Thank you, Joe.

Attached, please find the two term sheets. Below is the email that accompanied them which outlines the terms they propose.

All the best,
Debra

**Debra Saavedra**
**President & Co-Founder**
**Tel: 818-626-9696**
**Mobile: 818-264-6970**
**@saavynaturals**
**www.saavynaturals.com**

**From:** Brett Cummings <brett@leftcoastventures.us>
**Date:** Monday, September 24, 2018 at 5:13 PM
**To:** Hugo Saavedra <hugo@saavynaturals.com>, Aaron Plotkin <aaron@leftcoastventures.us>
**Subject:** Term sheet

Hugo - I hope you are doing well. As discussed please find 2 term sheets: 1) Saavy Naturals and 2) CBD entity to be created.

Here are the highlights and some commentary; please call me with any questions:

## Saavy Naturals

- Investment amount: $1.5M
- Post-money valuation: $4M
- Privateer ownership: 37.5%
- Unallocated option pool: 12.5%
- Hugo/Debra: 50%
- BOD: 2 common; 1 Privateer
- Notes: Goal here is to provide capital to fix operations, execute on Walmart POs, drop in sales and operational hires, keep you (Hugo/Debra) with control of common and BOD while providing

adequate oversight and provide additional hires to continue sales growth. This provides you with ability to be face of the brand and to formulate CBD products without having to worry about day-to-day management.

## CBD

- 
- Investment amount: $0.5M
- Post-money valuation: $0.667M
- Privateer ownership: 75%
- Unallocated option pool: 15%
- Hugo/Debra: 10%
- BOD: 1 common; 2 Privateer
- Notes: Brand new entity where we take the Saavy products and infuse them with CBD supplied by Privateer. Start with current products produced by Saavy and move to produce new products (sunscreen, lip balm, etc.). You would be in charge of all formulation and we will provide new brand(s), etc.

Hugo - I'm ecstatic to go through this journey with you and put Saavy on the map. Your product quality and your story needs to be seen/heard by the world and with this capital and a few key hires we can get you there and get you back to the work you truly love.

Please call with any questions/comments and I can walk you through the term sheets, but the high level terms are above.

Best regards,
Brett

Brett Cummings
CEO
Left Coast Ventures
415-971-1592

**From:** 'Joseph Vazquez' <infinityglobalconsulting@gmail.com>
**Date:** Tuesday, September 25, 2018 at 2:48 PM
**To:** Hugo Saavedra <hugo@saavynaturals.com>, Debra Saavedra <debra@saavynaturals.com>, Christopher Garitee <gugliottalaw@optonline.net>
**Subject:** Conference Call

All,

This email shall confirm our conference call set for 2 pm (EST).

Please use the conference call instructions below.

**Hugo - Please send the two term sheets to John for his review before the call tomorrow. His email is cc'd on this correspondence.

Regards,

Joseph M. Vazquez III
President

Infinity Global Consulting Group, Inc.
Office  (800) 554-5659
Cell     (754) 204-4549
**Conference Call:** (641) 715-0861   Code: 180300#
SKYPE: infinityglobalconsulting

## SALE OF SERIES A PREFERRED STOCK

### SUMMARY OF TERMS

| | |
|---|---|
| Issuer: | Saavy Naturals, Inc. (the "Company"). |
| Financing Amount: | $1.5 million. |
| Type of Security: | Series A Preferred Stock ("Series A Preferred"). |
| Price: | Price per share (the "Original Purchase Price") to be based on the fully-diluted post-money valuation of $4.0 million. The number of shares of Common Stock and options available for issuance under the Company's stock option plans shall be increased on a pre-money basis to equal at least 12.5% of the fully diluted capitalization of the Company following the closing of the financing. |
| Investors: | Privateer Holdings, Inc., and affiliates ("PH")          $1.5 million |
| Anticipated Closing (the "Closing"): | October 12, 2018. |
| Liquidation Preference: | In the event of any liquidation or sale of the Company, the holders of Series A Preferred shall be entitled to receive (parri passu with the holders of any existing preferred stock (together with Series A Preferred, the "Preferred Stock")) in preference to the holders of Common Stock a per share amount equal to the Original Purchase Price (the "Liquidation Preference"). After the payment of the Liquidation Preference, the remaining assets shall be distributed to holders of Common Stock. |
| Automatic Conversion: | The Series A Preferred shall be automatically converted into Common Stock, at the then applicable conversion price, upon either (i) the closing of a firmly underwritten public offering of shares of Common Stock of the Company at a per share price not less than three times (3.0x) the Original Purchase Price (as adjusted for stock splits, dividends and the like) and for a total offering of not less than $30 million (before deduction of underwriters commissions and expenses) or (ii) in the event that the holders of at least a majority of the outstanding Series A Preferred vote in favor of such conversion. |
| Board of Directors: | The Company's board of directors ("Board") will be set at three directors as follows: (a) the holders of Series A Preferred shall elect one director who will be designated by PH (the "Series A Director"), and (b) the holders of Common Stock shall elect two directors, one of whom will be the then-serving Chief Executive Officer. The Company will maintain D&O insurance with a carrier and in an amount satisfactory to the Board. |
| Protective Provisions: | The consent of the holders of at least a majority of the Preferred Stock shall be required for any action that, (i) increases or decreases the authorized number of shares of Common Stock or Preferred Stock, (ii) amends, repeals or waives any provision of the Certificate of Incorporation or Bylaws in a manner that adversely changes the rights, preferences, or privileges of the Preferred Stock, (iii) creates (by reclassification or otherwise) any new class or series of shares having rights, preferences or privileges senior to or on a parity with the |

1.

|  |  |
|---|---|
|  | Preferred Stock, (iv) results in the redemption of any shares of Preferred Stock or Common Stock (other than pursuant to equity incentive agreements or employment agreements giving the Company the right to repurchase shares upon the termination of services), (v) results in the payment or declaration of any dividend on any shares of Common Stock, (vi) results in any merger, other corporate reorganization, sale of control, or other transaction in which holders of the Company's voting securities prior to such transaction hold less than 50% of the Company's voting securities upon the closing of such transaction, or a sale of all or substantially all of the assets of the Company, (vii) increases or decreases the size of the Board, (viii) sells, issues, sponsors or distributes any digital tokens, coins, blockchain-based assets or cryptocurrency created by the Company (collectively, the "Tokens"), including through a Simple Agreement for Future Tokens or other agreement, pre-sale, initial coin offering, token distribution event or crowdfunding, or develops a computer network either incorporating Tokens or permitting the generation of Tokens by network participants or (ix) waives or amends any price-based anti-dilution adjustment. |
| Certain Transactions: | The prior approval of the Board, including the Series A Director, shall be required for any action that: (i) creates or authorizes the creation of any debt security or otherwise results in the incurrence of indebtedness for money borrowed in excess of $100,000 or (ii) increases the number of shares of Common Stock reserved for issuance under any equity incentive plan. |
| Other Rights: | Customary and market dividend rights, anti-dilution protections, preemptive rights, information rights, rights of first refusal, co-sale rights, registration rights and approval rights. |
| Fees and Expenses: | The Company shall pay the reasonable fees and expenses (not to exceed $15,000) of one special counsel to PH. |
| Exclusivity: | The Company agrees that during the period between acceptance of this summary of terms and 60 days thereafter, it will not enter into any agreement with any third party concerning a possible lead investment without the prior written consent of PH (the "Exclusivity Period"). |
| Confidentiality: | The Company shall keep the terms of this letter and its existence in confidence and shall not divulge any of it to any party. |
| Miscellaneous: | Except for the provisions labeled "Exclusivity" and "Confidentiality", this summary of terms is not intended to create any legally binding obligations on either party, and no such obligation shall be created unless and until the parties enter into definitive written agreements. |

\* \* \* \* \* \* \*

This summary of terms shall remain available for acceptance through 5:00 p.m. PT on September 28, 2018. The parties to this summary of terms acknowledge their agreement to the terms contained herein by signing below:

**Saavy Naturals, Inc.**                                **Privateer Holdings, Inc.**

By: _____            By: _____
Name: _____            Name: _____
Title: _____            Title: _____
Date: _____            Date: _____

3.

## SALE OF SERIES A PREFERRED STOCK

### SUMMARY OF TERMS

| | |
|---|---|
| Issuer: | Saavy Naturals (CBD), Inc. (the "Company"). (NTD: Name to be updated) |
| Financing Amount: | $0.5 million. |
| Type of Security: | Series A Preferred Stock ("Series A Preferred"). |
| Price: | Price per share (the "Original Purchase Price") to be based on the fully-diluted post-money valuation of $0.667 million. The number of shares of Common Stock and options available for issuance under the Company's stock option plans shall be increased on a pre-money basis to equal at least 15% of the fully diluted capitalization of the Company following the closing of the financing. |
| Investors: | Privateer Holdings, Inc., and affiliates ("PH")         $0.5 million |
| Anticipated Closing (the "Closing"): | October 12, 2018. |
| Liquidation Preference: | In the event of any liquidation or sale of the Company, the holders of Series A Preferred shall be entitled to receive (parri passu with the holders of any existing preferred stock (together with Series A Preferred, the "Preferred Stock")) in preference to the holders of Common Stock a per share amount equal to the Original Purchase Price (the "Liquidation Preference"). After the payment of the Liquidation Preference, the remaining assets shall be distributed to holders of Common Stock. |
| Automatic Conversion: | The Series A Preferred shall be automatically converted into Common Stock, at the then applicable conversion price, upon either (i) the closing of a firmly underwritten public offering of shares of Common Stock of the Company at a per share price not less than three times (3.0x) the Original Purchase Price (as adjusted for stock splits, dividends and the like) and for a total offering of not less than $30 million (before deduction of underwriters commissions and expenses) or (ii) in the event that the holders of at least a majority of the outstanding Series A Preferred vote in favor of such conversion. |
| Board of Directors: | The Company's board of directors ("Board") will be set at three directors as follows: (a) the holders of Series A Preferred shall elect one director who will be designated by PH (the "Series A Director"), and (b) the holders of Common Stock shall elect two directors, one of whom will be the then-serving Chief Executive Officer. The Company will maintain D&O insurance with a carrier and in an amount satisfactory to the Board. |
| Protective Provisions: | The consent of the holders of at least a majority of the Preferred Stock shall be required for any action that, (i) increases or decreases the authorized number of shares of Common Stock or Preferred Stock, (ii) amends, repeals or waives any provision of the Certificate of Incorporation or Bylaws in a manner that adversely changes the rights, preferences, or privileges of the Preferred Stock, (iii) creates (by reclassification or otherwise) any new class or series of shares having rights, preferences or privileges senior to or on a parity with the |

1.

|  |  |
|---|---|
|  | Preferred Stock, (iv) results in the redemption of any shares of Preferred Stock or Common Stock (other than pursuant to equity incentive agreements or employment agreements giving the Company the right to repurchase shares upon the termination of services), (v) results in the payment or declaration of any dividend on any shares of Common Stock, (vi) results in any merger, other corporate reorganization, sale of control, or other transaction in which holders of the Company's voting securities prior to such transaction hold less than 50% of the Company's voting securities upon the closing of such transaction, or a sale of all or substantially all of the assets of the Company, (vii) increases or decreases the size of the Board, (viii) sells, issues, sponsors or distributes any digital tokens, coins, blockchain-based assets or cryptocurrency created by the Company (collectively, the "Tokens"), including through a Simple Agreement for Future Tokens or other agreement, pre-sale, initial coin offering, token distribution event or crowdfunding, or develops a computer network either incorporating Tokens or permitting the generation of Tokens by network participants or (ix) waives or amends any price-based anti-dilution adjustment. |
| Certain Transactions: | The prior approval of the Board, including the Series A Director, shall be required for any action that: (i) creates or authorizes the creation of any debt security or otherwise results in the incurrence of indebtedness for money borrowed in excess of $100,000 or (ii) increases the number of shares of Common Stock reserved for issuance under any equity incentive plan. |
| Other Rights: | Customary and market dividend rights, anti-dilution protections, preemptive rights, information rights, rights of first refusal, co-sale rights, registration rights and approval rights. |
| Fees and Expenses: | The Company shall pay the reasonable fees and expenses (not to exceed $15,000) of one special counsel to PH. |
| Exclusivity: | The Company agrees that during the period between acceptance of this summary of terms and 60 days thereafter, it will not enter into any agreement with any third party concerning a possible lead investment without the prior written consent of PH (the "Exclusivity Period"). |
| Confidentiality: | The Company shall keep the terms of this letter and its existence in confidence and shall not divulge any of it to any party. |
| Miscellaneous: | Except for the provisions labeled "Exclusivity" and "Confidentiality", this summary of terms is not intended to create any legally binding obligations on either party, and no such obligation shall be created unless and until the parties enter into definitive written agreements. |

\* \* \* \* \* \* \*

This summary of terms shall remain available for acceptance through 5:00 p.m. PT on September 28, 2018. The parties to this summary of terms acknowledge their agreement to the terms contained herein by signing below:

| **Saavy Naturals (CBD), Inc.** | **Privateer Holdings, Inc.** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

3.