# EXHIBIT C

Statewide distribution with over 400 active cannabis accounts

SolDistro.com

# SAAVY NATURALS

Saavy Naturals was created by husband and wife team, Hugo & Debra Saavedra, who both share backgrounds in food cultivation and service. They have owned and operated restaurants, been personal chefs, and designed and created menus for other restaurants. They also introduced and grew exotic edible flowers and baby greens which were mainstays at many 5-star restaurants in Southern California.

*"They create a feast for your senses with their food for your skin"*

The Saavedra's know food. Their name was on the menu of Spago, Patina, and The Water Grill, to name a few. After years of cooking and growing herbs and edible flowers, they started experimenting with them in new ways, creating luxurious soaps, body creams, and body scrubs. They decided to offer some of their new creations at a local farmer's market, and the rest is history, as they say!

As great lovers of beauty, whether it's nature, art, music, or an amazing meal, the Saavedra's find inspiration in the lush bountiful wonders of the world. Just as a great chef cooks not only for the sense of taste, but also for the eyes, the nose, for all of the senses, they create a feast for your senses with their food for your skin.

SaavyNaturals.com