# EXHIBIT D



26895 Aliso Creek Road • Suite B, # 569 • Aliso Viejo, California 92656-5301
Email: vanhornauctions@cox.net • Website: www.vanhornauctions.com
Tel: (949) 206-2525 • Fax: (949) 831-1975

December 20, 2018

Hugo Saavedra, CEO & Co-Creator
Saavy Pure & Natural
8943 Oso Avenue, Suite C
Chatsworth, California 91311

Dear Mr. Saavy,

As you are aware, and as per your request, on Thursday, December 20th, 2018 at approximately 9:00am, I had the opportunity to travel to and physically inspect the assets belonging to Saavy Pure & Natural, located at 8943 Oso Avenue, Suite C, Chatsworth, California 91311, for the purpose of establishing a "Liquidation", opinion of value, of the assets within.

## DESCRIPTION:

Saavy Pure & Natural is a company that was created by Mr. Saavedra and his wife in 2016 and is a company that believes in 100% natural, food-grade ingredients for each of their products produced.
This business is housed in an approximately 4,500 sq/ft facility, producing, by hand, bar and hand soaps, body wash, creams, scrubs, and bombs, shampoos, conditioners and candles of various scents.

## OVERVIEW:

As per my instructions, I was asked to perform an on-site estimation, specifically a "liquidation" opinion of value, of the assets within the establishment. In addition, I took over 130 photographs of the machinery and equipment, as well as the raw and finished goods inventory and the furniture, fixtures and equipment in the offices.

On the day stated above, I met Mr. Saavedra and Brett Michel at 9:00am at the business location. At that time, Mr. Saavedra kindly gave me a tour of the facility, offices, production area and storage areas, and then explained exactly what assets were owned by this business. After a complete review of the company, I was allowed to conduct my business freely and without difficulty or interruption.

To arrive at the figures, in the "Findings" section below, I have conducted a comprehensive, on-site inspection of the raw material inventory, the finished goods inventory, the warehouse and manufacturing equipment, and the furniture, fixtures and equipment in the entire building, as well as reviewed all 135 photographs taken.

Additionally I have completed an extensive, online investigation, of similar assets, and investigated comparable assets being sold at retail and liquidation prices. I have also taken into consideration the age and depreciation of this inventory, as well as the demand for this material in the current market. It is from these determining factors and thirty years in the liquidation and auction industry that I am of the following opinion.



26895 Aliso Creek Road • Suite B, # 569 • Aliso Viejo, California   92656-5301
Email: vanhornauctions@cox.net • Website: www.vanhornauctions.com
Tel: (949) 206-2525 • Fax: (949) 831-1975

FINDINGS:

It is my opinion the machinery and equipment, to include but not limited to the Preferred Packaging tunnel oven and wrapper, Hobart 60 quart mixer, stainless steel vats and mixers, Accutek rotary valve filler, stainless steel tables, Brookfield viscometer, Csplus Lepel cap induction, (3) assorted single burner stoves, stainless steel pots, stirring implements and tables, pallet jacks, pedestal fan, barrel dollies and carts, product scales, tape shooters, office furniture, fixtures and equipment has a liquidation, opinion of value of approximately $12,000.00 to $13,000.00.

No attempts have been made to verify leased equipment, and the values are based on the entirety of equipment inspected.

It is my opinion the raw materials, work in process and finished goods to include, but not limited to, please see "Saavy Naturals Raw Inventory" and the "Inventory Log" below, have a liquidation, opinion of value, of approximately $6,500.00 to $7,000.00. This figure includes all assets viewed on the date of my inspection. No efforts were made to verify leased equipment.

Please keep in mind the values listed above, are for the disposal of assets for cash. These values are not to be used for anything other than liquidation purposes. These are not fair market values and should not be considered as a final sales value when selling a business as a turn-key operation.

DEFINITIONS:

We define "Liquidation" opinion of value, as the price that goods in inventory and/or equipment would bring at a piece-meal public auction sale conducted on site, (As Is, Where Is). This figure is solely and estimation of the assets liquidation value at the present and current time (today). The purpose of the liquidation is the disposal of assets for cash.

These definitions are offered to provide the fundamental value concepts; they are not the only acceptable definitions, since contracts or jurisdictions may dictate somewhat different philosophies. Therefore, these definitions may be expanded or refined as the purpose and function of an appraisal dictate, as long as the fundamental concepts are not altered. In other cases, the laws of a country, state, region, or regulatory agency may require other terms, which therefore would take precedence over the definitions stated here.

"Liquidation" opinion of values are determined and derived from, but not limited to: online investigations, retail values, wholesale values, resale market, market capacity, periodicals and trade publications of certain industries, and thirty years of experience in the Liquidation/Auction Industry.

This report is intended for your use only. The appraiser does not intend the use of this report by others, nor is the report intended for any other use unless express written consent is further granted.



26895 Aliso Creek Road • Suite B, # 569 • Aliso Viejo, California 92656-5301
Email: vanhornauctions@cox.net • Website: www.vanhornauctions.com
Tel: (949) 206-2525 • Fax: (949) 831-1975

As a member of Van Horn Auctions & Appraisal Group, LLC, I do state that neither I, nor Van Horn Auctions & Appraisal Group, LLC or any of its employees, have any present or future interest in the appraised property.

Thank you for the opportunity to be of service.

Sincerely,

Scott R. Van Horn

**LIMITING CONDITIONS:**

An appraisal is an estimate of value only. The amount is considered a reasonable and proper value under the concept of a definition and it is applied. For this reason, the value is, in most cases, an even number.

No additional values or appraisals have been made requiring such tangibles as patents, rights to manufacture, trademarks, goodwill, going concern, product line, customer lists, etc. The values made a part of this report are for the items listed only and are subject to the definition of the report itself.

Physical condition in most instances has been determined either by the appraiser or based on information provided by others. Any known or hidden conditions existing at the time of the inspection could alter the value.

In most cases, equipment is grouped in terms of cursory values, although certain areas may require an itemized listing and/or value.

All facts and data set forth in this report are true and accurate to the best of the appraiser's knowledge and belief. Neither the appraisers, nor any of their employees, have financial interest in the equipment appraised.

Since conclusions by the appraiser are based upon judgments, isolations of any single element as the sole basis of comparison to the whole appraisal may be inaccurate.

As the addressee has purchased this report, we assume it is to be used by the addressee in determination of the value at that point and time. Use of this report by others should be done so with the understanding that no risk or guarantees have been purchased by the owner of the report nor through the fee paid to the appraiser.

The fee for the appraisal report is neither contingent upon the values reported nor any court appearances either by the appraiser or his associates as part of the appraisal fee. If a court appearance in the future were needed, a separate fee would be established.

No investigation of legal fee or title to the equipment has been made by owner's claim to the equipment has been assumed to be valid. No consideration has been given to liens, or encumbrances, which may be against the equipment.

All opinions as to values are the opinions of the appraiser and his associate's based on the facts and data set forth in the report. The appraisers and their associates assume no responsibility for the changes in the market conditions or for the inability of the owner to locate a purchaser at the appraised value. Inspection of all equipment has been made by either on-site inspection or by photograph, or unless otherwise noted.

The appraisers and their associates are not responsible for changes that may develop in the market place or possible changes in the state of the art of certain machinery and equipment which could substantially change the assigned values.

Van Horn Auction Group is not responsible for market changes in the values of the appraised equipment, which may be affected by, but not limited to:

1) Technological obsolence
2) Economic changes
3) Comparable equipment sales which may saturate market values
4) OSHA regulations affecting market values
5) Environmental rules affecting business

The appraiser and Van Horn Auction Group reserve the right to recall all copies of the report to correct any omission or error.

This valuation study has been made by Van Horn Auction Group and will be held as confidential. It has been prepared by an experienced appraiser and is based on information, where possible, from contractors, manufacturers, sales comparables, dealers, etc. the analysis and final conclusion is arrived at from our experience in the appraisal of new and used equipment.

It is further understood that although individual values are placed upon each item, or a specific category, the individual sales are established by the entire composition of the plant. If any part of the plant were to be sold verses the entire plant, it is possible that the appraised value may be lessened for both the parts sold and the remaining equipment to be sold.

We trust the enclosed meets with your needs; however, should you have any questions or require any additional information, please let us know.

# Saavy Naturals Raw Inventory

| Product Name | Company | Sizes | Prices | QTY in stock | $ in Stock |
|---|---|---|---|---|---|
| Coconut Oil | Classic Distribution CO | 500Lb | $1.89 | 700 | $1,323.00 |
| Sweet Almond Oil | Classic Distribution CO | 396Lb | $20.25 | 45 | $911.25 |
| Moringa Oil | Moringa Connect | | $40.00 | 9 | $360.00 |
| Monoi Oil | | | | | $0.00 |
| Kahai Oil | | 100 Kg | $27.50 | 25 | $687.50 |
| Jojoba Oil | Vivion Inc | 396Lb | $14.93 | | $0.00 |
| Olive Oil | Norman Fox | 441 Lb | $3.30 | | $0.00 |
| Tea Tree Oil | | | 35.75 | 30 | $1,072.50 |
| Glycerin | Classic Distribution CO | 500 Lb | $0.65 | 200 | $130.00 |
| Zemea | Lipscomb | 440 Lb | $2.29 | 200 | $458.00 |
| Plantaren 1200 | PCC | 475Lb | $1.25 | 1425 | $1,781.25 |
| Plantaren 2000 | PCC | 475Lb | $1.25 | 1425 | $1,781.25 |
| Classic CAS/Tritesan BS | Classic Distribution CO | 465 Lb | $1.25 | 220 | $275.00 |
| Titanium Dioxide | | 50Lb | $3.22 | 29 | $93.38 |
| Stearic ACID | Classic Distribution CO | 50 lb | $1.25 | 45 | $56.25 |
| Sorbitol Solution 70% | PCC | 595 Lb | $0.68 | 500 | $340.00 |
| Kaltro CG | | | | | $0.00 |
| Allantoin | Classic Distribution CO | 50 Lb | $6.75 | 50 | $337.50 |
| Aloe Vera Powder 200 | | | 298 | 1 | $298.00 |
| Tego Care CG 90 | Glenn Corp | 15Kg | $62.44 | 15 | $936.60 |
| Botanimule GMS-SE | | | | 70 | $0.00 |
| Polawax | | | | 160 | $0.00 |
| Kalcol 8670 | Lipscomb | 20KG | $2.93 | 1500 | $4,395.00 |
| Kalcol 6098 | Lipscomb | 20 kg | $3.23 | 160 | $516.80 |
| Caprylic/Capric Triglycerides | Classic Distribution CO | 419Lb | $3.70 | 50 | $185.00 |
| Vitamin E ( Naturals) | Chemte | 55Lb | $32.51 | 15 | $487.65 |
| Shea Butter | Vivion Inc | 110Lb | $6.00 | 200 | $1,200.00 |
| Crodacol S-95-PA (MH) | | | | 50 | $0.00 |
| Gluconolactone | | | 2.5 | 300 | $750.00 |
| Japanese Honeysuckle Extract | | | | | $0.00 |
| Extract Blend K3580-WS (Lotion) | | | | | $0.00 |
| Caustic Sada 50% Soln | PCC | 55.12 Lg | $0.50 | 100 | $50.00 |
| Benzyl Alcohol | Norman Fox | 485 Lb | $3.40 | 375 | $1,275.00 |
| Arnica Extract | | | | | $0.00 |
| Kumquat Extract | | | | | $0.00 |
| Brown Sugar | | | | 20 | $0.00 |
| White Sugar | | | $0.15 | 500 | $75.00 |
| Medium Salt | | | $0.36 | 110 | $39.60 |

| Product | Supplier | Size | Price | Qty | Total |
|---|---|---|---|---|---|
| Amisoft CS-22 | Ajinomoto | 440Lb | 7.7 | 35 | $269.50 |
| Monomule 90-L12 | | | 3.75 | 85 | $318.75 |
| Pordew 500 | | | 13.75 | 75 | $1,031.25 |
| Andea Q Ultra | | | 35.5 | 5 | $177.50 |
| Quinoa Pro EX | | | 17.5 | 5 | $87.50 |
| Oat Meal | | | | | $0.00 |
| Magnesium Sulfate | | | | | $0.00 |
| Antil Soft SC | Glenn Corp | 25Kg | $10.79 | 5 | $53.95 |
| L-Arginine | | | | | $0.00 |
| DL Panthenol | | | | | $0.00 |
| Emulsense HC | Nexeo Solutions | 50 Lb | $14.51 | 100 | $1,451.00 |
| Cetiol C5 | Ross Organic | 175 Kg | $17.65 | 50 | $882.50 |
| Hydrolized Quinoa | | | | | $0.00 |
| Fine Salt Culinox 999 | | | | 20 | $0.00 |
| Xanthan Gum"s | Norman Fox | 55.12 Lb | $5.25 Lb | 10 | $0.00 |
| Stearyl Alcohol | Norman Fox | 55.115 Bag | $1.25 | 190 | $237.50 |
| Cetyl Alcohol | Classic Distribution CO | 50Lb | $1.45 | 100 | $145.00 |
| Dead Sea Salt | Classic Distribution CO | 55Lb | $1.45 | 60 | $87.00 |
| Campo Plantservative 20 Kg | Ross Organic | 20KJg | $192.00 | 15 | $2,880.00 |
| Glucona Delta Lactone | PCC | 55.12Lb | $1.80 | 220.48 | $396.86 |
| Citric Acid | PCC | 50Lb | $1.05 | 50 | $52.50 |
| | | | | | $0.00 |

$27,886.34

# Inventory Log

Date:

| ITEM # | Item Description | UPC | Total Cases | Price | Total Amount |
|---|---|---|---|---|---|
| | **HANDCRAFTED BAR SOAPS- 8 oz.** | | | | |
| 101 | Bulgarian Rose Bar Soap | 854022005006 | 12 | 5 | $ 360.00 |
| 102 | Green Tea & Lime Bar Soap | 854022005013 | 14 | 5 | $ 420.00 |
| 103 | Jasmine Bar Soap | 854022005020 | 8 | 5 | $ 240.00 |
| 104 | Lavender Chamomile Bar Soap | 854022005037 | 0 | 5 | $ - |
| 105 | Mango Papaya Bar Soap | 854022005044 | 14 | 5 | $ 420.00 |
| 106 | Oatmeal Almond Bar Soap | 854022005051 | 6 | 5 | $ 180.00 |
| 107 | Patchouli Rose Bar Soap | 854022005068 | 13 | 5 | $ 390.00 |
| 108 | Plumeria Violet Bar Soap | 854022005075 | 14 | 5 | $ 420.00 |
| 109 | Tahitian Vanilla & Kukui Bar Soap | 854022005082 | 15 | 5 | $ 450.00 |
| 110 | Yuzu & Meyer Lemon Bar Soap | 854022005099 | 4 | 5 | $ 120.00 |
| | **HANDCRAFTED BAR SOAPS- NEW 5 oz.** | | | | $ - |
| 151 | Bulgarian Rose Bar Soap | 85948005000 | 22 | 3 | $ 396.00 |
| 152 | Green Tea & Lime Bar Soap | 85948005017 | 14 | 3 | $ 252.00 |
| 153 | Jasmine Bar Soap | 85948005024 | 27 | 3 | $ 486.00 |
| 154 | Lavender Chamomile Bar Soap | 85948005031 | 0 | 3 | $ - |
| 155 | Mango Papaya Bar Soap | 85948005048 | 24 | 3 | $ 432.00 |
| 156 | Oatmeal Almond Bar Soap | 85948005055 | 27 | 3 | $ 486.00 |
| 157 | Patchouli Rose Bar Soap | 85948005062 | 17 | 3 | $ 306.00 |
| 158 | Plumeria Violet Bar Soap | 85948005079 | 18 | 3 | $ 324.00 |
| 159 | Tahitian Vanilla & Kukui Bar Soap | 85948005086 | 2 | 3 | $ 36.00 |
| 160 | Yuzu & Meyer Lemon Bar Soap | 85948005093 | 30 | 3 | $ 540.00 |
| | **LUXURIOUS BODY CREAMS** | | | | $ - |
| 201 | Bulgarian Rose Body Cream | 854022005105 | 0 | 6 | $ - |

| | | | | | |
|---|---|---|---|---|---|
| 202 | Green Tea & Lime Body Cream | 854022005112 | 0 | 6 | $ - |
| 203 | Jasmine Body Cream | 854022005129 | 0 | 6 | $ - |
| 204 | Lavender Chamomile Body Cream | 854022005136 | 0 | 6 | $ - |
| 205 | Mango Papaya Body Cream | 854022005143 | 4 | 6 | $ 144.00 |
| 206 | Oatmeal Almond Body Cream | 854022005150 | 3 | 6 | $ 108.00 |
| 207 | Patchouli Rose Body Cream | 854022005167 | 0 | 6 | $ - |
| 208 | Plumeria Violet Body Cream | 854022005174 | 0 | 6 | $ - |
| 209 | Tahitian Vanilla & Kukui Body Cream | 854022005181 | 0 | 6 | $ - |
| 210 | Yuzu & Meyer Lemon Body Cream | 854022005198 | 0 | 6 | $ - |
| | **DELICIOUS BODY SCRUBS** | | | | $ - |
| 301 | Coconut Lemongrass Brown Sugar Scrub | 854022005235 | 15 | 7.5 | $ 675.00 |
| 302 | Green Tea & Lime Salt Scrub | 854022005242 | 10 | 7.5 | $ 450.00 |
| 303 | Lavender Chamomile Salt Scrub | 854022005211 | 12 | 7.5 | $ 540.00 |
| 304 | Mango Papaya Sugar Scrub | 854022005228 | 3 | 7.5 | $ 135.00 |
| 305 | Tahitian Vanilla & Kukui Sugar Scrub | 854022005259 | 10 | 7.5 | $ 450.00 |
| 306 | Yuzu & Meyer Lemon Salt Scrub | 854022005266 | 0 | 7.5 | $ - |
| 307 | Jasmine Sugar Scrub | | 14 | 7.5 | $ 630.00 |
| 308 | Plumeria Violet Sugar Scrub | | 0 | 7.5 | $ - |
| 309 | Oatmeal Almond Salt Scrub | | 0 | 7.5 | $ - |
| 310 | Bulgarian Rose Sugar Scrub | | 0 | 7.5 | $ - |
| | **PAMPERING BODY WASHES** | | | | $ - |
| 501 | Bulgarian Rose Body Wash | 854022005600 | 19 | 5 | $ 570.00 |
| 502 | Green Tea & Lime Body Wash | 854022005617 | 9 | 5 | $ 270.00 |
| 503 | Jasmine Body Wash | 854022005624 | 0 | 5 | $ - |
| 504 | Mango & Papaya Body Wash | 854022005631 | 0 | 5 | $ - |
| 505 | Tahitian Vanilla & Kukui Body Wash | 854022005648 | 0 | 5 | $ - |
| 506 | Yuzu & Meyer Lemon Body Wash | 854022005655 | 10 | 5 | $ |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 300.00 |
| 507 | Oatmeal Almond Body Wash | | 10 | 5 | $ 300.00 |
| 508 | Plumeria Violet Wash | | 10 | 5 | $ 300.00 |
| 509 | Lavender Chamomile Body Wash | | 10 | 5 | $ 300.00 |
| | **RICH LIQUID HAND SOAPS** | | | | $ - |
| 401 | Green Tea & Lime Liquid Hand Soap | 854022005518 | 20 | 5 | $ 600.00 |
| 402 | Tahitian Vanilla & Kukui Liquid Hand Soap | 854022005525 | 5 | 5 | $ 150.00 |
| 403 | Yuzu & Meyer Lemon Liquid Hand Soap | 854022005532 | 5 | 5 | $ 150.00 |
| | **SULFATE-FREE SHAMPOOS** | | | | $ - |
| 601 | Balancing Shampoo | 854022005549 | 4 | 6 | $ 144.00 |
| 602 | Color Protector Shampoo | 854022005556 | 21 | 6 | $ 756.00 |
| 603 | Moisturizing Shampoo | 854022005563 | 8 | 6 | $ 288.00 |
| | **SULFATE-FREE CONDITIONERS** | | | | $ - |
| 701 | Balancing Conditioner | 854022005570 | 0 | 6 | $ - |
| 702 | Color Protector Conditioner | 854022005587 | 0 | 6 | $ - |
| 703 | Moisturizing Conditioner | 854022005594 | 0 | 6 | $ - |
| | **COCONUT WAX CANDLES- NEW** | | | | $ - |
| 801 | Bulgarian Rose | 859498005321 | 84 | 7.5 | $ 3,780.00 |
| 802 | Jasmine | 859498005338 | 21 | 7.5 | $ 945.00 |
| 803 | Plumeria Violet | 859498005345 | 24 | 7.5 | $ 1,080.00 |
| 804 | Tahitian Vanilla & Kukui | 859498005352 | 15 | 7.5 | $ 675.00 |
| | **HANDCRAFTED BULK SOAP TOWER** | | | | $ - |
| 1001 | Blood Orange & Tahitian Vanilla Bulk Soap Tower | 854022005273 | 3 | 88 | $ 264.00 |
| 1002 | Bulgarian Rose Bulk Soap Tower | 854022005280 | 5 | 88 | $ 440.00 |
| 1003 | Coconut Lemongrass Bulk Soap Tower | 854022005297 | 2 | 88 | $ 176.00 |
| 1004 | Green Tea & Lime Bulk Soap Tower | 854022005303 | 3 | 88 | $ 264.00 |
| 1005 | Jasmine Bulk Soap Tower | 854022005310 | 4 | 88 | $ 352.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1006 | Lavender Garden Bulk Soap Tower | 854022005327 | 2 | 88 | $ 176.00 |
| 1007 | Plumeria Violet Bulk Soap Tower | 854022005334 | 4 | 88 | $ 352.00 |
| 1008 | Sandalwood Patchouli Bulk Soap Tower | 854022005341 | 2 | 88 | $ 176.00 |
| 1009 | Spearmint Oat Bulk Soap Tower | 854022005358 | 4 | 88 | $ 352.00 |
| 1010 | Tahitian Vanilla & Kukui Bulk Soap Tower | 854022005365 | 3 | 88 | $ 264.00 |
| 1011 | Yosemite Joe Bulk Soap Tower | 854022005372 | 1 | 88 | $ 88.00 |
| 1012 | Yuzu & Meyer Lemon Bulk Soap Tower | 854022005389 | 2 | 88 | $ 176.00 |
| | HANDCRAFTED BULK SOAP CAKE | | | | $ - |
| 1051 | Blood Orange & Tahitian Vanilla Bulk Soap Cake | 854022005396 | 4 | 72 | $ 288.00 |
| 1052 | Bulgarian Rose Bulk Soap Cake | 854022005402 | 2 | 72 | $ 144.00 |
| 1053 | Coconut Lemongrass Bulk Soap Cake | 854022005419 | 3 | 72 | $ 216.00 |
| 1054 | Green Tea & Lime Bulk Soap Cake | 854022005426 | 3 | 72 | $ 216.00 |
| 1055 | Jasmine Bulk Soap Cake | 854022005433 | 3 | 72 | $ 216.00 |
| 1056 | Lavender Garden Bulk Soap Cake | 854022005440 | 4 | 72 | $ 288.00 |
| 1057 | Plumeria Violet Bulk Soap Cake | 854022005457 | 2 | 72 | $ 144.00 |
| 1058 | Sandalwood Patchouli Bulk Soap Cake | 854022005464 | 6 | 72 | $ 432.00 |
| 1059 | Spearmint Oat Bulk Soap Cake | 854022005471 | 2 | 72 | $ 144.00 |
| 1060 | Tahitian Vanilla & Kukui Soap Cake | 854022005488 | 4 | 72 | $ 288.00 |
| 1061 | Yosemite Joe Soap Cake | 854022005495 | 2 | 72 | $ 144.00 |
| 1062 | Yuzu & Meyer Lemon Soap Cake | 854022005501 | 4 | 72 | $ 288.00 |
| | HOLIDAY HANDCRAFTED BULK SOAP TOWER | | | | $ - |
| 1015 | Evergreen Bulk Soap Tower | 859498005154 | 0 | 88 | $ - |
| 1016 | Frankincense & Myrrh Bulk Soap Tower | 859498005161 | 0 | 88 | $ - |
| 1017 | Peppermint Candy Bulk Soap Tower | 859498005178 | 0 | 88 | $ - |
| 1018 | Pumpkin Spice Bulk Soap Tower | 859498005185 | 0 | 88 | $ - |
| 1019 | Winter Solstice Bulk Soap Tower | 859498005192 | 0 | 88 | $ - |
| | HOLIDAY HANDCRAFTED BULK SOAP | | | | $ |

|  | CAKE |  |  |  | - |
|---|---|---|---|---|---|
| 1065 | Evergreen Bulk Soap Cake | 859498005109 | 0 | 72 | $ - |
| 1066 | Frankincense & Myrrh Bulk Soap Cake | 859498005116 | 1 | 72 | $ 72.00 |
| 1067 | Peppermint Candy Bulk Soap Cake | 859498005123 | 0 | 72 | $ - |
| 1068 | Pumpkin Spice Bulk Soap Cake | 859498005130 | 0 | 72 | $ - |
| 1069 | Winter Solstice Bulk Soap Cake | 859498005147 | 0 | 72 | $ - |
|  |  |  |  |  | $ 25,958.00 |