# EXHIBIT F

# GoDaddy

## Search the WHOIS Database

Search

Private Registration    Local listings

## WHOIS search results

Domain Name: ekonaturals.us
Registry Domain ID: D3EBD7503A19C47BB9416EAD2834281BC-NSR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-01-14T16:57:52Z
Creation Date: 2019-01-14T16:57:51Z
Registrar Registration Expiration Date: 2021-01-14T16:57:51Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: CR352868075
Registrant Name: Brett Cummings
Registrant Organization: Left Coast Ventures
Registrant Street: 975 Corporate Center Parkway
Registrant Street: Suite 120
Registrant City: Santa Rosa
Registrant State/Province: California
Registrant Postal Code: 95407
Registrant Country: US


Contact Us

Registrant Phone: +1.4159711592
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: brett.cummings@privateerholdings.com
Registry Admin ID: CR352868077
Admin Name: Brett Cummings
Admin Organization: Left Coast Ventures
Admin Street: 975 Corporate Center Parkway
Admin Street: Suite 120
Admin City: Santa Rosa
Admin State/Province: California
Admin Postal Code: 95407
Admin Country: US
Admin Phone: +1.4159711592
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: brett.cummings@privateerholdings.com
Registry Tech ID: CR352868076
Tech Name: Brett Cummings
Tech Organization: Left Coast Ventures
Tech Street: 975 Corporate Center Parkway
Tech Street: Suite 120
Tech City: Santa Rosa
Tech State/Province: California
Tech Postal Code: 95407
Tech Country: US
Tech Phone: +1.4159711592
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: brett.cummings@privateerholdings.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-10-24T19:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Contact Us

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data | Contact Domain Holder | Report Invalid Whois

## Want to buy this domain?

**Get it with our Domain Broker Service.**

Go

## Is this your domain?

**Add hosting, email and more.**

Go

 Contact Us