# EXHIBIT G



**Company size**

51-200 employees

**Headquarters**

Santa Rosa, CA

**Type**

Privately Held

**Founded**

2018

## Locations

**Primary**

Santa Rosa, CA 95407, US
Get directions

Chatsworth, CA 91311, US
Get directions

Costa Mesa, CA 92627, US
Get directions

Half Moon Bay, CA 94019, US
Get directions

Show more locations ⌄