# EXHIBIT I

# INVOICE

**Joseph M. Vazquez III  D/B/A**
**Infinity Global Consulting Group, Inc.**

INVOICE # 1851199
DATE: MAY 01, 2019

3967 NE 168th Street, Suite 404, North Miami Beach, FL. 33160
Phone (754) 204-4549 Fax (305) 393-8450
infinityglobalconsulting@gmail.com

TO  Hugo Saavedra, CEO
    Trimax Corporation &
    Saavy Naturals Inc.
    8943 Oso Ave Suite C
    Chatsworth, CA 91311

|  | JOB DESCRIPTION | PAYMENT TERMS |  |
|---|---|---|---|
|  | Monthly Retainer Fee | Due upon receipt |  |

| CLIENT | JOB DESCRIPTION | START/COMPLETION DATE | AMOUNT DUE |
|---|---|---|---|
| Trimax Corporation & Saavy Naturals Inc. | Past Due Invoice - 1851197 | 04/01/18 | $88,382.00 |
|  | Current Monthly Retainer | 05/01/19 | $5,000.00 |

**AMOUNT DUE**   $93,382.00

MAKE ALL CHECKS PAYABLE TO: Infinity Global Consulting Group, Inc.
THANK YOU FOR YOUR BUSINESS!