# EXHIBIT J

**CMD**
**CARMEL, MILAZZO & DICHIARA LLP**
ATTORNEYS AT LAW

December 19, 2018

**VIA E-MAIL ONLY**
The Hamer Group Insolvency Solutions
Attn: Nigel Hamer
444 West Ocean Blvd.
Suite 1400
Long Beach, CA 90802
nigel@etinsolvency.com

    Re:     **Ownership of the Assets**

Dear Mr. Hamer:

    We are counsel to Saavy Naturals, Inc., a Nevada business corporation (the "Company") and we have been requested to issue an opinion with respect to the ownership of the corporate assets (the "assets") represented by the documents provided to us by the Company through the dropbox current as of the date of this legal opinion.

Relevant Background

    HuDeb LLC ("HuDeb") is a Delaware limited liability company formed on September 23, 2014.

    Saavy Naturals, Inc. ("Saavy I") is a California corporation incorporated on September 24, 2013, and merged out to HuDeb on December 8, 2014. Saavy I appears to initially own the brand "Saavy Naturals."

    Saavy Naturals, Inc. (the "Company") is a Nevada corporation incorporated on January 6, 2017. We rely on the representation of the Company that both the Company and HuDeb LLC are authorized to do business as "Saavy Naturals" as of the date of this Opinion.

    Trimax Corporation ("Trimax") is a Nevada corporation incorporated on August 18, 1999 (initially, under a different name). Trimax is currently in default of its filing obligations to the Secretary of State of Nevada. Trimax owns 100% of the equity interest in the Company pursuant to the purchase agreement and board resolution dated April 4, 2018.[1] Therefore, all the assets of the Company shall be subject to the Company's status as a wholly-owned subsidiary of Trimax.

Scope and Methodology of Legal Opinion

    In rendering the opinion expressed below, we have assumed without verification the genuineness of all signatures, the legal capacity of natural persons, the authenticity of all documents

---

[1] This is not, however, in conformance with the earlier Asset Purchase Agreement dated January 9, 2017 for sale of business for 80,000,000 shares of common stock of Saavy Naturals Inc. Based on the resolution, however, it appears that the 80,000,000 shares of common stock of Saavy Naturals Inc. have never been issued.

submitted to us as originals, the conformity to the originals of all documents submitted to us as copies and the authenticity of the originals of such copies. In addition, we have assumed and not verified (a) the accuracy as to the factual matters of each document we have reviewed and the accuracy of, and compliance with, the representations provided by the Company, and (b) that each of the signatories had full power and authority to have taken all necessary action to effect such document.

The documents analyzed for this legal opinion were arranged, assorted, and listed in the dedicated ledger that shall be a part of the legal opinion but shall be kept with our Firm at all times. The privileged or potentially privileged documents have been designated as such in the ledger. The ledger is annexed hereto as **Exhibit A**. The original format of the ledger is *.xls.

For the purposes of this legal opinion, we do not regard any employment agreements and any agreements other than the constituting the goodwill of the company pursuant to extrinsic evidence, as assets.[2] Additionally, for the purposes of this legal opinion, the conclusory documents with regard to the bank accounts created without the participation of our Firm and not confirmed by any extrinsic evidence, such as account statements and alike, are disregarded (see, for instance, documents #68-69 of the document ledger). Furthermore, the assets including but not limited to leases that are owned by any of the shareholders, officers, directors, agents, or affiliates of any of the entities are not included as assets of the entities but indicated in the document ledger for informational purposes only.

In reliance upon the documents provided by the Company and representations of the Company we came to the following conclusions:

(i) We have not found any evidence of fraudulent conveyances of assets;

(ii) We have formed no opinion with regard to each and every transfer of assets whether the transferor was receiving reasonably equivalent value from the transferee under the circumstances;

(iii) We have formed no opinion with regard to transferability of any of the assets, such matter shall be outside of the scope of this opinion;

(iv) We have formed no opinion as to each and every transfer or agreement is legal, valid, binding, and enforceable on its terms; this opinion is not the "remedy opinion," and may not be used as such;

(v) We have formed no opinion as to the probability of the "substantial identity" of the legal entities in question, and this opinion does not address any issues of the commingling of assets and business functions of the entities, the degree of difficulty in segregating and ascertaining individual assets and liabilities of the entities in question, the existence of intercorporate guarantees on loans that may

---

[2] In terms of the methodology of not considering contracts, *see Barnes Group Inc. v. U.S.*, 902 F.2d 1114, 1115 (2d Cir. 1990). Additionally, the bankruptcy judges found that "the fee argeements [sic!] to be nonassumable executory contracts and thus not assets of the bankruptcy estate. On appeal, the district court agreed with the bankruptcy court's reasoning that the agreements were personal service contracts, which are nonassumable under 11 U.S.C. § 365(c), and therefore not part of the estate." ¶ 69,765 IN RE TONRY, Bankr. L. Rep. P 69765

We do not state that the contractual rights and obligations are not assets for the purposes other than a potential bankruptcy proceeding, nor does this opinion intend to assume that the methodology chosen in the only methodology that can be adopted.

Page 3 of 10

(vi) We were not provided with any representations with regard to the presence or absence of consolidated financial statements of the entities in question.

affect the assets, the unity of interests and ownership between the various corporate entities, or the transfer of assets without observance of corporate formalities. In other words, this opinion addresses the nominal owners of the assets, if any, or the uncertainty of identifying thereof based on the documents provided.

(vii) This opinion specifically addresses the assets that are mentioned in the document #119, "Inventory of Raw Materials and Finished Goods.xlsx.[3]" The document #119 does not address the matter of the ownership of the assets, but rather contains the list of the assets that were purchased for the purposes of conducting business under the brand name "Saavy Naturals." Upon our additional request for documentation, we were provided with the documents #266-259 of the ledger. Each of the documents is a purchase order from various vendors of materials: Color Maker, Jedwards, Lakshmi International LLC, Norman Fox & Co. The date of the mentioned 94 documents varies from January 10, 2017, to December 14, 2018. 93 of 94 were documents addressed to Saavy Naturals, Inc. Document #346 is addressed to "Hugo Saavedra, Saavy Naturals." Further, we were provided with the documents #359-418 consisting of invoices and demand notices with regard to the payment obligations in connection with the inventory and/or raw materials purchased during the period from November, 2015 to December, 2018. The addressees of invoices are named as the Company ("Saavy Naturals, Inc."), "Hugo Saavedra, Saavy Naturals," "Saavy," "Saavy Naturals Everyday," "Saavy Naturals Soaps," "Saavy Naturals Artisan Body CA," "Saavy Naturals, Debra Saavedra," "Saavy Natural," and Trimax ("Trimax Corporation"). Trimax is mentioned solely in the document #416 dated November 13, 2018. Further, as per representations of the Company[4], (i) all invoices, if paid, have been paid either through personal accounts of Debra Saavedra and Hugo Saavedra, or through banks accounts of the Company and HuDeb, and (ii) Trimax does not have any existing bank account. For the purposes of determining the title owner of the items of inventory, we deem that the "buyer in the ordinary course of business[5]" shall be deemed as the title owner, unless proved otherwise. Further, we found no evidence of bad faith transactions or other factors.[6] We rely on the rule that "when goods are entrusted to the possession of a merchant who deals in goods of that kind, a sale by the

---

[3] As per the statement of the Company, this document was created in the ordinary course of business based on the day-to-day operations of the Company.

[4] Representation via e-mail dated December 19, 2018.

[5] "Buyer in ordinary course of business" means a person that buys goods in good faith, without knowledge that the sale violates the rights of another person in the goods, and in the ordinary course from a person, other than a pawnbroker, in the business of selling goods of that kind. A person buys goods in the ordinary course if the sale to the person comports with the usual or customary practices in the kind of business in which the seller is engaged or with the seller's own usual or customary practices. A person that sells oil, gas, or other minerals at the wellhead or minehead is a person in the business of selling goods of that kind. A buyer in ordinary course of business may buy for cash, by exchange of other property, or on secured or unsecured credit, and may acquire goods or documents of title under a preexisting contract for sale. Only a buyer that takes possession of the goods or has a right to recover the goods from the seller under Article 2 may be a buyer in ordinary course of business. "Buyer in ordinary course of business" does not include a person that acquires goods in a transfer in bulk or as security for or in total or partial satisfaction of a money debt. § 1-201. General Definitions., Unif.Commercial Code § 1-201

[6] For factors constituting "buyer in the ordinary course of business and factors showing otherwise we refer to 87 A.L.R.3d 11 (Originally published in 1978).

Page 4 of 10

        entrusted transfers the entruster's title to a buyer in the ordinary course of business." 77A C.J.S. Sales §418. Notwithstanding the payer's obligations or lack thereof, we were advised that (i) the Company was the intended owner, (ii) The company is the actual recipient of the goods from vendors (in all cases but one,) and (iii) in the only case where both Mr. Hugo Saavedra and the Company are recipients, Mr. Hugo Saavedra himself explicitly denies any proprietary claims to the inventory and materials. Therefore, we conclude that the Company is "the buyer in the ordinary course of business" and the owner of the inventory listed in the document #119.

(viii)    We were not provided with the information to form an opinion with regard to the probable rights of HuDeb to the shares of Common stock of the Company. More specifically, HuDeb and the Company entered certain Asset Purchase Agreement dated January 9, 2017 (document #201 of the document ledger) which was additionally approved by the board resolution of the Company. Pursuant to the referenced agreement, the entire business of HuDeb was to be transferred to the Company in consideration for 80,000,000 of common stock of the Company. There is no indication that the shares have ever been issued to HuDeb, that any assets of HuDeb have ever been transferred to the Company, or that the parties effectuated the above-referenced agreement in any manner whatsoever.[7] Upon additional inquiry, we received representation by the Company that the parties did not proceed with the transaction.[8] Therefore, we specifically indicate that we have not formed any opinion with regard to the assets in connection with this transaction, but acknowledge the fact that the fact of the transaction may be relevant for further determinations with regard to the assets.[9]

(ix)    The beneficial ownership of the assets of the entities in question is allocated, as provided in the annexed table below.

---

[7] It is generally accepted that non-outstanding non-issued shares cannot be considered as assets. *See* 14 N.Y. Jur. 2d Business Relationships § 288
[8] Representation is made via e-mail on the date on December 17, 2018.
[9] Additionally, there is a problem of identification of the assets to be transferred under the agreement, if any

| Asset | Beneficial Owner | Document relied upon | Category of Asset | Notes, if any |
|---|---|---|---|---|
| 1,000,000 Class A Preferred stock of Trimax Corporation | HuDeb, LLC | Certificate of preferred Class A Preferred Stock providing that HuDeb LLC owns 1000000 of shares of Trimax Corporation [without date] Document #20. Additionally, the document showing the same data is Treasure Order Issuance Resolution dated April 10, 2017 (Document #26) | Securities | |
| 200,000,000 Shares of Common Stock of Trimax Corporation | HuDeb, LLC | Shareholder Report of Trimax Corporation as of 10/03/2018. Shareholder Report references the certificate of common stock #3417 dated 04/19/2017 (Document #25) Additionally, ownership can be confirmed by the Board Resolution dated April 4, 2017, of issuance of shares of common stock (document #28) | Securities | |
| Trademark "Saavy Naturals" in Japan | Saavy Naturals, Inc. | Certified copy of the decision to grant a Trademark Registration Japan Registration number 1374706 | Intellectual Property | |

|  |  |  |  |
|---|---|---|---|
|  |  | Date of international registration: 2017/09/25 |  |
| Trademark "Saavy Naturals" for body lotions in the United States | Saavy Naturals, Inc. | USPTO Certificate of TM registration number 1374706 5345836<br>Filing date: May 2, 2017 | Intellectual Property |
| Lease for the premises 241 Atlantic Blvd., # 103 Jacksonville, FL 32266 | Unclear | South Coast Beaches Lease.pdf<br>Document # 87<br>South Coast Beaches Lease.pdf | Real Property Lease | The Lease provides for Saavy Naturals, as a tenant, without any clarification in this regard. The Lease is dated February 24, 2016, therefore, it was entered before Saavy Naturals Inc. was incorporated in Nevada.<br>As a result, we can be certain solely to the extent that Saavy Naturals Inc. is not entitled to any rights under the Lease to our best knowledge. |
| Registered business name in the state of Delaware | HuDeb, LLC | Fictitious business name statement (document #120) | Intellectual Property |
| Undefined assets under Purchase of business Agreement dated January 9, 2017 | Saavy Naturals Inc. | Asset Purchase Agreement dated January 9, 2017 | Business equipment, outstanding business contracts, intellectual property | HuDeb, LLC had sold a certain amount of equipment and intellectual property in connection with the sale of goods and services under the business name "Saavy Naturals," none of which was identified. |

55 West 39th Street, 18th Floor  New York, NY 10018 | (p) 212/658-0458 (f) 646/838-1314  cmdllp.com

| | | | |
|---|---|---|---|
| Cash in the amount of $208.35 | Saavy Naturals Inc. | Account statement dated November, 2018 (document #256) and the balance as of the date of this legal opinion (document #258) | Cash | US Bank Account # 157514003928 |
| Cash in the amount of $14.42 | Saavy Naturals Inc. | Account statement dated November, 2018 (document #259) and the balance as of the date of this legal opinion (document #253) | Cash | Florida Savings Account # 243363993 |
| Cash in the amount of $2,030.50 | Saavy Naturals Inc. | Account statement dated November, 2018 (document #259) and the balance as of the date of this legal opinion (document #254) | Cash | Florida Checking account # 243364973 |
| Domain Names as follows: babysaavy.com bodysaavy.com saavynatural.biz saavynatural.com saavynatural.net saavynatural.org saavynaturals.com saavyorganics.com skinsaavy.com | Hugo Saavedra in his individual capacity | Account statement for the domain name registrations through "Network Solutions" (Documents # 261 and 262) | Intellectual Property | |
| Non-exclusive copyright licenses to images on Shutterstock available through the dedicated account | HuDeb, LLC | Shutterstock master licensing agreement dated June 5, 2015 (document #260) and the pdf files generated through opening the dedicated Shutterstock account (documents #263-265) | Intellectual Property | |

| Property Lease | Hugo Saavedra in his individual capacity | Lease Agreement (document #252) | Commercial Lease | Premises: 8943 Oso Avenue, Unit C, Chatsworth, California 91311 |
|---|---|---|---|---|
| Inventory, raw materials, and other goods listed in the document #119 | Saavy Naturals Inc., subject to the analysis and disclaimers provided in the text of the opinion | Inventory of Raw materials and finished goods (#119), documents #266-419 showing the ordinary course of business, representations of the Company | Chattels | Subject to the analysis and disclaimers provided in the text of the opinion |
| Social media accounts (Facebook, Pinterest, Instagram) | Unclear, likely by Ms. Debra Saavedra and Mr. Hugo Saavedra or by Saavy Naturals Inc. | Documents #419-426 (screenshots demonstrating the connection between the website and the accounts on social media and the fact that Ms. Debra Saavedra is in control of the account). | Intellectual property | The accounts are created for business in connection with the website domain owned by Mr. Hugo Saavedra. There is no indication of the assignment of the account to any of the legal entities. Ms. Debra Saavedra is the administrator of the accounts. At the same time, Saavy Naturals Inc. is the exclusive owner of the trademark "Saavy Naturals" that is used through accounts in connection with the goods and services in question. |

Page 9 of 10

Sincerely,

/s/ Ross David Carmel, Esq.
Ross David Carmel, Esq.
Carmel, Milazzo & DiChiara, LLP

**Exhibit A**
**Document Ledger**

| Number | Document | Asset | Owner/Adressee | Amount | Type of Asset | Additional Notes | Priviledge Status |
|---|---|---|---|---|---|---|---|
| 1 | Retainer Letter from Amin Talati Attorneys at law dated May 29, 2014 | n/a | Saavy Naturals, Inc | $0.00 n/a | | | Yes |
| 2 | Notice from California Department of Tax and Fee Administration | amount owed | Saavy Naturals, Inc | -$9,332.60 tax indebtness | | just to Saavy Naturals without type of entity | No |
| 3 | Data protection and TransArmor Solution Services Service Agreement together with participation Addendum dated 9/10/2010 | Clover Station with cash drawer & handling yearly services | HuDeb, LLC | | $59.95 equiptment lease | the agreement provides for termination upon notice, and there is no indication of such among the documents provided for review | No |
| 4 | Carmel, Milazzo & DiChiara LLP Engagement Letter dated September 26, 2018 | n/a | Saavy Naturals, Inc. | $0.00 n/a | | | Yes |
| 5 | Saavy Naturals Corporate Structure.xlsx | n/a | n/a | n/a | n/a | | No |
| 6 | Saavy Holdings, Inc.pdf - e-mail confirmation of registration of said corporatin | n/a | Trimax Corporation | n/a | n/a | Articles of Incorporation | No |
| 7 | Trimax Bylaws | n/a | Trimax Corporation | n/a | n/a | Corporate Bylaws | No |
| 8 | Nevada Secretary of State 2017 & 2018 | n/a | Trimax Corporation | | Nevada business License | | No |
| 9 | Saavy Naturals, Inc. Purchase (board resolution approving issuance of shares for ackquisition of 100% of equity interests in Saavy Naturals, Inc.) dated April 4, 2017 | n/a | Trimax Corporation | n/a | 100% of the equity in the corporation Savvy Naturals, Inc. (Nevada) | | No |
| 10 | Davisson & Associates, PA engagement letter | n/a | Trimax Corporation | n/a | n/a | | Yes |
| 11 | Infiniti Global Consulting pdf/Advisory Service Agreement dated August 1, 2017 | n/a | Trimax Corporation | n/a | n/a | the term is subject to automatic renewal, there is no indication of termination | |
| 12 | Resolution of the board of directors without a meeting by unanimous written consent re activities of PennyStockDream.com | n/a | Trimax Corporation | n/a | n/a | | No |
| 13 | Employment Agreement Alan Breslaw | n/a | Trimax Corporation | n/a | n/a | | No |
| 14 | Employment Agreement with Debra Saavedra | n/a | Trimax Corporation | n/a | n/a | The file doesn't open | No |
| 15 | Employment Agreement with Hugo Saavedra | n/a | Trimax Corporation | n/a | n/a | The file doesn't open | No |
| 16 | Employment Agreement with Jarrod Butler | n/a | Trimax Corporation | n/a | n/a | | No |
| 17 | Employment Agreement with Justin Miloro | n/a | Trimax Corporation | n/a | n/a | | No |
| 18 | Consolidated Statement of Stockholders Equity June 30, 2018 | n/a | Trimax Corporation | n/a | Securities | | No |
| 19 | Trimax 3rd quarter 2015 | n/a | Trimax Corporation | n/a | n/a | | No |
| 20 | Certificate of preferred A Class Stock providing that HuDeb LLC owns 1000000 of shares of Trimax Croporation | n/a | HuDeb, LLC | n/a | Securities | | No |
| 21 | Securities Purchase Agreement dated ___ Day of December, 2016 | n/a | HuDeb, LLC | n/a | n/a | Not executed; no signatures in the pdf file | No |
| 22 | E-mail dated October 12, 2017 at 10:38:27 AM Pacific Daylight Time from Milan Saha to Hugo Saavedra with the first board resolution of Saavy Naturals Inc. (Nevada) Attached | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 23 | SS-4 for Trimax Corporation | n/a | Trimax Corporation | n/a | n/a | | No |
| 24 | Caclustion of Annual List of Officer Fees for Trimax Corporation | n/a | Trimax Corporation | n/a | n/a | | No |
| 25 | Shareholder Report of Trimax Corporation as of 10032018 | n/a | HuDeb, LLC | n/a | n/a | | No |
| 26 | Trimax Corporation Treasury order issuance resolution dated April 10, 2017 | n/a | HuDeb, LLC | n/a | Securities | | No |
| 27 | Trimax Corporation Resolution of issuance of shares of common stock | n/a | HuDeb, LLC | n/a | Securities | | No |
| 28 | Cancellation of shares dated April 4, 2017 | n/a | Trimax Corporation | n/a | n/a | | No |
| 29 | Opinion of Milan Saha, Esq. dated April 12, 2017 | n/a | Trimax Corporation | n/a | n/a | | No |
| 30 | 01-31-2018 (11,686,300).pdf Green Luminaries | n/a | Trimax Corporation | n/a | n/a | | No |
| 31 | 03-16-2018 (10,000,000).pdf Luminaries | n/a | Trimax Corporation | n/a | n/a | | No |
| 32 | 8-24-2017 (11,000,000).pdf Green Luminaries | n/a | Trimax Corporation | n/a | n/a | | No |
| 33 | 09-28-2018 (28,000,000).pdf Green Luminaries | n/a | Trimax Corporation | n/a | n/a | | No |
| 34 | 10-13-2017 (9,000,000).pdf Green Luminaries | n/a | Trimax Corporation | n/a | n/a | | No |
| 35 | 12-11-2017 (12,900,000).pdf Green Luminaries | n/a | Trimax Corporation | n/a | n/a | | No |
| 36 | Green Luminaries Loan.pdf | n/a | Trimax Corporation | n/a | n/a | liability | No |
| 37 | Settlement Agreement 4-7-2017.pdf | n/a | Trimax Corporation | n/a | n/a | liability | No |
| 38 | 03-15-2018 (2,469,136) Pdf shares transfer to Tangiers | n/a | Trimax Corporation | n/a | n/a | the file cannot be opened, the content is anticipated | No |
| 39 | 03-20-2018 (12,674,907).pdf shares transfer to Tangiers | n/a | Trimax Corporation | n/a | n/a | the file cannot be opened, the content is anticipated | No |

| # | Document | Col3 | Col4 | Col5 | Col6 | Notes | Col8 |
|---|---|---|---|---|---|---|---|
| 40 | Convertible Note - 03-16-2018.pdf Tangiers investment group | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 41 | American Financial Motion.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 42 | Recorded Lien.pdf American Financial Inc. | n/a | HuDeb, LLC | n/a | n/a | | No |
| 43 | American Oil Products Summons.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 44 | American Oil Products.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 45 | 6-2-2017 Brian Whiteman.pdf | n/a | HuDeb, LLC, Saavy Naturals, Inc | n/a | n/a | | No |
| 46 | 10-18-2017 Brian Whiteman.pdf | n/a | HuDeb, LLC, Saavy Naturals, Inc | n/a | n/a | | No |
| 47 | 10-26-2018 Brian Whiteman.pdf | n/a | HuDeb, LLC, Saavy Naturals, Inc | n/a | n/a | | No |
| 48 | Brian Whiteman Loan.pdf | n/a | HuDeb, LLC, Saavy Naturals, Inc | n/a | n/a | | No |
| 49 | 3-10-17 Global Packaging, Inc.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 50 | 10-24-17 Global Packaging, Inc.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 51 | Global Packaging Inv & Packing slip.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 52 | 02-09-17 Mark Cohen Default.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 53 | 7-5-17 Mark Cohen Judgement.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 54 | Mark Cohen Note.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 55 | Municipal Packaging Judgement.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 56 | Garnishment - Old Dominion.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 57 | Old Dominion Freight Lines.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 58 | Robert Ross - Assett Collections.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 59 | Robert Ross.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 60 | Steven Bilotta Judgement.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 61 | Steven Bilotta Settlement Agreement.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 62 | Certified copy of decision to grant a Trademark Registration Japan Registration number 1374706 | Trademark "Saavy Naturals" in Japan | Saavy Naturals, Inc | n/a | Intellectual Property | | No |
| 63 | USPTO Certificate of TM registration Registration number 1374706 5345836 | Trademark "Saavy Naturals" for body lotions in the USA | Saavy Naturals, Inc. | n/a | Intellectual Property | | No |
| 64 | WIPO Registration.pdf International registration No. 1 374 706 Saavy Naturals | International TM "Saavy Naturals" USPTO registration | Saavy Naturals, Inc. | n/a | Intellectual Property | | No |
| 65 | SoCalGas.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 66 | LADWP (Debra Saavedra's name).pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 67 | Saavy Naturals Trademark Registration.pdf | n/a | Saavy Naturals, Inc | n/a | Intellectual Property | Duplicative | No |
| 68 | Schedule of Bank Accounts as of 11-05-2018.xlsx | n/a | n/a | n/a | Bank accounts | The document is disregarded as a work product by a person other than CMD LLP; we may not make conclusions upon it | No |
| 69 | Schedule of Bank Accounts and Tax ID #'s.xlsx | n/a | n/a | n/a | Bank accounts | The document is disregarded as a work product by a person other than CMD LLP; we may not make conclusions upon it | No |
| 70 | City of L.A. Office of Finance.pdf Letter of Los Angeles Office of Finance, Tax Discovery Unit, August 7, 2014 | n/a | HuDeb LLC | n/a | n/a | Addressed to Saavy, but Saavy is merged into Hudeb | No |
| 71 | Saavy Naturals Taxing Authorities.xls | n/a | n/a | n/a | n/a | The document is disregarded as a work product by a person other than CMD LLP; we may not make conclusions upon it | No |
| 72 | County of LA - 11-13-2018 (Lien).pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 73 | County of LA Lien 11-17-2017.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 74 | Los Angeles County Tax Collector 2017.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 75 | Franchise Tax Board LLC Tax.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 76 | US Bank - # 8235.pdf | n/a | HuDeb LLC | n/a | n/a | Negative account ballace | No |
| 77 | US Bank - # 8649 Diversified Consultants, Inc.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | Letter indicating that account ending at 8649 is referred to collections | No |
| 78 | US Bank - 8235 (Chargeoff).pdf Business Account Statement | n/a | HuDeb LLC | n/a | n/a | Ending balance is 0.00 which means no assets | No |
| 79 | UPS Supply Chain Solutions.pdf Collection letter | n/a | HuDeb LLC | n/a | n/a | | No |
| 80 | UPS Colletion Notice.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 81 | Markel FirstComp.pdf Collection letter | n/a | HuDeb LLC | n/a | n/a | | No |
| 82 | Markel Insurance - Workers Comp 2015 & 2016.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 83 | Pivotal Payments.pdf letter of collection | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 84 | Lease Agreement September 24, 2013 8943 Oso Avenue, Unit C | n/a | Hugo Saavedra individually | n/a | n/a | First page of the lease agreement only. Seems to have expired based on the term. the document #85 shows that it still lasts | No |
| 85 | Real Property Lease Information.xls | n/a | n/a | n/a | n/a | shows the leases but cannot be taken into account without the lease agreement itself indicating said information | No |
| 86 | SHM Rent Statement.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |

| # | Document | | | | | |
|---|---|---|---|---|---|---|
| 87 | South Coast Beaches Lease.pdf the lease agreement dated February 24, 2016 | n/a | unclear | n/a | n/a | The Lease provides for Saavy Naturals, as tenant, without any clarification in this regard. The Lease is dated February 24, 2016, therefore, it was entered before Saavy Naturals Inc. was incorporated, therefore, we can be certain solely to the extent that this entity is not entitled to any rights under the Lease | No |
| 88 | Retainer Letter from Amin Talati Attorneys at law dated May 29, 2014 | n/a | Saavy Naturals, Inc | n/a | n/a | Duplicative with the document #1 | Yes |
| 89 | California Dept. of Tax and Fee Admin.docx | n/a | Saavy Naturals, Inc | n/a | n/a | Duplicative with the document #2 | No |
| 90 | Clover Addendum.pdf | n/a | HuDeb LLC | n/a | n/a | Duplicative | No |
| 91 | Clover Merchant Services.pdf | n/a | HuDeb LLC | n/a | n/a | Duplicative | No |
| 92 | CMD retainer agreement | n/a | Saavy Naturals, Inc | n/a | n/a | Duplicative | Yes |
| 93 | Insolvency Assessment Agreement.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 94 | Florida Dept. of Revenue.pdf | n/a | Debra Queen Saavedra | n/a | n/a | | No |
| 95 | Giannuzzi Group, LLP | n/a | Saavy Naturals, Inc | n/a | n/a | | Yes |
| 96 | Kompugard Agreements.pdf | n/a | unclear | n/a | n/a | Savvy California Inc. could not have been in existance in 2017 | No |
| 97 | Pac-Van Storage Rental Agreement.pdf | n/a | unclear | n/a | n/a | Saavy Naturals without identification what it is | No |
| 98 | Phillips Sales .pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 99 | Shutterstock.pdf | n/a | HuDeb LLC | n/a | Intellectual Property | master licensing agreement, although appears not to have been signed by Shutterstock | No |
| 100 | Escrow Disbursement Agreement.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 101 | 101 Pac-Van Storage Rental Agreement.pdf | n/a | unclear | n/a | n/a | | No |
| 102 | Advanced Recovery Systems .pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 103 | Alliance One Receivables Management.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 104 | Ampak Company, Inc.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 105 | Bridgewell Recourses.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 106 | Bridgewell Resources, LLC.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 107 | US Bank - 8235 (Chargeoff).pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 108 | Container & Packaging.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 109 | Creative Solutions.pdf | n/a | unclear | n/a | n/a | | No |
| 110 | FedEx Corporate Services.pdf | n/a | unclear | n/a | n/a | | No |
| 111 | First Data Global Leasing.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 112 | G2 Graphics Service.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 113 | General Wax and Candle | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 114 | Greenleaf Organic Pest Management | n/a | Greenleaf Organic Pest Management, Inc | n/a | n/a | | No |
| 115 | HP Sears 11-15-2018 | n/a | HuDeb LLC | n/a | n/a | | No |
| 116 | JAMS 12-05-2018 | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 117 | Majestic Fire Protection Legal | n/a | unclear | n/a | n/a | | No |
| 118 | Paychex.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 119 | Inventory of Raw Materials and Finished Goods.xlsx | | | | | | No |
| 120 | FBNS - Saavy Naturals.pdf business name registration statement Delaware | n/a | HuDeb LLC | n/a | Intellectual Property | | No |
| 121 | 10-26-2018 Brian Whiteman.pdf | n/a | Hugo Saavedra, Saavy naturals, Inc, Hudeb, LLC | n/a | n/a | | No |
| 122 | Brian Whiteman Loan.pdf | n/a | Hugo Saavedra, Saavy naturals, Inc, Hudeb, LLC | n/a | n/a | | No |
| 123 | Bayview Funding Application.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 124 | CSNK Factoring Agreement.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 125 | Dawn Davis Loan | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 126 | Eisman & Stone Loan.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 127 | George Rivero | n/a | HuDeb LLC | n/a | n/a | | No |
| 128 | Kickfurther 07-21-2017.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 129 | OUIBY (Kickfurther) Agreement.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 130 | OUIBY (Kickfurther).pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 131 | 131 Convertible Note - 03-16-2018.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 132 | Wide Merchant Investment Loan.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 133 | Aaron Schwartzhart.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 134 | 134 FW loan msg | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 135 | American Financial Judgement.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 136 | Recorded Lien.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 137 | 10-26-2018 Brian Whiteman | n/a | Hugo Saavedra, Saavy naturals, Inc, Hudeb, LLC | n/a | n/a | | No |
| 138 | Brian Whiteman Loan | n/a | Hugo Saavedra, Saavy naturals, Inc, Hudeb, LLC | n/a | n/a | | No |
| 139 | Brian Whiteman.pdf | n/a | Hugo Saavedra, Saavy naturals, Inc, Hudeb, LLC | n/a | n/a | | No |
| 140 | CSNK Factoring Agreement.pdf | n/a | HuDeb LLC | n/a | n/a | | No |
| 141 | Dawn Davis.pdf | n/a | Hugo Saavedra individually | n/a | n/a | | No |
| 142 | Eisman & Stone Loan.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 143 | George Rivero.pdf | n/a | HuDeb LLC | n/a | n/a | | No |

| # | Document | Col3 | Entity | Col5 | Col6 | Notes | Col8 |
|---|---|---|---|---|---|---|---|
| 144 | Conversion Chart.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 145 | David Osegueda - Promissory Note 12-12-2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 146 | David Osegueda Promissory note 11-17-2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 147 | David Osegueda Promissory note 12-1-2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 148 | EXECUTED TA TMXN LETTER.pdf | n/a | Trimax Corporation | n/a | n/a | | No |
| 149 | Green Luminaries Loan.pdf | n/a | Trimax Corporation | n/a | n/a | | No |
| 150 | Section 4(a)(1) opinion Trimax Green L October 26 2018 Rev 2 Fully Executed.pdf | n/a | Trimax Corporation | n/a | n/a | | No |
| 151 | Secured Convertible Promissory Note.pdf | n/a | Trimax Corporation | n/a | n/a | | No |
| 152 | TA Instruction 28M Shares Trimax October 26 2018.pdf | n/a | Trimax Corporation | n/a | n/a | | No |
| 153 | Kickfurther 07-21-2017.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 154 | OUIBY (Kickfurther) Agreement.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 155 | Lawrence M. Grossman Notes.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 156 | Lawrence M. Grossman.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 157 | Mark Cohen Note.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 158 | Norberto Cusinato.pdf | n/a | Debra Queen Saavedra | n/a | n/a | | No |
| 159 | R. Russ Promissory Note.pdf | n/a | Hugo Saavedra Individually | n/a | n/a | | No |
| 160 | Ron Stockman.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 161 | 03-07-2018 Convertible Exchange Note | n/a | Trimax Corporation | n/a | n/a | | No |
| 162 | 03-07-2018 Transfer Instructions.pdf | n/a | Trimax Corporation | n/a | n/a | | No |
| 163 | 03-16-2018-1 Convertible Note.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 164 | 03-16-2018-2 Convertible Note - Exhibits and Schedule 1.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 165 | Convertible Note Amendment # 1.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 166 | Convertible Note Amendment # 2.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 167 | Convertible Note Amendment # 3.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 168 | Tangiers Common Stock Purchase Warrant.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 169 | Tangiers Recon.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 170 | Wide Merchant Investment.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 171 | Shutterstock.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative (see 99), not executed | No |
| 172 | Delaware Secretary of State.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 173 | FBNS - Saavy Naturals.pdf | n/a | HuDeb, LLC | n/a | Intellectual Property | duplicative | No |
| 174 | Operating Agreement - HuDeb.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 175 | Preferred Stock.pdf | certificate of common stock | HuDeb, LLC | n/a | securities | duplicative | No |
| 176 | Saavy Naturals, Inc. Merger.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 177 | TMXN Hudeb Cert.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative (see w20) | No |
| 178 | 2015 HuDeb Tax Returns.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 179 | 2016 HuDeb Tax Returns.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 180 | 2016 PR Tax Liability Report (EDD) | n/a | HuDeb, LLC | n/a | n/a | | No |
| 181 | EDD 1st Qtr. Return 2016 | n/a | HuDeb, LLC | n/a | n/a | | No |
| 182 | EDD 4th Quarter | n/a | HuDeb, LLC | n/a | n/a | | No |
| 183 | EDD Tax Lien 3rd Qtr. 2016 | n/a | HuDeb, LLC | n/a | n/a | | No |
| 184 | 1st Qtr. 2017 Payroll Liabilities.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 185 | 2nd Qtr. 2017 Payroll Liabilities.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 186 | 3rd Qtr. 2017 Payroll Liabilities.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 187 | 4th Qtr. 2017 Payroll Liabilities.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 188 | 2017 Payroll Tax Liabilities - State.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 189 | 2017 Payroll Tax Liabilities.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 190 | Final Return.pdf | n/a | Saavy Naturals, Inc. (old) | n/a | n/a | | No |
| 191 | FTB Assessment 2015.pdf | n/a | Saavy Naturals, Inc. (old) | n/a | n/a | | No |
| 192 | Delaware Secretary of State.pdf | n/a | Saavy Naturals, Inc. (old) | n/a | n/a | | No |
| 193 | Merger with HuDebLLC.pdf | n/a | Saavy Naturals, Inc. (old) | n/a | n/a | duplicative | No |
| 194 | Amin Talati.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | duplicative | Yes |
| 195 | Articles of Incorporation.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 196 | Bylaws Saavy Naturals, Inc.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 197 | Issuance of Shares.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 198 | Nevada Secretary of State - Saavy Naturals, Inc..pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 199 | Nevada Secretary of State 01-06-2017.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 200 | Nevada Secretary of State.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 201 | Purchase Agreement.pdf | n/a | Saavy Naturals, Inc | n/a | equipment, contracts | additionally, HuDeb, LLC received shares of common stock of Saavy Naturals, Inc. | No |
| 202 | Phillips Sales.pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 203 | 1st Qtr. 2018 Payroll Liabilities | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 204 | 2nd Qtr. 2018 Payroll Liabilities | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 205 | 3rd Qtr. 2018 Payroll Liabilities | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 206 | 2018 Payroll Tax Liabilities - State | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 207 | January thru September 2018 PR Liabilities | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 208 | 941 1st Qtr Return.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 209 | 941 4th Quarter Return.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 210 | IRS 941 Bill 4th Qtr. 2015.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 211 | IRS Bill 940 4th Qtr. 2015.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 212 | IRS Bill 941 1st Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 213 | IRS Bill 941 4th Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 214 | IRS 941 Bill 4th Qtr. 2015.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 215 | IRS Bill 940 4th Qtr. 2015.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 216 | 941 1st Qtr Return.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 217 | 941 4th Quarter Return.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 218 | IRS Bill 941 1st Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 219 | IRS Bill 941 4th Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 220 | 2017 Payroll Tax Liabilities - Federal.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 221 | 10-01-2018.docx | n/a | Saavy Naturals, Inc | n/a | n/a | duplicative | No |

| # | File | Description | Entity | | | Notes | Privileged |
|---|---|---|---|---|---|---|---|
| 222 | Florida Department of Revenue Sales Tax Payment Plan.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | duplicative | No |
| 223 | Shutterstock.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 224 | Delaware Secretary of State.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 225 | Preferred Stock.pdf | common stock of Trimex, 1,000,000 shares | HuDeb, LLC | n/a | Securities | duplicative | No |
| 226 | Saavy Naturals, Inc. Merger.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 227 | 2015 HuDeb Tax Returns.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 228 | 2016 HuDeb Tax Returns.pdf | n/a | HuDeb, LLC | n/a | n/a | duplicative | No |
| 229 | 10-01-2018.docx | n/a | Saavy Naturals, Inc. | n/a | n/a | duplicative | No |
| 230 | Florida Department of Revenue Sales Tax Payment Plan.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | duplicative | No |
| 231 | Vendor List 11-03-2018.xlsx | unclear | unclear | unclear | unclear | | No |
| 232 | 2016 PR Tax Liability Report (EDD).pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 233 | EDD 1st Qtr. Return 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 234 | EDD 4th Quarter.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 235 | EDD Tax Lien 3rd Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 236 | 1st Qtr. 2017 Payroll Liabilities.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 237 | 2nd Qtr. 2017 Payroll Liabilities.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 238 | 3rd Qtr. 2017 Payroll Liabilities.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 239 | 4th Qtr. 2017 Payroll Liabilities.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 240 | 2017 Payroll Tax Liabilities - State.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 241 | 2018 Payroll Tax Liabilities - State.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 242 | 941 1st Qtr Return .pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 243 | 941 4th Quarter Return.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 244 | 941 1st Qtr Return .pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 245 | 941 4th Quarter Return.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 246 | 2016 Futa Return (incorrect FEIN #).pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 247 | IRS Bill 941 1st Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 248 | IRS Bill 941 4th Qtr. 2016.pdf | n/a | HuDeb, LLC | n/a | n/a | | No |
| 249 | 2016 Futa Return (incorrect FEIN #).pdf | n/a | Saavy Naturals, Inc | n/a | n/a | | No |
| 250 | 2017 Payroll Tax Liabilities - Federal.pdf | n/a | Saavy Naturals, Inc. | n/a | n/a | | No |
| 251 | Real Property Lease Information.xls | unclear | unclear | unclear | unclear | duplicative | No |
| 252 | 8943 Lease Agreement (Full Version) | property lease | Hugo Saavedra in his individual capacity | n/a | property lease | full version received upon request on 12/17/2018 | No |
| 253 | Florida Savings Account # 243363993.pdf | account 3993 | Saavy Naturals, Inc | | $14.42 bank funds | | No |
| 254 | Florida Checking # 243364973.pdf | account 4973 | Saavy Naturals, Inc. | | $2,030.50 bank funds | | No |
| 255 | November 2018 - 3910.pdf | account 3910 proof of ownership | Saavy Naturals, Inc. | | bank funds | | No |
| 256 | November 2018 - 3928.pdf | account 3928 proof of ownership | Saavy Naturals, Inc. | | bank funds | | No |
| 257 | U.S Bank Account # 157514003910.pdf | account 3910 | Saavy Naturals, Inc | | -$298.40 bank funds | | No |
| 258 | US Bank Account # 157514003928.pdf | account 3928 | Saavy Naturals, Inc. | | $208.35 bank funds | | No |
| 259 | November 2018 - 3993 & 4973.pdf | for both florida accounts | Saavy Naturals, Inc. | n/a | bank funds | | No |
| 260 | Full agreement signed Shutterstock.pdf | copyright license for images | HuDeb, LLC | n/a | Intellectual Property | | No |
| 261 | Network Solutions - Account Manager.pdf | domain name | Hugo Saavedra in his individual capacity | n/a | Intellectual Property | | No |
| 262 | Network Solutions -Domains List .pdf | domain name | Hugo Saavedra in his individual capacity | n/a | Intellectual Property | | No |
| 263 | Shutterstock Images2.pdf | copyright license for images | HuDeb, LLC | n/a | Intellectual Property | | No |
| 264 | Shutterstock List with images.pdf | copyright license for images | HuDeb, LLC | n/a | Intellectual Property | | No |
| 265 | Shutterstock3.pdf | copyright license for images | HuDeb, LLC | n/a | Intellectual Property | | No |
| 266 | Color Maker 05-05-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 267 | Color Maker 09-13-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 268 | Color Maker 10-29-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 269 | Color Maker 11-21-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 270 | Color Maker 11-25-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 271 | Jedwards 02-08-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 272 | Jedwards 02-20-2017.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 273 | Jedwards 05-05-2017.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 274 | Jedwards 05-25-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 275 | Jedwards 08-11-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 276 | Lakshmi 10-01-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 277 | Lakshmi 11-16-2018 02 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 278 | Lakshmi 11-16-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 279 | Norman Fox 01-10-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 280 | Norman Fox 01-29-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 281 | Norman Fox 02-09-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 282 | Norman Fox 03-06-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 283 | Norman Fox 04-12-2018 PO.pdf | chattels - see 119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 284 | Norman Fox 05-25-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 285 | Norman Fox 07-25-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 286 | Norman Fox 08-02-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 287 | Norman Fox 08-08-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 288 | Norman Fox 08-09-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 289 | Norman Fox 08-11-2018 PO.pdf | chattels - see 119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 290 | Norman Fox 08-16-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 291 | Norman Fox 08-20-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 292 | Norman Fox 08-23-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 293 | Norman Fox 08-28-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 294 | Norman Fox 10-29-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 295 | Norman Fox 11-13-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 296 | Norman Fox 11-21-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 297 | Norman Fox 12-11-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 298 | Onyx 02-20-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 299 | Onyx 03-09-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 300 | Onyx 03-21-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 301 | Onyx 05-05-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 302 | Onyx 08-11-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 303 | Pacific Coast Chem 01-10-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | inventory and raw materials | | No |
| 304 | Pacific Coast Chem 01-25-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 305 | Pacific Coast Chem 02-20-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | inventory and raw materials | | No |
| 306 | Pacific Coast Chem 02-24-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | | No |
| 307 | Pacific Coast Chem 03-01-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | inventory and raw materials | | No |

| # | Document | Type | Entity | Col5 | Description | Col7 |
|---|---|---|---|---|---|---|
| 308 | Pacific Coast Chem 03-09-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 309 | Pacific Coast Chem 03-21-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 310 | Pacific Coast Chem 04-10-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 311 | Pacific Coast Chem 05-01-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 312 | Pacific Coast Chem 05-11-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 313 | Pacific Coast Chem 08-01-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 314 | Rita Corporation 12-11-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 315 | Ross Organic 01-10-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 316 | Ross Organic 02-08-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 317 | Ross Organic 02-20-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 318 | Ross Organic 03-02-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 319 | Ross Organic 03-19-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 320 | Ross Organic 03-21-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 321 | Ross Organic 05-25-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 322 | Ross Organic 07-25-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 323 | Ross Organic 07-30-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 324 | Ross Organic 08-06-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 325 | Ross Organic 08-23-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 326 | Ross Organic 08-23-2018.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 327 | Ross Organic 12-05-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 328 | Sweet Cakes 02-20-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 329 | Sweet Cakes 03-15-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 330 | Sweet Cakes 03-19-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 331 | Sweet Cakes 03-21-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 332 | Sweet Cakes 05-05-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 333 | Sweet Cakes 07-26-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 334 | Sweet Cakes 08-11-2018 02 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 335 | Sweet Cakes 08-11-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 336 | Sweet Cakes 09-04-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 337 | Sweet Cakes 09-06-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 338 | Sweet Cakes 11-02-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 339 | Sweet Cakes 11-15-2018 - 02 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 340 | Sweet Cakes 11-15-2018 - 03 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 341 | Sweet Cakes 11-15-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 342 | Sweet Cakes 12-11-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 343 | Sweet Case 11-30-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 344 | TKB Trading 02-13-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 345 | TKB Trading 05-05-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 346 | TKB Trading 08-07-2018 (1).pdf | chattels - see #119 | Saavy Naturals, Inc., Hugo Saavedra | n/a | inventory and raw materials | No |
| 347 | Uline 03-22-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 348 | Westco Chemicals 02-16-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 349 | Westco Chemicals 03-15-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 350 | Westco Chemicals 03-21-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 351 | Westco Chemicals 04-11-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 352 | Westco Chemicals 05-02-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 353 | Westco Chemicals 05-05-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 354 | Westco Chemicals 6-09-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 355 | Westco Chemicals 08-21-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 356 | Westco Chemicals 11-12-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 357 | Westco Chemicals 11-24-2017 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 358 | Westco Chemicals 11-26-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | inventory and raw materials | No |
| 359 | Westco Chemicals 12-14-2018 PO.pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | inventory and raw materials | No |
| 360 | ... Printing.pdf | chattels - see #119 | Hugo Saavedra, Saavy Naturals | n/a | n/a | No |
| 361 | American Oil Product 01-30-2018 (Statement).pdf | chattels - see #119 | Saavy | n/a | n/a | No |
| 362 | Bright Box Image 08-20-2018 (2).pdf | chattels - see #119 | Saavy Naturals Everyday | n/a | n/a | No |
| 363 | Bright Box Image 08-20-2018.pdf | chattels - see #119 | Saavy Naturals Soaps | n/a | n/a | No |
| 364 | Invoice_1137_from_Bright_Box_Image.pdf | chattels - see #119 | Saavy Naturals Soaps | n/a | n/a | No |
| 365 | Clear Print 09-05-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals, Debra Saavedra | n/a | n/a | No |
| 366 | Clear Print 10042018.pdf | chattels - see #119 | Saavy Naturals, Debra Saavedra | n/a | n/a | No |
| 367 | Color Maker 02-17-2016 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 368 | Color Maker 03-25-2017 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 369 | Color Maker 09-14-2016 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 370 | Color Maker 09-25-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 371 | Color Maker 09-25-2018.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 372 | Color Maker 10-31-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 373 | Color Maker 11-06-2015 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 374 | Color Maker 11-28-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 375 | Creative Solutions Collections.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 376 | Invoice_1765_from_Creative_Solutions.pdf | chattels - see #119 | Saavy Naturals Creative Solutions | n/a | n/a | No |
| 377 | Invoice_1863_from_Creative_Solutions.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |

| # | File | Type | Entity | | | |
|---|---|---|---|---|---|---|
| 378 | Invoice_1893_from_Creative_Solutions.pdf | chattels - see #119 | Creative Solutions Saavy Naturals | n/a | n/a | No |
| 379 | Invoice_1894_from_Creative_Solutions.pdf | chattels - see #119 | Creative Solutions Saavy Naturals | n/a | n/a | No |
| 380 | Dekker 11062018 (1).pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | n/a | No |
| 381 | Dekker Design 06-09-2016 Invoice.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | n/a | No |
| 382 | Dekker Design 08-23-2016 Invoice.pdf | chattels - see 119 | Saavy Naturals, Inc. | n/a | n/a | No |
| 383 | Dekker Design 11-21-2018 Invoice.pdf | chattels - see 119 | Saavy Naturals, Inc. | n/a | n/a | No |
| 384 | Desert King 08-22-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | n/a | No |
| 385 | Inv_22926_from_Desert_King_International_7800.pdf | chattels - see #119 | Desert King Saavy Naturals, Inc | n/a | n/a | No |
| 386 | Flocotech Sample Company 11-14-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals, Inc. | n/a | n/a | No |
| 387 | G2 Graphics Service.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 388 | General Bottle - 11-30-2018 (1).pdf | chattels - see #119 | Saavy Naturals Artisan Body CA | n/a | n/a | No |
| 389 | Lakshmi 10-31-2018 Invoice.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 390 | Lakshmi 11-16-2018 Invoice.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 391 | National Papers 11-12-2018 (1).pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | n/a | No |
| 392 | National Papers 11052018.pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | n/a | No |
| 393 | Inv_287143_from_Natural_Oils_International_Inc_18724.pdf | chattels - see #119 | Natural Oils Saavy Naturals | n/a | n/a | No |
| 394 | Norman Fox 07-31-2018 Invoice.pdf | chattels - see 119 | Saavy Naturals | n/a | n/a | No |
| 395 | Norman Fox 07-31-2018.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 396 | Norman Fox 08-02-2018 Payment.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 397 | Norman Fox 08-09-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 398 | Norman Fox 08-16-2018 (Statement).pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 399 | Norman Fox 10-29-2018 Payment.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 400 | Norman Fox 11-13-2018 (Statement).pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 401 | Norman Fox 11-13-2018 Payment.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 402 | Ross Organic 07-26-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 403 | Ross Organic 08-02-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 404 | Ross Organic 08-17-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 405 | Ross Organic 08-22-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 406 | Ross Organic 08-23-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 407 | Stephen Gould Invoice 8-13-2018.pdf | chattels - see #119 | Saavy Naturals, Inc | n/a | n/a | No |
| 408 | Sweet Cakes 11-12-2018 Payment.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 409 | Sweet Cakes 11-04-2018 Payment.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 410 | Sweet Cakes 11-05-2018 Payment.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 411 | Sweet Cakes 11-15-2018 (2 orders) (1).pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 412 | Sweet Cakes 11-16-2018 (2) Invoice.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 413 | Sweet Cakes 11-16-2018 Invoice.pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 414 | TKB Trading 08-07-2018 (1).pdf | chattels - see #119 | Saavy Natural Hugo Saavedra | n/a | n/a | No |
| 415 | Toto Kitchen 10312018.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 416 | Uline 11-13-2018.pdf | chattels - see #119 | Trimax Corporation | n/a | n/a | No |
| 417 | Westco Chemicals 11-26-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 418 | Westco Chemicals 12-14-2018 Invoice.pdf | chattels - see #119 | Saavy Naturals | n/a | n/a | No |
| 419 | Instagram, Saavy Naturals, Basic information.pdf | social media accounts | unclear | n/a | n/a | No |
| 420 | Instagram, SN, Account Info.pdf | social media accounts | unclear | n/a | n/a | No |
| 421 | Pinterest, SN, Account detail.pdf | social media accounts | unclear | n/a | n/a | No |
| 422 | Pinterest, SN, Accout Info.pdf | social media accounts | unclear | n/a | n/a | No |
| 423 | Facebook SN, Basic Info 2.pdf | social media accounts | unclear | n/a | n/a | No |
| 424 | Facebook, Saavy Naturals Home Page.pdf | social media accounts | unclear | n/a | n/a | No |
| 425 | Facebook, SN, Basic Info 1.pdf | social media accounts | unclear | n/a | n/a | No |
| 426 | Facebook,Debra Saavedra, Administrator of Saavy Naturals FB Page.pdf | social media accounts | unclear | n/a | n/a | No |