# EXHIBIT M

**BILL OF SALE**

(Personal Property)

The undersigned, **EQUITABLE TRANSITIONS, INC., ASSIGNEE FOR THE BENEFIT OF THE CREDITORS OF SAAVY NATURALS, INC.**, for valuable consideration received forgiveness of secured debt as reflected in a Secured Promissory Note and Security Agreement, each by and between Buyer (secured party) and Assignor (debtor), in the amount of Forty One Thousand Dollars ($41,000) principal, plus any and all accrued interest thereon, Cash payment of Seventy Thousand Dollars ($70,000.00) the receipt of which is hereby acknowledged, does hereby sell to Eko Holdings, LLC, a California limited liability company, ("Buyer") all personal property (Exhibit 1) including and without limitation general intangibles and choses in action (including any claims which the Assignor may have against any person or entity).

Said sale is without representations or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose.

Buyer is responsible for the payment of, and shall pay as and when due, any and all sales - related taxes arising out of this transaction which is subject of this bill of sale.

Dated: December 24, 2018

**EQUITABLE TRANSITIONS, INC, Assignee for the Benefit of the Creditors of Saavy Naturals, Inc.**

By _____
Nigel Hamer, President