UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:19-cv-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

       Plaintiffs,

v.

TILRAY, INC., et al.,

       Defendants.
_____/

### DECLARATION OF PATRICK MOEN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Patrick Moen, declare as follows:

I am over the age of 18 and competent to testify to the matters stated in this declaration.  I was the general counsel of Privateer Holdings, Inc. ("Privateer Holdings") from November 2013 through December 2019.  I make this declaration based on personal knowledge and the records generated, maintained, and relied upon in the ordinary course of business by Privateer Holdings.

**Privateer Holdings, Inc.**

1. Before its merger with Tilray, Inc. in December 2019, Privateer Holdings was a Delaware Corporation with its principal place of business in Seattle, Washington.

2. Privateer Holdings did not have, nor has it ever had, an office located in the State of Florida.

3. Privateer Holdings did not have, nor has it ever had, employees, agents or personal representatives physically located in the State of Florida.

4. Privateer Holdings did not have, nor has it ever had, leadership based in Florida and it never otherwise directed its operations from the State of Florida.

5. Privateer Holdings did not sell, nor has it ever sold, goods or services in the State of Florida.

6. Privateer Holdings was never licensed or registered to do business in Florida, and never had a registered agent in the state.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED this 14th day of May 2020 at Seattle, Washington.

*[signature]*

Patrick Moen