# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:19-cv-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

      Plaintiffs,

v.

TILRAY, INC., et al.,

      Defendants.
_____/

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER VENUE

This matter came before the Court on Defendants Tilray, Inc., Privateer Holdings, Inc., Privateer Evolution, LLC, Left Coast Ventures, Inc, Eko Holdings, LLC, and Brett Cummings' Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue (the "Motion"). The Court reviewed the Motion and its supporting papers, any response and reply briefs and their supporting papers. Having been fully informed:

IT IS ORDERED that the Motion to dismiss is GRANTED. Plaintiffs' claims against Tilray, Inc., Privateer Holdings, Inc., Privateer Evolution, LLC, Left Coast Ventures, Inc, Eko Holdings, LLC, and Brett Cummings are DISMISSED without prejudice for lack of personal jurisdiction.

[ALTERNATIVELY] IT IS ORDERED that the Motion to transfer venue is GRANTED. Pursuant to 28 U.S.C. 1404(a), this action is hereby TRANSFERRED for the convenience of the parties and witnesses to the U.S. District Court for the Central District of California.

2

DONE and ORDERED in Chambers in Fort Lauderdale, Florida on May ___, 2020.

                                                                                         RAAG SINGHAL
                                                                                         UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record