**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-CV-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as
a shareholder, and on behalf of, TRIMAX Corporation,

    *Plaintiffs,*

vs.

TILRAY INC., PRIVATEER HOLDINGS INC.,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

    *Defendants.*
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER VENUE AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, INFINITY GLOBAL CONSULTING GROUP, INC., JOSEPH M. VAZQUEZ, III, individually, and JOSEPH M. VAZQUEZ III, derivatively, as a shareholder on behalf of TRIMAX Corporation (collectively, the "Plaintiffs"), by and through undersigned counsel, pursuant to Local Rule 7.1, *and with the agreement of the Defendants*, respectfully request an extension of time of ten (10) calendar days, up to and including Thursday, June 11, 2020, to file their response to the Defendants', TILRAY, INC. ("Tilray"), PRIVATEER HOLDINGS, INC. ("Privateers Holdings"), PRIVATEER EVOLUTION, LLC ("Privateer Evolution"), LEFT COAST VENTURES, INC. ("Left Coast"), EKO HOLDINGS, LLC ("EKO") and BRETT CUMMINGS ("Cummings" or collectively the "Defendants"), Motion to Dismiss for Lack of

Personal Jurisdiction or to Transfer Venue and Incorporated Memorandum of Law [DE 59] (the "Motion to Dismiss"), dated May 18, 2020, and in support thereof state:

1. Plaintiffs' response to the Motion to Dismiss is due on Monday, June 1, 2020.

2. Additional time is needed by Plaintiffs to review the Defendants' Motion to Dismiss and meet and confer with their undersigned counsel prior to responding to the Motion to Dismiss, which involves the possibility of transferring and litigating this matter in Los Angeles, California. Therefore, the Plaintiffs seek an extension of time of only ten (10) days, up to and including Thursday, June 11, 2020, to respond to the Motion to Dismiss.

3. This agreed motion for extension of time for Plaintiffs to respond to the Motion to Dismiss is being filed in good faith and solely for the purpose set forth herein. The granting of this agreed motion does not unduly prejudice any party to this case. Furthermore, if the Plaintiffs elect to oppose the dismissal motion and challenge the transfer to Los Angeles, California, the Plaintiffs are in agreement with providing the Defendants with a reciprocal extension of time for their reply brief.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this agreed motion and enter an order providing the Plaintiffs with an enlargement of time, up to and including June 11, 2020, within which to respond to the Defendants' Motion to Dismiss, and grant the Plaintiffs any further relief this Court deems just and proper.

**CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Plaintiffs' counsel hereby certifies that he conferred with Defendants' attorneys in writing in compliance with S.D. Fla. L.R. 7.1(a)(3), and the Defendants have confirmed in writing that they agree to this motion and the relief sought herein.

**SANCHEZ-MEDINA, GONZÁLEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
Attorneys for Plaintiffs

         201 Alhambra Circle, Suite 1205
         Coral Gables, Florida 33134
         Tel: 305.377.1000
         PGonzalez@smgqlaw.com
         JKellner@smgqlaw.com
         DMartinez@smgqlaw.com
         JGomez@smgqlaw.com

By: /s/ Peter A. Gonzalez
    PETER A. GONZALEZ
    Florida Bar No. 036919
    JAMES C. KELLNER
    Florida Bar No. 021038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on the counsel of record identified on the Service List below via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Brian W. Toth, Esq.**
**Freddy Funes, Esq.**
**Gelber Schachter & Greenberg, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
T: (305) 728-0950
efilings@gsgpa.com
btoth@gsgpa.com
ffunes@gsgpa.com
*Counsel for Defendants Tilray, Inc., Privateer Holdings, Inc. and Privateer Evolution, LLC*

**John Goldmark, Esq.**
**Lauren Rainwater, Esq.**
**Davis White Tremaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
T: (206) 622-3150
JohnGoldmark@DWT.com
LaurenRainwater@DWT.com
*Counsel for Defendants Tilray, Inc., Privateer Holdings, Inc., and Privateer Evolution, LLC*

**Paul J. Battista, Esq.**
**W. Barry Blum, Esq.**
**Genovese Joblove & Battista, P.A.**
100 S.E. 2nd Street, 44th Floor
Miami, Florida 33131
T: (305) 349-2300
PBattista@gjb-law.com
BBlum@gjb-law.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

**Thomas M. Geher, Esq.**
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
T: (310) 712-6820
TGeher@JMBM.com
*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC and Brett Cummings*

                                      **SANCHEZ-MEDINA, GONZALEZ, QUESADA,**
                                      **LAGE, GOMEZ & MACHADO LLP**

                                        By:      /s/ Peter A. Gonzalez
                                                PETER A. GONZALEZ