UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP,
INC., JOSEPH M. VAZQUEZ III, and
JOSEPH M. VAZQUEZ III, derivatively, as
a shareholder, and on behalf of, TRIMAX
Corporation,

   Plaintiffs,

v.

TILRAY, INC., PRIVATEER HOLDINGS
INC., PRIVATEER EVOLUTION, LLC,
LEFT COAST VENTURES, INC.,
EKO HOLDINGS LLC,
BRETT CUMMINGS,
HUGO SAAVEDRA,
DEBRA SAAVEDRA, and
EQUITABLE TRANSITIONS INC.,

   Defendants.
_____/

## STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiffs Infinity Global Consulting Group, Inc., Joseph M. Vazquez III, as an individual, and Joseph M. Vazquez III, derivatively as a shareholder on behalf of Trimax Corporation (collectively, "Plaintiffs"), and defendants Tilray, Inc. ("Tilray"), Privateer Holdings, Inc. ("Privateer Holdings"), Privateer Evolution, LLC ("Privateer Evolution"), Left Coast Ventures, Inc. ("Left Coast"), Eko Holdings, LLC ("Eko"), and Brett Cummings ("Cummings") (collectively, the "Appearing Defendants"),[1] by and through their attorneys of

---

[1] Defendants Hugo Saavedra, Debra Saavedra, and Equitable Transitions, Inc. have been properly served but have not appeared in this matter and do not join in this Stipulation. Hugo Saavedra, Debra Saavedra, and Equitable Transitions, Inc. are referred to as the "Non-appearing Defendants." The Appearing Defendants and Non-Appearing Defendants are collectively referred to as the "Defendants."

record, pursuant to 28 U.S.C. § 1404(a), hereby stipulate that this matter shall be transferred to the United States District Court for the Central District of California.  In support, the parties state the following:

1. On December 2, 2019, Plaintiffs filed their Verified Complaint against Defendants in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, which alleged eight (8) causes of action for emergency injunctive relief against Privateer Holdings and Tilray (Count I), breach of fiduciary duty against Hugo and Debra Saavedra (Count II), recovery of a fraudulent conveyance against all Defendants (Count III), conversion against all Defendants (Count IV), breach of fiduciary duty against Equitable Transitions, Inc. (Count V), intentional interference with contractual relations against all Defendants (Count VI), negligent interference with prospective economic relations against all Defendants (Count VII) and aiding and abetting against all Defendants (Count VIII).

2. On December 5, 2019, Defendants Tilray and Privateer Holdings removed the case to the United States District Court for the Southern District of Florida, with the Appearing Defendants all consenting to the removal.  Notice of Removal ¶4 (ECF No. 1).

3. On April 3, 2020, pursuant to the agreement of the Appearing Defendants, Plaintiffs filed their Verified Amended Complaint in this Court, which does not seek emergency injunctive relief and alleges eight (8) causes of action including a new Count I for alter ego liability against Privateer Evolution and Tilray, as well as causes of action for breach of fiduciary duty against Hugo and Debra Saavedra (Count II), recovery of a fraudulent conveyance against all Defendants (Count III), conversion against all Defendants (Count IV), breach of fiduciary duty against Equitable Transitions, Inc. (Count V), intentional interference with contractual relations against all Defendants (Count VI), negligent interference with prospective economic

relations against all Defendants (Count VII) and aiding and abetting against all Defendants (Count VIII). Am. Compl. (ECF No. 58).

4. The Appearing Defendants acknowledge and agree they have each been properly served with the Complaint and Amended Complaint in this action.

5. On May 18, 2020, the Appearing Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction or to Transfer Venue. Mot. to Dismiss or Transfer (ECF No. 59). The Appearing Defendants' Motion to Dismiss or to Transfer seeks to dismiss the claims against the Appearing Defendants for a lack of personal jurisdiction alleging that the Appearing Defendants have no connection to Florida, do not reside in Florida and are not domiciled here, and no relevant conduct occurred in or was directed at Florida. *Id.* at 6-17. Alternatively, the Appearing Defendants' Motion to Dismiss or to Transfer requested that the Court transfer this action pursuant to 28 U.S.C. § 1404(a) to the Central District of California, arguing that is the location where the vast majority of witnesses and documents are located, where the relevant acts at issue occurred, and where the relevant contracts were executed and performed. *Id.* at 17-19.

6. To avoid unnecessary motion practice and the associated burden on the parties and the Court, Plaintiffs and the Appearing Defendants hereby agree to transfer this action to the U.S. District Court for the Central District of California, pursuant to 28 U.S.C. § 1404(a). Plaintiffs and Appearing Defendants further stipulate and agree that Appearing Defendants shall have 45 days after confirmation and acceptance of this transfer by the Central District of California to respond to the Amended Complaint in that court.

7. Plaintiffs and the Appearing Defendants agree and acknowledge that this Stipulation does not waive and hereby specifically reserves all claims and defenses upon the transfer of this action to the Central District of California for all further proceedings, except for

any claims or defenses of improper or insufficient service of process, or of lack of personal jurisdiction by any of the Appearing Defendants.

Stipulated to and respectfully submitted this 11th day of June, 2020, by:

| | |
|---|---|
| s/ Peter A. Gonzalez | s/ Brian W. Toth |
| Peter A. Gonzalez | Brian W. Toth |
| Florida Bar No. 036919 | Florida Bar No. 57708 |
| PGonzalez@SMGQLAW.com | btoth@gsgpa.com |
| SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEX & MACHADO LLP | Freddy Funes |
| 201 Alhambra Circle, Suite 1205 | Florida Bar No. 87932 |
| Coral Gables, Florida 33134 | ffunes@gsgpa.com |
| Telephone: (305) 377-1000 | GELBER SCHACHTER & GREENBERG, P.A. |
| | 1221 Brickell Avenue, Suite 2010 |
| *Counsel for Plaintiffs* | Miami, Florida 33131 |
| | Telephone: (305) 728-0950 |
| | E-service: efilings@gsgpa.com |

John A. Goldmark (admitted *pro hac vice*)
Lauren Rainwater (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150

*Counsel for Defendants Tilray, Inc., Privateer Holdings, Inc., and Privateer Evolution, LLC*

s/ W. Barry Blum
W. Barry Blum, Esq.
Florida Bar No. 379301
BBlum@gjb-law.com
Paul J. Battista, Esq.
Florida Bar No. 379301
PBattista@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300

Thomas M. Geher (admitted *pro hac vice*)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308

4

Telephone: (310) 203-8080

*Counsel for Defendants Left Coast Ventures, Inc., Eko Holdings LLC, and Brett Cummings*