**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-25019-SINGHAL/McAliley**

INFINITY GLOBAL CONSULTING
GROUP INC., et al.,

      Plaintiffs,

v.

TILRAY, INC., et al.,

      Defendants.
_____/

**ORDER**

Before the Court is the Stipulation to Transfer Venue to the Central District of California (the "Stipulation"). The Court being fully advised, it is

ORDERED and ADJUDGED as follows:

Pursuant to 28 U.S.C. § 1404(a) and the parties' Stipulation which is hereby approved and ratified, this action is hereby TRANSFERRED for the convenience of the parties and witnesses to the U.S. District Court for the Central District of California. The Clerk of Court shall take all necessary action to transfer this case to the Central District of California for all further proceedings, including serving all counsel of record with any other orders and notices including notice of any new case number which may be assigned to this matter by the U.S. District Court for the Central District of California.

DONE and ORDERED in Chambers in Miami, Florida on June ___, 2020.

                                                                 RAAG SINGHAL
                                                                 UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record