UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-25019-SINGHAL/McAliley

INFINITY GLOBAL CONSULTING GROUP
INC. et al.,

    Plaintiffs,

v.

TILRAY, INC. et al.,

    Defendants.
_____/

### ORDER OF TRANSFER

**THIS CAUSE** is before the Court on the Stipulation to Transfer Venue to the United States District Court for the Central District of California. The Court being fully advised, it is **ORDERED AND ADJUDGED** that this matter is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk of Court is directed to transfer this case and deny without prejudice any pending motions for the parties to raise in the receiving court.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of June 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF